E-FILED
Friday, 14 January, 2005  11:41:38 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 01-CR-30110 |
| | ) | |
| SERGIUS RINALDI, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF PRODUCTION OF RECORDS PURSUANT TO SUBPOENA

NOW COMES the Defendant, SERGIUS RINALDI, by and through his counsel, Michael J. Costello and Thomas Dawson, and for his Notice of Production of Records Pursuant to Subpoena, respectfully states as follows:

1. The Defendant has caused to be served a Subpoena in a criminal case upon the Illinois Department of Public Aid for the production of documents to be returned before the Court on February 18, 2005 at 11:00 a.m.

2. Counsel has conferred with the Attorney General, who represents the Illinois Department of Public Aid, who has requested a continuance of the date of the return of Subpoena.

3. By agreement counsel have agreed that this Subpoena is now returnable on February 24, 2005 at 11:00 a.m.

4. Attached hereto is a copy of the Subpoena served upon the Illinois Department of

Public Aid which is expressly incorporated herein by reference as though set forth in full as in

*haec verba*.

                              RESPECTFULLY SUBMITTED,
                              SERGIUS RINALDI, Defendant


                              By_____
                                    Michael J. Costello

Michael J. Costello
Attorney at Law
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
ARDC No.: 522627

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the foregoing document was served on the following by electronic filing and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 14th day of January, 2005.

Thomas M. Dawson
Attorney at Law
2300 South 4th Street
Leavenworth, Kansas 66048

Patrick Hansen
Assistant United States Attorney
Central District of Illinois
318 South Sixth Street
Springfield, Illinois 62701-1806

Kristen Krsek
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706

 

Michael J. Costello
Attorney at Law
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
ARDC No.: 522627