# UNITED STATES DISTRICT COURT

<u>CENTRAL</u>  DISTRICT OF  <u>ILLINOIS</u>

| | |
|---|---|
| 1JNITED STATES OF AMERICA<br>Plaintiff<br>V~<br>SERGIUS A. RINALDI<br>Defendant | SUBPOENA IN A<br>CRIMINAL CASE<br><br>Case Number: Ol-CR-30110 |

TO: ll1mms Department'ofPubfic- Aid 201
    South Grand Avenue East
    Springfield, llHnois x62763-0001

X 'YOU ARE'e~EDtoappearinthe'l\Jnited'States'Di'StricrCou:rtatthe'place; dare; and-time spedfred'bel\JW; or any subsequent place, date and time set by the court, to testifY in the above referenced case. This subpoena shall remain in effect until you are g;ranted leave to depart by the court or by an officer acting on behalf of the court.

PLACE. COURTROOM

United States District Court forthe CentraIDistrictoflIIinois 600
East Monroe . Street
Springfield, Illinois 62701

DATE AND TIME
FEB 18, 2005
11:00 AM

X YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment" A"

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
/s/ J. M. Waters
(By) Deputy Clerk
/s/ M. Stewart

DATE
January 5, 2005

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Michael J. Costello, Attorney at Law  820 South Second Street, Springfield, Illinois 62704. (217) 544-5500


COPY

Attachment "A"

YOU ARE COM MANDED to either:

(1) Appear in person and produce the original documents and/or tangible things listed below at the United States District Court for the Central District of illinois, 600 East Monroe Street, Springfield, Illinois, on (add date and time) a.m.; _O_R

(2) You may comply with this Subpoena by submitting copies of your original documents and/or tangible things listed below to Costello Law Office, 631 East Allen Street, Suite 8, Springfield, Illinois 62703, by (add date and time).

IF YOU CHOOSE OPTION (2), IT WILL NOT BE NECESSARY FOR YOU TO APPEAR ON (add date and time)    a.m. AS LISTED ABOVE IN OPTION (1).

YOU ARE COMMANDED ALSO to produce the foUowing:

(1) To produce the most current information available as contained in any or all data bases developed and/or maintained by the agency for the individuals listed on Exhibit "H", which is attached hereto. The requested information for each and every individual designated by recipient identification number is:

Name
Date of Birth
Sex
Race
Most Current Address
Most Current Telephone Number

(2) A list by category describing any records _no_t furnished with an <u>explanation why they were not furnished.</u>

AO 89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE 1-5-05 10:46 AM | PLACE |

SERVED ON (PRINT NAME) Shirley Bell

FEES AND MILEAGE TENDERED TO WITNESS
○ YES  ~  AMOUNT $

SERVED BY (PRINT NAME) Debbie McGrede

TITLE

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained ·ll the Proof of Service is true and· correct.

Executed on  1-5-05
                DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

Included with the subpoena is the ORDER RE.:No.01..J0110 by Hono[ab'e RICHARD MilLS, U.S. DISTRICT JUDGE, IN THE UNITED STATES . DfSTRICT COURT FOR THE CENTRAL DISTRICT· OF flUN.OIS .SPRINGfIELD.DIVISION.

