E-FILED
Monday, 24 January, 2005 12:17:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**

JAN 2 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIUS A. RINALDI,<br><br>Defendant. | No. 01-CR-30110 |

### ENTRY OF APPEARANCE

Lisa Madigan, Attorney General of the State of Illinois, by Kristin A. Krsek, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of Movant, State of Illinois, Illinois Department of Public Aid in the above cause.

Respectfully submitted,

ILLINOIS DEPARTMENT OF PUBLIC AID,

Movant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Movant,

By: /s/ Kristin A. Krsek
Kristin A. Krsek
Assistant Attorney General

Kristin A. Krsek, #6275309
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217)782-9029

Of Counsel.