**E-FILED**
Friday, 25 February, 2005  04:30:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**

FEB 2 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
    vs.                         )       No. 01-CR-30110
                                )
SERGIUS A. RINALDI,             )
                                )
            Defendant.          )

### MOTION TO CONTINUE

NOW COMES the Movant, ILLINOIS DEPARTMENT OF PUBLIC AID
[hereinafter, IDPA], by and through its attorney Lisa Madigan, Attorney General of the
State of Illinois, and for its Motion to Continue, states as follows:

1.    The IDPA has received a subpoena from the Defendant in this matter
      which requests that it produce the name, date of birth, sex, race, current
      address and current telephone number for more than 700 Medicaid
      recipients.

2.    On January 21, 2005, the Movant filed a Motion to Quash the Defendant's
      subpoena.

3.    On February 3, 2005, the Court denied the Movant's Motion to Quash.

4.    The return date on the subpoena is February 24, 2005.

5.    The Movant has been unable to gather all of the requested documentation
      as of February 24, 2005, and as such respectfully requests that this Court

-1-

grant its Motion to Continue, and allow Respondent an additional sixty

days, or until April 25, 2005, to comply with Defendant's subpoena.

6.    The Defendant will not be unduly prejudiced by a continuance.

Respectfully submitted,

ILLINOIS DEPARTMENT OF PUBLIC AID,

Movant,

LISA MADIGAN, Attorney General,
State of Illinois,

Kristin A. Krsek, #6275309
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217)782-9029

Of Counsel.

Attorney for Movant,

By: **Kristin a. Krsek**

Kristin A. Krsek
Assistant Attorney General

-2-

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
     v.                      )          No. 01-CR-30110
                             )
SERGIUS A. RINALDI,          )
                             )
          Defendant.         )

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2005, I served a copy of the foregoing MOTION TO CONTINUE with the Clerk of the Court which will send notification of such filing to the following:

NONE

and I hereby certify that on February 24, 2005, I mailed by United States Postal Service, the document to the following participants:

Michael J. Costello
820 South Second Street, First Floor
Springfield, IL 62704
costello.M@sbeglobal.net

Patrick Hansen
Assistant United States Attorney
Central District of Illinois
318 South Sixth Street
Springfield, IL 62701-1806
patrick.hansen@usdoj.gov,
stacy.booth@usdoj.gov,
carol.swiney@usdoj.gov.

Thomas M. Dawson
2300 South 4th Street
Levenworth, KS 66048
dawsonlaw@aol.com, Chuckatdlaw@aol.com

Joseph S. Miller
526 E. Allen Street
Springfield, IL 62703
attymill@aol.com,
attyjsm@aol.com

Respectfully submitted,

Kristin A. Krsek, Attorney Bar #6275309
Attorney for Movant
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62706
Telephone:  (217) 782-9029
Fax:    (217) 782-8767
E-mail:  kkrsek@atg.state.il.us