E-FILED
Friday, 04 March, 2005  09:07:12 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 01-30110 |
| ) | |
| SERGIUS RINALDI, ) | |
| ) | |
| Defendant. ) | |

ORDER

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the motion to continue filed by non-party Illinois Department of Public Aid.

The Illinois Department of Public Aid ("IDPA") has received a subpoena from Defendant Sergius Rinaldi requesting that it produce the name, date of birth, sex, race, current address and current telephone number for more than 700 Medicaid recipients. On February 3, 2005, the Court denied IDPA's motion to quash that subpoena. The return date on the subpoena is February 24, 2005.

1

IDPA states that it has been unable to gather all of the requested documentation. Accordingly, it requests an additional 60 days to comply with the Defendant's subpoena.

<u>Ergo</u>, the motion to continue filed by the Illinois Department of Public Aid [d/e 135] is ALLOWED. The Illinois Department of Public Aid is hereby given until April 25, 2005 to comply with the Defendant's subpoena. The Defendant's sentencing hearing is hereby continued from April 25, 2005 to June 6, 2005 at 2:30 p.m.

ENTER: March 3, 2005

    FOR THE COURT:

                                      s/Richard Mills
                                      United States District Judge