E-FILED
Friday, 13 May, 2005  01:46:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 01-30110 |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIUS A. RINALDI | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION FOR SCHEDULING ORDER

Comes the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois and Patrick D. Hansen, Assistant United States Attorney, and respectfully requests that this Court require disclosures prior to the sentencing in this matter, and in furtherance of this request, represents to this Court as follows:

1.    The defendant in this case has entered pleas of guilty to mail fraud (Count 1) and Obstruction of a Health Care Fraud investigation (Count 13).  He was originally scheduled for sentencing on June 24, 2002, which was continued to August 19, 2002.  That has since been continued various times to the current sentencing date of June 6, 2005 at 2:30 p.m.

2.    The mail fraud charge to which the defendant entered his plea of guilty involved a pattern of conduct for billing the Illinois Department of Public Aid (IDPA) for orthodontic treatment and adjustments which were not, in fact, always provided as scheduled.   The pattern showed that IDPA was billed monthly for virtually all listed patients, although many of them did not receive service. Both the government and the defense are attempting to determine a reasonable approximation of the value of services which were billed, but not provided.

1

3.	The defendant has applied for, and received permission to issue certain subpoenas to the State of Illinois for records regarding the former DCFS and Medicaid patients of Rinaldi, claiming that his own records were in disarray. As noted in previous filings, the defendant removed, secreted and possibly destroyed the relevant records that would provide an accurate accounting for his services (and lack of such) during the relevant time periods, after a Grand Jury subpoena was issued for such records. *See In re Grand Jury Proceedings*, 280 F.3d 1103, 1106 (7th Cir. 2001), *cert denied*, 536 U.S. 925 (2002).

4.	In addition to the subpoenas, the defendant, through intermediaries, has recently caused a Freedom of Information Act request to be filed with the Illinois Department of Public Aid.

5.	That in order to properly prepare for and respond to what is anticipated to be new and novel arguments of this defendant, the government requests that this Court order the defendant to file a notice outlining all evidence the defendant intends to present at sentencing, as well as a list of witnesses he intends to call. The Government also requests that it be provided with a copy of any and all exhibits to be offered by the defendant 14 days prior to the sentencing. The government agrees to provide the defendant and the Court with a list of any witnesses it intends to call to support its request for the Court to depart upward from the sentencing guideline range.

6.	The defendant has had since March 5, 2002, the day of his plea of guilty to prepare for this hearing. There should, therefore, be no problem providing the Government with his witnesses and exhibits 14 days in advance.

WHEREFORE, the United States of America respectfully requests that this Court enter

an order setting a deadline for the defendant to disclose any evidence he intends to present at the sentencing of this matter, and provide copies of exhibits he intends to present 14 days in advance.

          Respectfully Submitted,

          JAN PAUL MILLER
          UNITED STATES ATTORNEY

By:    s:/Patrick D. Hansen
        Patrick D. Hansen
        Assistant U.S. Attorney
        Illinois Bar No. 6187536
        318 South 6th Street
        Springfield, IL 62701
        Tele: 217/492-4450
        Fax: 217/492-4512
        E-mail: patrick.hansen@usdoj.gov

## Certificate of Service

I hereby certify that on May 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas M Dawson
2300 S. Fourth Street
Leavenworth, KS 66048

Michael Costello
Attorney at Law
631 East Allen
Springfield, IL 62703

<div style="margin-left: 40%">
s:/Patrick D. Hansen
Patrick D. Hansen
Assistant U.S. Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Tele: 217/492-4450
Fax: 217/492-4512
E-mail: patrick.hansen@usdoj.gov
</div>