**E-FILED**
Wednesday, 18 May, 2005  10:02:30 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-30110 |
| SERGIUS RINALDI, | ) | |
| Defendant. | ) | |

MOTION TO FILE ATTACHMENTS CONVENTIONALLY

The Defendant by and through counsel respectfully requests the Court for permission to file attachment A, B and C to the Defendant's Motion to Continue Sentencing conventionally instead of electronically.

1.  The Defendant has attempted to convert Attachments A, B and C to PDF and file the documents electronically.  Because of the nature of the document it could not be converted to a PDF file as required by the rule.

Accordingly the Defendant requests permission to file Attachment A, B and C to the Motion to Continue Sentencing conventionally with the Court.

Respectfully Submitted,


/s/ Thomas M. Dawson
Thomas M. Dawson
Kansas Bar No. 06599
2300 South Fourth Street
Leavenworth, KS  66048
(913) 682-5331
(913) 682-8363 facsimile
dawsonlaw@aol.com
Counsel for Defendant

1

_____
Michael J. Costello
Illinois ARDC No. 522627
631 East Allen Street, Suite B
Springfield, IL 62703
217. 544.5500
Fax 217.544.7500
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 205, I served a copy of the foregoing,

electronically via the Central District of Illinois CM/ECF filing system on:

Patrick D. Hansen,
Assistant United States Attorney,
600 East Monroe Street, Room 312,
Springfield, IL. 62701

Attorney for Plaintiff,

/s/ Thomas M. Dawson
Thomas M. Dawson

2