**E-FILED**
Wednesday, 18 May, 2005  10:04:12 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-30110 |
| SERGIUS RINALDI, | ) | |
| Defendant. | ) | |

RESPONSE TO MOTION FOR SCHEDULING ORDER

The Defendant, Sergius Rinaldi, by and through counsel provides the following response to the Government's motion for a scheduling order.

1. The defense as alleged by the Government is attempting to determine a reasonable approximation of the value of services which were billed but not provided all as set forth in the memorandum of Dr. Langford attached to the defendant's motion for continuance of sentencing and in the defense motion to issue subpoena. Doc. 112. The Government in the Motion for a Scheduling Order states the Government is attempting to determine a reasonable approximation of the value of services that were billed but not provided. In contrast the Government's Response to Defendant's Motion to Continue Sentencing filed November 27, 2002, the Government stated: "The Government has come to the conclusion that despite its best efforts to recreate these records removed and/or destroyed by the defendant circumstantially, there is no manner to this which will result in a loss calculation supportable by a preponderance of the evidence". Doc. 53. The defense is unaware of the efforts of the Government to determine this reasonable approximation since

1

the filing of doc. 53.  The Defense experts hold the opinion that an accurate loss analysis can likely be accomplished using the methods described by Dr. Langford.

2.  The Government notes that in addition to the subpoenas the defendant through "intermediaries" has sought information from IDPA through the Freedom of Information Act.  The use of the term "intermediaries" is unclear to the defense.  In fact Amy S. Leopard, Esq. with the law firm of Walter & Haverfield in Cleveland, Ohio is a member of the defense team and has made FOIA requests to IDPA recently.  The purpose of these requests is to obtain as much information as possible to assist the Court in decision-making.

3.  The defense does not envision making novel arguments as suggested by the Government. The amount of loss in a fraud case is a fundamental and factual necessity in sentencing. A request for a lesser sentence based on diminished capacity is a well-established factor in sentencing.

4.  The defense is in agreement that the Court should issue a scheduling order as outlined below.

5.  The Government requests that the defendant be ordered to file a notice outlining all evidence the defendant intends to present at sentencing, as well as a list of witnesses to be called. In contrast the Government requests that they should only provide a list of witnesses to the defense.  The defendant suggests it would expedite the sentencing hearing and provide for a more orderly presentation for the Court if both the Government and the defense provided an outline of evidence and a list of witnesses and exhibits.

6.  The Government further states that there should be no problem for the defense in providing the Government with witnesses and exhibits 14 days prior to June 6, 2005.  As set forth in the motion to continue sentencing providing this information 14 days prior to June 6, 2005 is not possible because the information regarding the loss and statistical study is not yet available.

7.   The defendant agrees that 14 days prior to sentencing (but not June 6, 2005) that the Government should be provided an outline of the defendant's evidence, a list of witnesses and list of exhibits.  The defendant suggests that the Government should be ordered to exchange the identical information.


Respectfully submitted,


/s/ Thomas M. Dawson
Thomas M. Dawson, Esq.
2300 South Fourth Street
Leavenworth, Kansas 66048
913 682 5331
Dawsonlaw@aol.com
Kansas Bar Number 6599

Michael J. Costello
Illinois ARDC No. 522627
631 East Allen Street, Suite B
Springfield, IL 62703
217. 544.5500
Fax 217.544.7500
Counsel for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May18, 2005 I served a copy of the foregoing,

electronically via the Central District of Illinois CM/ECF filing system on:

Patrick D. Hansen,
Assistant United States Attorney,
600 East Monroe Street, Room 312,
Springfield, IL. 62701

Attorney for Plaintiff,


_____
Thomas M. Dawson, Esq.

4