E-FILED
Thursday, 19 May, 2005 02:27:02 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. 01-30110 |
| ) | |
| SERGIUS RINALDI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

The Defendant's motion for leave to file conventionally the attachments to his motion to continue [d/e 139] is ALLOWED.

ENTER: May 19, 2005

FOR THE COURT:

s/Richard Mills
United States District Judge