# LANGFORD AND ASSOCIATES

E-FILED
Wednesday, 27 July, 2005 07:49:06 PM
Clerk, U.S. District Court, ILCD

873 South Park Avenue
Springfield, Illinois 62704-2333

Telephone: 217.787.280[?]
Facsimile: 217.698.963[?]
E-Mail: LANGFORD@FGI.NET

26 July 2005

Mr. Thomas M. Dawson
Attorney at Law
2300 South Fourth Street
Leavenworth, Kansas 66048

Dear Mr. Dawson:

Re: Status of Patient–Visit Interviews in the matter of *United States v. Sergius Rinaldi*

Pursuant to the subpoena ordered March 5, 2003, we were initially provided information from the Illinois Department of Public Aid on April 25, 2005. Information relating to name, sex, race, date of birth, and most recent address had been requested for 740 individual patients identified by IDPA/DCFS identification number. These individuals were selected in the random sample of 1200 patient-visits.

Of the 740 individual identification numbers requested, IDPA was unable to provide any information on 15 of the individual identification numbers. Of the 725 individuals for which responses were forthcoming, 48 had no address information whatsoever, and the locational information on 71 additional individuals was provided only in the form of post office box addresses. Additionally, the addresses shown for 18 individuals were found to be the local or regional offices of DCFS / IDPA.

The initial phase of the interviewing process was limited to the counties within 150 miles of Springfield in order to judge the validity of the locator information provided by IDPA and the feasibility of the interview procedures. It may be noted that somewhat less than 52 percent of the preliminary location information appears to be valid. This rate of inadequate information is approximately the rate initially anticipated in the design of the study.

As you have been aware, a major delay in interviewing DCFS clients was incurred due to the unwillingness of DCFS caseworkers to permit any contact with any identified clients currently under the age of 21. This has been resolved only after prolonged discussions with the Agency and the Office of the Illinois Attorney General. Individuals temporarily omitted in the interview process due to this problem will require additional effort to interview in these counties.

Exhibit 1