Commencing June 2, 2005 through July 18, 2005, Ms Debbie McGregor has located individuals representing 285 patient visits within the initial 21 counties. She has successfully interviewed individuals representing 150 patient visits. This has required more than 254 hours and more than 4,918 miles driven. See Table One.

It must be noted that the results of the 150 patient-visit interviews completed to date are insufficient to base a meaningful statistical statement with regard to the rate of error or non-attendance of the patients on the selected dates.

The interview process appears to be progressing reasonably well, given the anticipated difficulties in locating individuals of this age and history, and the unanticipated disruption to the interview process. The geographic extent of the patients, as shown in Figure One, suggests that the completion of additional interviews in the most distant locations will require significantly more time. Based upon the initial interviewing experience, it is anticipated that interviews of an appropriate statistical sample of patient-visits could be achieved with 12 weeks of additional effort.

Yours truly,

Thomas W. Langford
LANGFORD AND ASSOCIATES

Attachments (2)