**E-FILED**
Wednesday, 27 July, 2005 07:50:39 PM
Clerk, U.S. District Court, ILCD

TABLE ONE

STATUS REPORT

*as of July 18, 2005*

| County | PATIENT - VISITS | | | | TOTAL |
|---|---|---|---|---|---|
| | Interviewed | Located/ Not Intervd | Unable to Locate | Other* | |
| Adams | 9 | 8 | 5 | 2 | 24 |
| Cass | 3 | 0 | 0 | 1 | 4 |
| Champaign | 0 | 6 | 12 | 3 | 21 |
| Christian | 12 | 0 | 11 | 7 | 30 |
| Clay | 0 | 1 | 0 | 0 | 1 |
| DeWitt | 1 | 2 | 0 | 0 | 3 |
| Fulton | 3 | 1 | 3 | 4 | 11 |
| Greene | 2 | 0 | 0 | 0 | 2 |
| Jersey | 0 | 1 | 2 | 5 | 8 |
| Logan | 20 | 1 | 4 | 2 | 27 |
| Macon | 8 | 11 | 5 | 20 | 44 |
| Macoupin | 10 | 0 | 2 | 14 | 26 |
| Madison | 27 | 28 | 13 | 14 | 80 |
| Mason | 6 | 0 | 0 | 0 | 6 |
| McDonough | 9 | 3 | 1 | 1 | 14 |
| Menard | 0 | 0 | 4 | 0 | 4 |
| Montgomery | 3 | 0 | 1 | 13 | 17 |
| Morgan | 4 | 1 | 3 | 8 | 16 |
| Pike | 0 | 2 | 1 | 0 | 3 |
| Sangamon | 26 | 53 | 44 | 71 | 194 |
| Tazewell | 7 | 17 | 3 | 7 | 34 |
| | 150 | 135 | 114 | 170 | 569 |

N.B. Due to problems with the Illinois Department of Children and Family Services, interviews were suspended for all clients currently under age 21. Subsequent resolution of this problem may result in additional interviews completed.