# ONSITE
### Legal Investigation & Documentation

8645 Frey Road • Pleasant Plains, IL 62677
Phone/FAX: (217) 626-1330 • E-Mail: OnSiteInc02@aol.com

## MEMORANDUM

Date:    June 6, 2005

To:      Tom Dawson

From:    Deb McGregor

Subject: Telephone call from DCFS

On June 6, 2005 I received a telephone call at 1:52pm from DCFS case worker Heather Roberts. Heather wanted to know why I set an appointment to see her client at 5:00pm today. She stated she needed to know what was going on as Takisha is a DCFS ward. I explained the reason for my attempt to contact Takisha and she said "ok, I just needed to know what was going on and if I needed to be present." At this time it was apparently "OK" to speak with Takisha.

I then called Attorney Dawson and advised him of the telephone call and Attorney Dawson instructed me to call Heather back and find out what procedure DCFS wanted me to follow for future interviews so that we would not be delayed in our efforts to locate and interview these recipients.

I then called Heather back at 2:01pm and this time she asked me if I was working for the State/Government or Rinaldi. I replied that I had been hired by the attorneys for Dr. Rinaldi to do the interviews for the statistical analysis. Upon hearing that I was working for the defense of Dr. Rinaldi, Heather replied, "Oh, I thought you were working for the State, she cannot speak to you. I will call my client back and tell her that she cannot talk to you. We will have to have our attorneys present for any questioning as she is a ward of the State." Heather then asked, "what if they don't want to talk to you?" I replied "I can't make them." Heather then said "they are not going to talk to you." I then asked Heather who I should speak to in regards to this matter and how to proceed and she stated I should call Patricia Handcock, her director, at 217-782-4000.

Exhibit