THOMAS M. DAWSON
ATTORNEY AT LAW
2300 SOUTH FOURTH STREET
LEAVENWORTH, KANSAS 66048
(913) 682-5331

TOLL FREE
800-638-97..

FACSIMIL
913-682-83..

EMAIL
Dawsonlaw@a..

E-FILED
Wednesday, 27 July, 2005 07:53:57 PM
Clerk, U.S. District Court, ILCD

June 6, 2005

Kristin A. Krsek
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

Re: Sergius A. Rinaldi
   United States District Court
   No. 01-CR-30110

Dear Ms. Krsek:

    On February 3, 2005 the United States District Court denied the IDPA motion to quash subpoena. The subpoena was issued in order to provide the defendant with the most current information for listed recipients so that interviews could be conducted and a statistical analysis prepared.
    In April IDPA turned over the information and interviews have commenced based on the information provided.
    On this date Deb McGregor who is in charge of the interviews was contacted by an official with DCFS. The case manager who talked to Ms. McGregor is Heather Roberts with DCFS. Ms. Roberts called Ms. McGregor because Ms. Robert's client, Takisha Anderson, had notified Ms. Roberts about an interview Ms. McGregor had scheduled on June 6, 2005. Apparently Takisha Anderson or her foster mother wanted to know if it was appropriate to speak to Ms. McGregor.
    Ms. Roberts called Ms. McGregor and inquired about the purpose of the visit. Ms. McGregor answered the questions. Ms. Roberts said she just needed to know if her presence was required. When Ms. McGregor called Ms. Roberts back to check on the procedure for future interviews a problem surfaced. When Ms. Roberts learned that Ms. McGregor was conducting the interviews in behalf of Dr. Rinaldi (and not the Government) Ms. Roberts stated that she was canceling the interview and was going to instruct her

Exhibit 1