E-FILED
Wednesday, 27 July, 2005  07:56:53 PM
Clerk, U.S. District Court, ILCD

client not to speak to Ms. McGregor. Ms. Roberts indicated that the wards would not talk to Ms. McGregor and that even if they did DCFS would be required to have attorney's present. Ms. McGregor inquired about how the problem could be addressed. Ms. Roberts referred her to Patricia Hancock, 217 782 4000. Apparently Patricia Hancock is the Director.

The subpoena has been issued and the motion to quash denied. I hope I am wrong but it appears that DCFS may be quashing the subpoena de facto by making the people to be interviewed unavailable.

Could you please call me so that this matter might be resolved. The defense has limited time to conduct the interviews and interference as described above will make it impossible to complete the process.

Yours truly,

Thomas M. Dawson