Subj: **United States v. Rinaldi**
Date: 6/13/2005 9:50:48 A.M. Central Standard Time
From: kkrsek@atg.state.il.us
To: dawsonlaw@aol.com

Tom,

After speaking with Patricia Hancock of DCFS [(217) 782-4000], the following is my understanding:

DCFS is not under any current obligation to make the children speak to your investigator. You may certain contact Pat Hancock to determine whether or not she is willing to voluntarily allow you or your investigator to speak with them.

In the event DCFS allows you to speak with the children, DCFS will require that an attorney from DCFS or the Attorney General's Office be present.

If you have any questions, call me at (217) 782-9029

Kristin Krsek-Alferink
Assistant Attorney General