**E-FILED**
Wednesday, 27 July, 2005 07:58:22 PM
Clerk, U.S. District Court, ILCD

Subj:  **Rinaldi Interviews**
Date:  6/20/2005 4:11:54 P.M. Central Standard Time
From:  kkrsek@atg.state.il.us
To:    dawsonlaw@aol.com

Tom,

As we discussed in our phone conversation earlier this afternoon, DCFS is not objecting to your investigator speaking with the children subpoenaed information regarding. These interviews are to be limited to matters concerned with the case involving Dr. Rinaldi, and dentist services he supplied (or did not supply) to these children. I am not aware of the specifics of any of the children you are seeking to interview, however, I assume that some may be in private care. Meaning, they have been adopted out of the system by private individuals. DCFS has no position regarding interviewing those children, as DCFS no longer has any interest in those children. Should your investigator incur problems while trying to interview the children which are in the care of DCFS, she (or the case worker) should contact me- NOT DCFS Legal.

Kristin Krsek-Alferink
(217) 782-9029