**Robert E. Chapman, M.D., SC**
*Diplomate of the American Board of Psychiatry and Neurology*
*Diplomate of the American Board of Forensic Psychiatry*
*Fellow of the American College of Forensic Psychiatry*

Robert E. Chapman, M.D., SC
P.O. Box 1404
Bloomington, IL 61702-1404

Phone: (309)454-2205
FAX: (309)454-5770
email: RECMDMBA96@wolfstation.net
www.wolfstation.net/robertchapman/forensic

To Whom It May Concern:

I will be unavailable during the following dates:

*1 August through 13 August 2005 and;*

*27 August through 12 September 2005*

If you wish to notify me during that time, call 309/454-2205 and leave a message on my voice mail.

Sincerely,


Robert E. Chapman, M.D., MBA
Diplomate American Board
of Forensic Psychiatry




217 544 7500

Exhibit 10

1