UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 01-30110 |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIUS A. RINALDI, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

Comes the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Patrick D. Hansen, Assistant United States Attorney, and responds herein to the Motion to Continue Sentencing filed by the defendant on May 18, 2005.

1.  The defendant in this case entered pleas of guilty to mail fraud (Count 1) and Obstruction of a Health Care Fraud investigation (Count 13) on March 5, 2002. He was originally scheduled for sentencing on June 24, 2002, which was continued to August 19, 2002. The matter has been continued numerous times since then.

2.  Following the defendant's last Motion to Continue, this Court recognized the defendant's prior request for six months was too long, granted a continuance of three months, and noted that "the continuance of three months will be the final continuance."

3.  Once again, the defendant seeks to continue the matter for another six months. In so doing, he once again blames the delay on every person and entity other than himself. As

1

previously noted by the government, the defendant is the sole cause for this delay.[1]

3.	Also, as previously noted, the defendant's Motions to Continue are based on the faulty premise that another lengthy delay will allow him to somehow create a reliable statistical sampling to show an "actual" loss amount.  The government has previously explained the great probability that any data used will be unreliable.

4.	Since the defendant has been unable to calculate an "actual" loss figure in over three years, and considering the dubious plan currently proposed, it is unlikely that a continuance of yet another six months would be beneficial.

5.	The defendant's current problem in calculating the loss is solely one of his own creation.  It is not in the interests of justice to allow him to continue to benefit from it.

6.	The defendant also now alleges that one of his witnesses, Dr. Chapman, will be unavailable to testify on September 7, 2005.  The Government submits, however, that this Court has already received and reviewed the report of Dr. Chapman, as well as the reports of other medical personnel hired by the defendant.  This Court has also received and reviewed the reports of Dr. Philipp Bornstein, as well as the report of its own expert, Dr. Moriearty.  Unless the defendant anticipates that the testimony of Dr. Chapman will vary substantially from that report, this Court has all of the information it needs to determine to what extent the defendant's claimed "diminished mental capacity" contributed to this offense.

---

[1] The defendant's actions regarding his own records are documents in *In re Grand Jury Proceedings*, 280 F.3d 1103 (7th Cir. 2002).

WHEREFORE, the United States of America submits that the defendant's latest motion to continue sentencing should be denied, and that the September 7, 2005 date be reaffirmed.

Respectfully Submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


By:   s/Patrick D. Hansen
      Patrick D. Hansen
      Assistant United States Attorney
      Illinois Bar No. 6187536
      318 South 6th Street
      Springfield, IL 62701
      Telephone: (217) 492-4450
      patrick.hansen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2005, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

Thomas M Dawson
2300 S. Fourth Street
Leavenworth, KS 66048

Michael Costello
Attorney at Law
631 East Allen
Springfield, IL 62703

                                                s/Patrick D. Hansen
                                                Patrick D. Hansen
                                                Assistant United States Attorney
                                                318 South Sixth Street
                                                Springfield, IL 62701
                                                (217) 492-4450
                                                Fax: (217) 492-4512
                                                patrick.hansen@usdoj.gov