IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA
    Plaintiff

No. 01-30110

Vs.

SERGIUS RINALDI
    Defendant

Exhibit List (Filed Conventionally)

| *Exhibit #* | *Description* |
| --- | --- |
| Exhibit 1. | McGregor Affadavit and Q & A's |
| Exhibit 2. | Dr Chapman's updated report |
| Exhibit 2a | Woodhall letter of 8/19/05 |
| Exhibit 3. | 1994 Delta criteria Manual |
| Exhibit 4. | 2/99, 7/99, 1/01 Doral Office reference manuals |
| Exhibit 5. | 2/01 Doral Manual |
| Exhibit 6. | 2003 Doral Manual |
| Exhibit 7. | 2005 Doral Manual |
| Exhibit 8 | TRICARE & Delta manuals |
| Exhibit 9. | CDT 2nd CDT 3d, CDT 4th |
| Exhibit 10 | McGregor/Langford memo |
| Exhibit 11 | Access to Dental Care |
| Exhibit 12 | IDPA FOIA response |