IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 01-30110 |
| v. | ) | |
| | ) | |
| SERGIUS RINALDI, | ) | |
| Defendant. | ) | |
| | ) | |

MOTION TO FILE ATTACHMENTS TO MEMORANDUM IN SUPPORT OF
MOTION TO RECONSIDER CONVENTIONALLY

The Defendant, by and through counsel, respectfully request the Court's permission to file the attachments to the Memorandum in Support of the Motion to Reconsider the Withdrawal of the Plea conventionally. In support of this request it is stated:

1. The documents are not currently available in an electronic format

2. There are many lengthy documents that would need to be scanned and then converted in order for them to be filed electronically. The result would be many separate files as necessary to meet the 2 mb limit of the Court's electronic filing rules.

Wherefore it is respectfully requested that the Court permit the attachments to be filed conventionally.

Respectfully submitted:

/s/ Thomas M. Dawson
Thomas M. Dawson, Esq.
Kansas Bar No. 06599
2300 South Fourth Street
Leavenworth, KS  66048
(913) 682-5331
(913) 682-8363 facsimile
dawsonlaw@aol.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Defendants' Motion to File Attachments Conventionally upon Patrick D. Hansen, Assistant United States Attorney, by ECF this 23rd day of August 2005.

/s/ Thomas m. Dawson
Thomas M. Dawson, Esq.