E-FILED
Monday, 29 August, 2005 03:58:09 PM
Clerk, U.S. District Court, ILCD

# United States District Court

AUG 29 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FOR THE CENTRAL   DISTRICT OF  ILLINOIS

UNITED STATES OF AMERICA,
            Plaintiff,

v.

SERGIUS RINALDI,
            Defendant

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 01-30110

TO: Ronald Zee, Ph.D., ABPN, ABPP (CN), Southern Illinois University School of Medicine, 751 North Rutledge, Springfield, Illinois 62702.

[x] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Distric Court for the Central District of Illinois, 600 East Monroe Street, Springfield, Illinois. | Third Floor |
| | DATE AND TIME |
| | September 16, 2005 |

[x] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):
Any and all reports and underlined data pertaining to the examination of Dr. Sergius Rinaldi.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT   |   DATE
s/John Waters
(By) Deputy Clerk
s/M. Rankin

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Michael J. Costello, Attorney for Defendant, 808 South Second Street
Springfield, Illinois (217) 544-5500

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 8-24-05 | 820 S. 2nd - Springfield, IL |
| SERVED | 8-24-05 | 751 N. Rutledge - Springfield, Ill (SIU School of Medicine) |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Susan Smith | ☐ YES ☒ NO AMOUNT $ |
| **SERVED BY (PRINT NAME)** | **TITLE** |
| Terry A. Reno | Investigator |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 8-24-05
*Date*

Terry A. Reno
*Signature of Server*

PO Box 9092 Springfield, Ill.
*Address of Server*

ADDITIONAL INFORMATION