UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 01-30110 |
| | ) | |
| SERGIUS A. RINALDI, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO FILE
EXHIBITS CONVENTIONALLY AND UNDER SEAL**

Comes the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois and Patrick D. Hansen, Assistant United States Attorney, and respectfully requests that this Court allow the filing of exhibits to the Government's Sentencing Memorandum conventionally and under seal, and in furtherance of this request, states as follows.

1.  The government has alleged a massive fraudulent billing scheme which the defendant conducted through his orthodontic practice from at least 1994 through 2001. The fraudulent conduct investigated dealt primarily with minor patients who were either clients of the Illinois Department of Public Aid and eligible for Medicaid benefits, or wards of the State of Illinois under the supervision of the Illinois Department of Children and Family Services (DCFS).

2.  Many of the exhibits attached to the Government's Sentencing Memorandum, as Exhibits A-1 through A-47, are reports of interviews and other records dealing specifically with persons who are, or were minor children, and who are or were under the supervision of DCFS.

1

3.  Because these are records of children and of wards of the State of Illinois, they should not be available to the general public.

4.  Additionally, the government has submitted as Exhibits B-1 through B-3, transcripts of the hearings which resulted in the defendant being found in contempt of Court by then-Chief Judge McDade in 2001. As the matter dealt with a pending Grand Jury investigation, it was conducted under seal. Because of the nature of those issues, that matter may still be under seal. It would, therefore, be inappropriate for the transcripts of that hearing to be filed electronically.

5.  The nature and volume of records that the government is submitting for the Court to review prior to sentencing suggests that rather than filing electronically, a paper filing would be more appropriate.

WHEREFORE, the United States of America respectfully requests that this Court allow the exhibits to the Sentencing Memorandum be filed conventionally and under seal.

Respectfully Submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

By:  s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patrick.hansen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2005, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

Thomas M Dawson
2300 S. Fourth Street
Leavenworth, KS 66048

Michael Costello
Attorney at Law
631 East Allen
Springfield, IL 62703


                s/Patrick D. Hansen
                Patrick D. Hansen
                Assistant United States Attorney
                318 South Sixth Street
                Springfield, IL 62701
                (217) 492-4450
                Fax: (217) 492-4512
                patrick.hansen@usdoj.gov