## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Cause No. 01-30110 |
| ) | |
| ) | |
| SERGIUS RINALDI,   ) | |
| ) | |
| Defendant.   ) | |

### GOVERNMENT'S SENTENCING WITNESS AND EXHIBIT LIST

NOW COMES the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Patrick D. Hansen, Assistant United States Attorney, and respectfully submits its sentencing witness and exhibit list:

### WITNESSES

1. Judy Keran
2. Michele Good
3. Doris Schuh
4. Gloria Craven
5. Susan Jackson
6. Dr. Philipp Bornstein

It is anticipated that, if called, the first four witnesses will testify regarding the billing practices of the orthodontic practice of the defendant from 1994 through 2001. They will also testify regarding instructions from the defendant regarding the billings.

It is anticipated that Susan Jackson will testify specifically regarding her creation of Government's Exhibit A, as well as the source documents (Exhibits A-1 through A-47), which have been submitted to the Court with the Government's Sentencing Memorandum.

Dr. Philipp Bornstein will be present should the Court allow the testimony of defense

witnesses regarding any mental condition, disease or defect of the defendant. If such is allowed, Dr. Bornstein will be available to express his opinion as to the reasonableness of the conclusions of the defense witnesses, as well as to his own conclusions (contained in his report) previously submitted to the Court.

## EXHIBITS

1-3. The government may inquire of the witnesses regarding those Exhibits specifically submitted as part of the Government's Sentencing Memorandum, including Exhibits numbered A, A-1 through A-47, B-1 through B-3 and C.

4A-J. Samples of office documents from the orthodontic practice of Sergius Rinaldi (sign-in sheets, daily logs, weekly summary, patient card, patient billing card for DCFS, patient billing form for IDPA/Doral).

5. Listing of clients with dates from January to July, 1999 used for billing IDPA and DCFS.

6A. Report of Philipp Bornstein and supporting documents.

6B. Report of Helen Appleton and supporting documents.

7. Portions of tape recording(s) and/or the transcript(s) of conversation(s) between defendant and employees.

Respectfully Submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

By:   s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patrick.hansen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2005, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

Thomas M Dawson
2300 S. Fourth Street
Leavenworth, KS 66048

Michael Costello
Attorney at Law
631 East Allen
Springfield, IL 62703

                                            s/Patrick D. Hansen
                                            Patrick D. Hansen
                                            Assistant United States Attorney
                                            318 South Sixth Street
                                            Springfield, IL 62701
                                            (217) 492-4450
                                            Fax: (217) 492-4512
                                            patrick.hansen@usdoj.gov