RECIPIENT IDENTIFICATION NUMBERS
FOR WHICH DATA IS REQUESTED

| | | |
|---|---|---|
| 4138128 | 32493355 | 39459114 |
| 11818265 | 32546772 | 39471784 |
| 11818365 | 32694416 | 39495114 |
| 12446613 | 32757007 | 39507652 |
| 12821682 | 32967200 | 39625017 |
| 21152913 | 32995276 | 39643309 |
| 23048507 | 33086893 | 39767264 |
| 23492499 | 33174582 | 39838867 |
| 25530668 | 33279373 | 39905450 |
| 25865320 | 33909953 | 40050072 |
| 25876202 | 33916404 | 40218661 |
| 26120378 | 34203174 | 40323487 |
| 26279398 | 34313692 | 40423873 |
| 26411810 | 34414190 | 40451577 |
| 26411819 | 34553842 | 40562043 |
| 26464552 | 34558593 | 40574196 |
| 26815340 | 34632802 | 40630717 |
| 27141092 | 35021641 | 40663213 |
| 27241092 | 35260421 | 40840266 |
| 28040186 | 35500065 | 40888539 |
| 28607604 | 35506088 | 40924383 |
| 28811867 | 35680099 | 40926883 |
| 28893147 | 35910363 | 40969685 |
| 28914323 | 36017424 | 41065426 |
| 28962918 | 36151371 | 41083320 |
| 29104296 | 36341956 | 41133984 |
| 29398864 | 36373462 | 41171190 |
| 29720349 | 36570570 | 41215930 |
| 29880622 | 36965861 | 41393489 |
| 29920527 | 37049996 | 41438128 |
| 29948718 | 37050374 | 41531120 |
| 29974649 | 37124294 | 41588666 |
| 30015200 | 37202553 | 41639899 |
| 30089049 | 37724994 | 41687898 |
| 30218390 | 37743911 | 41701509 |
| 30357925 | 37979044 | 41757931 |
| 30394878 | 38027736 | 41905738 |
| 30408520 | 38130233 | 41950973 |
| 30637169 | 38514626 | 42039503 |
| 30877070 | 38580049 | 42162636 |
| 30895544 | 38670725 | 42196014 |
| 30977902 | 38706214 | 42251868 |
| 30979702 | 38706925 | 42296582 |
| 31237431 | 38754375 | 42329441 |
| 31449614 | 38796959 | 42363226 |
| 31472566 | 38881678 | 42380154 |
| 31529829 | 38990198 | 42529388 |
| 32199341 | 39164769 | 42665661 |
| 32324337 | 39439963 | 42665679 |
| 32458887 | 39454954 | 42677559 |

## RECIPIENT IDENTIFICATION NUMBERS
## FOR WHICH DATA IS REQUESTED

| | | |
|---|---|---|
| 42781419 | 48918908 | 54012380 |
| 43070531 | 48950422 | 54161906 |
| 43120336 | 49089691 | 54245576 |
| 43284645 | 49114507 | 54606579 |
| 43390491 | 49625338 | 54743117 |
| 43391309 | 49753007 | 54757208 |
| 43392786 | 49988520 | 54761341 |
| 43425354 | 50048511 | 54903950 |
| 43506872 | 50054782 | 55148654 |
| 43627009 | 50083500 | 55244263 |
| 43706407 | 50147263 | 55324586 |
| 43753953 | 50263235 | 55330849 |
| 43779453 | 50263284 | 55392781 |
| 43922756 | 50263375 | 55393714 |
| 44055267 | 50357524 | 55398267 |
| 44081040 | 50450808 | 55884167 |
| 441'1497 | 50452325 | 55938267 |
| 3 | 50519420 | 56122104 |
| 44321537 | 50674175 | 56432198 |
| 44425478 | 50688712 | 56515059 |
| 44511079 | 50756089 | 56525462 |
| 44541084 | 50790252 | 56570492 |
| 44770766 | 50800861 | 56585136 |
| 45187457 | 51376887 | 56768336 |
| 45266913 | 51435519 | 56774441 |
| 45381407 | 51527687 | 57177560 |
| 45394582 | 51682425 | 57183519 |
| 45457231 | 51683290 | 57311839 |
| 46483897 | 51780013 | 57401366 |
| 46538393 | 52091089 | 57402711 |
| 46724506 | 52222379 | 57457715 |
| 46752598 | 52256773 | 57461105 |
| 46872263 | 52367968 | 57529455 |
| 47026307 | 52402039 | 57658999 |
| 47083886 | 52402047 | 57720575 |
| 47251467 | 52454949 | 58003518 |
| 47279930 | 52497914 | 58126350 |
| 47314893 | 52525284 | 58164203 |
| 47477724 | 52527645 | 58402306 |
| 47689013 | 52554490 | 58449307 |
| 47851589 | 52630894 | 58485392 |
| 47905336 | 52720299 | 58487042 |
| 47919246 | 53085338 | 58582628 |
| 47930805 | 53088076 | 58675802 |
| 48258602 | 53090411 | 58723487 |
| 48292593 | 53092060 | 58754375 |
| 48336424 | 53103651 | 58981283 |
| 48408256 | 53170510 | 59023788 |
| 48786420 | 53396115 | 59023796 |
| 48824924 | 54008461 | 59163766 |
| 48826036 | | |

RECIPIENT IDENTIFICATION NUMBERS
FOR WHICH DATA IS REQUESTED

| | | |
|---|---|---|
| 59355263 | 63440986 | 68187467 |
| 59456913 | 63604516 | 68425198 |
| 59480681 | 63636930 | 68425206 |
| 59507848 | 63787204 | 68596287 |
| 59631853 | 63846653 | 68600113 |
| 59657759 | 63929079 | 68608355 |
| 59680173 | 63998363 | 68610070 |
| 60087384 | 64014947 | 68612209 |
| 60104536 | 64043508 | 68822675 |
| 60537255 | 64091358 | 68881614 |
| 60640844 | 64169097 | 68882588 |
| 60748993 | 64225907 | 68974393 |
| 60823028 | 64397177 | 69095834 |
| 60898715 | 64397375 | 69167120 |
| 61050480 | 64784952 | 69307874 |
| 61052262 | 64935679 | 69388809 |
| 61056214 | 65038390 | 69513380 |
| 61143582 | 65105389 | 69715878 |
| 61175204 | 65159329 | 69718070 |
| 61178281 | 65189342 | 70137955 |
| 61374476 | 65245060 | 70137955 |
| 61486908 | 65423899 | 70168984 |
| 61572731 | 65538175 | 70436647 |
| 61575858 | 65539108 | 70519244 |
| 61633541 | 65556409 | 70585740 |
| 61637781 | 65672248 | 70708318 |
| 61676003 | 65868572 | 70931969 |
| 61728101 | 65928863 | 70933221 |
| 61844486 | 65933707 | 70935200 |
| 61966354 | 65972085 | 70967369 |
| 61987467 | 66275447 | 71173447 |
| 62120191 | 66329723 | 71202600 |
| 62149828 | 66339540 | 71228977 |
| 62152343 | 66367962 | 71277354 |
| 62246475 | 66535477 | 71469688 |
| 62249644 | 66538133 | 71478796 |
| 62252994 | 66710757 | 71730840 |
| 62385547 | 66824319 | 71732630 |
| 62400247 | 66856113 | 72038110 |
| 62435417 | 66856154 | 72205040 |
| 62542998 | 66932377 | 72244361 |
| 62700257 | 66935024 | 72525926 |
| 62770169 | 66968306 | 72595788 |
| 62873708 | 67043463 | 72596539 |
| 62875885 | 67074807 | 72693229 |
| 62953674 | 67489096 | 72893522 |
| 62974340 | 67697672 | 72923444 |
| 63307433 | 67732222 | 72982432 |
| 63382295 | 67806141 | 73026411 |
| 63440978 | 67942888 | 74326562 |

RECIPIENT IDENTIFICATION NUMBERS
FOR WHICH DATA IS REQUESTED

| | | |
|---|---|---|
| 74678616 | 82383753 | 90283748 |
| 74734732 | 82388505 | 90284035 |
| 74904384 | 82686676 | 90350745 |
| 74938440 | 83147363 | 90391871 |
| 75348888 | 83191403 | 90526088 |
| 75348896 | 83277434 | 90526112 |
| 75375162 | 83372037 | 90533589 |
| 75565770 | 83667402 | 90535589 |
| 76101559 | 83678573 | 90761883 |
| 76385988 | 84199256 | 90843459 |
| 76451251 | 84314277 | 90845538 |
| 76796440 | 84440239 | 90911108 |
| 76865864 | 84707785 | 90989393 |
| 77473502 | 84707793 | 91302760 |
| 77760130 | 84767847 | 91391672 |
| 77848091 | 84850882 | 91399360 |
| . | 84973270 | 91531475 |
| 778'66440 | 85002376 | 92058759 |
| 78117637 | 85002384 | 92355387 |
| 78218450 | 85002392 | 92492297 |
| 78352317 | 85109858 | 92730381 |
| 78704392 | 85168326 | 92763895 |
| 79006540 | 85171346 | 92765171 |
| 79011359 | 85172344 | 92767151 |
| 79074928 | 86008042 | 92877885 |
| 79283354 | 86182771 | 92945815 |
| 79293130 | 86439510 | 93015188 |
| 79444832 | 86539384 | 93107308 |
| 79510384 | 86588118 | 93208338 |
| 79910964 | 86725355 | 93632321 |
| 79910972 | 86785094 | 93633246 |
| 80000250 | 86819281 | 93779635 |
| 80018294 | 86961521 | 93906212 |
| 80138936 | 87061511 | 94392131 |
| 80164411 | 87339495 | 94514262 |
| 80333867 | 87339529 | 94514320 |
| 80523426 | 87377339 | 94867207 |
| 80570401 | 87566824 | 94871266 |
| 80578446 | 87572970 | 95272746 |
| 80762966 | 87612172 | 95370938 |
| 80766272 | 87913711 | 95372645 |
| 80766280 | 88317227 | 95456232 |
| 80996374 | 88916630 | 95651030 |
| 811 77164 | 89108732 | 95776712 |
| 81359119 | 89154629 | 95777462 |
| 81695298 | 89154637 | 95832440 |
| 81700270 | 89326169 | 95846887 |
| 81704306 | 89566145 | 95850285 |
| 81895682 | 89631980 | 96120803 |
| 81899304 | 89780860 | 96:121983 |
| 82169491 | | |

# RECIPIENT IDENTIFICATION NUMBERS
## FOR WHICH DATA IS REQUESTED

| | | |
|---|---|---|
| 96121991 | 117824409 | 980294029 |
| 96335187 | 122392053 | 980303903 |
| 96583331 | 124654690 | 980309132 |
| 96674445 | 124691338 | 980309280 |
| 96674452 | 124991555 | 980311120 |
| 96844956 | 129979902 | 980321921 |
| 97041628 | 133822742 | 980324636 |
| 97291462 | 133969576 | 980326474 |
| 97565378 | 135592244 | 980328819 |
| 98238983 | 135908846 | 980329056 |
| 98553597 | 138128152 | 980348098 |
| 99933392 | 139589485 | 980350003 |
| 100122860 | 140150715 | 980352967 |
| 100737766 | 140220807 | 980352991 |
| 101276517 | 140331380 | 980356143 |
| 101487510 | 143165009 | 980356935 |
| 103040408 | 143516094 | 980356943 |
| 103239190 | 143739050 | 980356992 |
| 103678223 | 143757631 | 980357784 |
| 103846036 | 143764819 | 980360093 |
| 104038625 | 144372836 | 980360267 |
| 104167028 | 144527959 | 980375182 |
| 104692033 | 146206503 | 980811194 |
| 104984141 | 147663447 | 980813364 |
| 105072367 | 150734473 | 980851208 |
| 105201644 | 416045967 | 980851232 |
| 105468086 | 936318005 | 980908552 |
| 105909055 | 980011035 | 980912067 |
| 106227226 | 980048284 | 980917702 |
| 106300338 | 980052815 | 981437163 |
| 106364391 | 980053094 | 981439177 |
| 106537145 | 980053110 | 981439359 |
| 106537152 | 980053193 | 981441793 |
| 106887417 | 980053359 | 981504293 |
| 106888589 | 980053615 | 981525462 |
| 107138620 | 980057236 | 981525744 |
| 107832727 | 980057616 | 981525876 |
| 107942245 | 980058291 | 981550411 |
| 107995516 | 980058747 | 981566458 |
| 108392341 | 980063044 | 981570781 |
| 109197012 | 980063374 | 981576721 |
| 111412326 | 980072698 | 981610504 |
| 111502365 | 980077648 | 981616709 |
| 111649059 | 980273437 | 981617384 |
| 112002936 | 980273445 | 981617392 |
| 112672332 | 980273585 | 981618317 |
| 113088017 | 980285142 | 981619034 |
| 113088041 | 980285381 | 981627938 |
| 113094163 | 980293559 | 981628019 |
| 115289837 | 980294011 | 981628225 |

RECIPIENT IDENTIFICATION NUMBERS
FOR WHICH DATA IS REQUESTED

981628571
981630957
981683519
981686074
982049587
982136251
982136277
982142671
982156036
982156275
982156291
982194516
982194540
982205387
982463440