# THE JOURNAL OF CLINICAL PSYCHIATRY

VOLUME 65     OCTOBER 2004     NUMBER 10

**A Clinical Perspective of Attention-Deficit/Hyperactivity Disorder Into Adulthood**

*Timothy E. Wilens and William Dodson*

**CME ARTICLES**

**Risk Factors for Premenstrual Dysphoric Disorder in a Community Sample of Young Women: The Role of Traumatic Events and Posttraumatic Stress Disorder**

**On the Threshold of Disorder: A Study of the Impact of the DSM-IV Clinical Significance Criterion on Diagnosing Depressive and Anxiety Disorders in Clinical Practice**

CELEBRATING 65 YEARS OF SERVICE TO PSYCHIATRISTS

# A Clinical Perspective of Attention-Deficit/Hyperactivity Disorder Into Adulthood

Timothy E. Wilens, M.D., and William Dodson, M.D.

Received May 30, 2003; accepted Feb. 19, 2004. From the Department of Psychiatry, Harvard Medical School, Boston, Massachusetts (Dr. Wilens), and the Attention Disorders Treatment Center, Denver, Colorado (Dr. Dodson).
Presented at the symposium "ADHD: From Neurobiology to a Plan for Life," which was held at the U.S. Psychiatric & Mental Health Congress, October 28–31, 2002, in Las Vegas, Nev., and supported by an unrestricted educational grant from Shire. Additional support for this research was provided by National Institutes of Health grant no. DA 14419 (Dr. Wilens).
Dr. Wilens has served as a consultant for, received grant support from, and participated in speakers boards for Abbott, Celltech Medieva, Lilly, McNeil, NIDA, NIMH, Novartis, Pfizer, Shire, and SKB/Glaxo. Dr. Dodson has served as a consultant for Shire and has received honoraria from and participated in speaker/advisory boards of Shire and Novartis.
Corresponding author and reprints: Timothy E. Wilens, M.D., Clinical Research Program in Pediatric Psychopharmacology, Massachusetts General Hospital and Harvard Medical School, 15 Parkman Street, Boston, MA 02114 (e-mail: twilens@partners.org).

*Objective:* Attention-deficit/hyperactivity disorder (ADHD) is a common psychiatric disorder that affects all age groups. Recent data on the clinical presentation, comorbidity, neurobiology, and treatment are reviewed.

*Method:* Using the search term *ADHD*, a selective PubMed review of the clinical literature was undertaken to evaluate recent data relevant to ADHD with attention to a life span perspective of the disorder.

*Results:* A growing literature indicates that ADHD is more persistent than previously thought and has a developmental variability in its presentation. The disorder impairs academic, social, and occupational functioning and is often associated with comorbidity, including cigarette smoking and substance abuse. Considerable evidence suggests that the disorder has a strong genetic component and a biological underpinning; the pathophysiology includes dysfunction in both noradrenergic and dopaminergic systems. Both psychosocial therapy and pharmacotherapy have been shown effective in the treatment of the disorder throughout the life span. The therapeutic effectiveness of pharmacologic agents in the treatment of ADHD has been attributed to noradrenergic and/or dopaminergic effects.

*Conclusion:* ADHD is associated with impairment and comorbidity throughout the life span. Growing evidence suggests the importance of short- and long-term management of the disorder. While the long-term treatment of ADHD is expected to lessen the individual's impairment, the outcome for adults who have received treatment since childhood requires further study.

*(J Clin Psychiatry 2004;65:1301–1313)*

Attention-deficit/hyperactivity disorder (ADHD) is the most common emotional, cognitive, and behavioral disorder treated in children.[1–3] It carries a high rate of psychiatric comorbidity, notably oppositional defiant disorder (ODD), conduct disorder, mood and anxiety disorders, and cigarette and substance use disorders.[4] Across the life span, the social and societal costs of untreated ADHD are considerable, including academic underachievement, conduct problems, underemployment, motor vehicle safety, and difficulties with personal relationships.[5–8] Current and developing treatment strategies involving cognitive/behavioral and pharmacologic interventions often help patients overcome the obstacles to normal functioning.[9–16]

ADHD is more prevalent than schizophrenia, obsessive-compulsive disorder, and panic disorder,[17–19] affecting an estimated 4% to 12% of school-aged children in the United States[2] (a 2002 Mayo Clinic study found the lowest prevalence to be 7.4%[3]). A recent meta-analysis of the world's literature indicates that ADHD exists in the United States and other countries to a similar degree.[17]

In children diagnosed with ADHD, the ratio of boys to girls is approximately 3:1,[2] though figures vary based on data from clinically referred versus community-based patients. Survey studies[20,21] estimate that approximately 4% of college-aged students and adults have ADHD.[22] In recent years, the recognition, diagnosis, and treatment of ADHD in adults have been increasing, and the gender ratio is about 1:1.[4]

## DIAGNOSING ADHD

Although the validity of the ADHD diagnosis continues to be debated in the media, the scientific community has accepted the existence of the disorder, even in adulthood,[23,24] for a number of years. ADHD can be reliably diagnosed in both children and adults.[11,24] Under the current guidelines,[25] the child or adult patient must meet the criteria in the *Diagnostic and Statistical Manual of Mental Disorders*, Fourth Edition (DSM-IV). Symptoms, one of the criteria, are categorized as follows: inattention—difficulty sustaining attention, forgetfulness, and distractibility; hyperactivity—fidgeting, excessive talking, and restlessness; and impulsivity—difficulty waiting one's turn and frequent interruption of others.[1] The DSM-IV criteria also include onset by age 7, impaired functioning in at least 2 settings (home, work, school, job), and more than 6 months of duration.

Three subtypes of the syndrome are currently recognized: predominantly inattentive, hyperactive-impulsive, and the combined type, which is the most common and most debilitating.

Many clinicians believe the inattentive subtype has been underdiagnosed—particularly in girls. Typically, girls with this subtype do not disrupt classes, but they have clinically meaningful levels of inattention and underachievement related, in part, to poor self-esteem.[26]

To meet the DSM-IV criteria for the inattentive or hyperactive-impulsive subtypes, an individual must have 6 or more of the 9 symptoms from either group of criteria (18 possible traits in all). For the combined subtype, an individual must have 6 or more inattentive symptoms and 6 or more hyperactive-impulsive symptoms. To warrant the ADHD diagnosis, symptoms must cause significant impairment. Adults diagnosed with the disorder must have had childhood onset and persistent and current symptoms, although allowance is made for incomplete persistence of full criteria (ADHD-in partial remission).

Clinical diagnosis is made through a combination of a careful clinical history[25] and ancillary evidence, such as teacher and/or family reports. The patient's symptoms, severity of impairment, possible comorbidity, family history, and psychosocial stressors may be determined during the parent and patient interview. In pediatric evaluations, the child's behavior and parent-child interaction are observed, and the child's educational, medical, and neurologic status are evaluated.[27,28]

Several diagnostic tools are employed with the child: the Conners Parent and Teacher Questionnaires, the ADHD Rating Scale-IV, the Achenbach Behavioral Checklist, the ADD-II Comprehensive Teacher Rating Scale, the Child Behavior Rating Scale, and the Copeland Symptom Checklist for ADD. Symptom scales used with all age groups (to assess home, school, and job performance) include the ADHD Symptom Checklist, SNAP-IV Teacher and Parent Rating Scale, Conners Rating Scales-Revised, Brown Attention-Deficit Disorder Scales, Brown Attention-Deficit Disorder Scales for Children, and the ADHD Symptoms Rating Scale.[29,30] Although these tools quantify behavior deviating from norms, they should not be used alone to make or refute the diagnosis. In some instances, the scales are employed to assess and monitor the patient's response to treatment.[11,31]

Diagnosing adults involves careful querying for developmentally appropriate criteria from the DSM-IV concerning the childhood onset, persistence, and current presence of symptoms. The diagnostic reliability of reporting adult ADHD symptoms largely retrospectively from childhood has been validated. For example, Murphy and Schachar[32] found a high correlation (R values > 0.75) between reports of childhood ADHD made by adults with the disorder and their parents, and ratings of current symptoms made by adults with ADHD and their partners. Self-report forms such as the Wender Utah Rating Scale, ADHD rating scale, Brown Attention-Deficit Disorder Scales, and Conners rating scales have all been psychometrically evaluated and found valid and reliable as diagnostic aids for adult ADHD.[33–36]

Recent literature and follow-up studies show that prominent symptoms and impairment related to the disorder persist into adulthood in approximately one half of cases.[37–39] Beginning in adolescence, ADHD symptoms decline and change their presentation (Figure 1).[5] A majority of youth will lose full *syndromatic* criteria for ADHD as they grow up: they will no longer present with the full criteria. However, an even larger number will manifest *symptomatic* persistence (e.g., partial diagnostic criteria) of the disorder into adulthood: they will present with most of the symptoms and other criteria and with ADHD-related impairments.



Figure 1. Age-Dependent Decline of Attention-Deficit/Hyperactivity Disorder (ADHD) Symptoms: Total DSM-III-R ADHD Symptoms[a,b]

[a]Based on Biederman et al.[5]
[b]$\beta = -0.77$ (–0.97 to –0.56).

Table 1. ADHD Clinical Presentation: School Age (6–12 years)[a]

Easily distracted
Homework poorly organized, contains careless errors, often not completed
Blurts out answers before question completed (often disruptive in class)
Often interrupts or intrudes on others and displays aggression (difficulties in peer relationships)
Fails to wait turn in games
Often out of seat
Perception of "immaturity" (unwilling or unable to complete chores at home)

[a]Based on Greenhill[27] and Conners and Jett.[31]
Abbreviation: ADHD = attention-deficit/hyperactivity disorder.

Table 2. ADHD Clinical Presentation: Adolescence (13–18 years)[a]

May have a sense of inner restlessness (rather than hyperactivity)
Schoolwork disorganized and shows poor follow-through; fails to work independently
Engages in "risky" behaviors (speeding and driving mishaps)
Poor self-esteem
Poor peer relationships
Difficulty with authority figures

[a]Based on Greenhill[27] and Conners and Jett.[31]
Abbreviation: ADHD = attention-deficit/hyperactivity disorder.

Table 3. ADHD Clinical Presentation: Adulthood[a]

Inattention/concentration problems
Disorganized, fails to plan ahead
Forgetful, loses things
Difficulty in initiating and finishing projects or tasks
Shifts activities prematurely
Misjudges available time
Makes impulsive decisions related to spending money, travel, jobs, or social plans
May have job instability and marital difficulties

[a]Based on Greenhill,[27] Conners and Jett,[31] and Millstein et al.[40]
Abbreviation: ADHD = attention-deficit/hyperactivity disorder.

There appears to be some developmental variance in the ADHD symptom profile across the life span (Tables 1–3).[27,31,40] Longitudinally derived data in ADHD youth growing up indicate that the symptom cluster of hyperactivity and impulsivity decays over time, while the symptoms of inattention largely persist.[5,41,42] In support of this notion, data derived from a group of clinically referred adults with ADHD indicate that approximately half of adults endorse clinically significant levels of hyperactivity/impulsivity, but 90% endorse prominent attentional symptoms.[40]

Hyperactivity in children becomes a sense of inner restlessness in adolescents and adults, accompanied by poor concentration, daydreaming, and forgetfulness. Childhood impulsivity symptoms can lead to low frustration tolerance, explosive emotional episodes, and reckless driving in adulthood. Presenting adults typically have poor self-discipline, short temper, difficulty establishing and keeping a routine, and difficulty thinking clearly.[43,44]

Despite known neuropsychological differences between children and adults with ADHD and non-ADHD controls, the role of neuropsychological testing in all age groups with the disorder remains unclear. Current consensus is that neuropsychological testing is used not to *diagnose* ADHD, but to better understand the extent of learning disabilities and learning dysfunction in affected individuals.[25,45]

## AREAS OF FUNCTIONAL IMPAIRMENT

### Academic Impairment

School is the single most common referral source for children and adolescents with ADHD, who typically do not achieve their academic potential and may be behaviorally disruptive. Compared with non-ADHD peers, they perform more poorly on standardized tests; have higher rates of grade retention (42% vs. 13%), suspension (60% vs. 19%), and dropout (32% vs. 0%); and are less likely to graduate high school.[12] In the estimated 25% of ADHD youth with comorbid learning disabilities, academic impairment is even more profound.[12]

While treatment may help short-term academic improvement,[46–48] the longer-term effects of treatment remain unclear. For example, a systematic literature review of long-term ADHD treatment[49] found no difference among the effects of medication management, community care, and behavior treatments on academic performance. The results from several ongoing longitudinal studies of long-term treatment of ADHD on academic outcomes may help clarify this issue.

### Health and Injury

The economic and medical ramifications of ADHD are substantial, and impairments have been observed across the life span. A 9-year study of medical utilization showed that people with ADHD use double the amount of health services that controls do ($4306 vs. $1944), not including the ADHD treatment.[50] Farmer and Peterson[51] have reported that boys with ADHD are likely to predict less severe consequences to hazardous situations and are less able to provide prevention strategies and safety principles. Without treatment, adolescents with ADHD have 4 times as many serious injuries and 3 times as many motor vehicle accidents as either those who do not have ADHD or those who have ADHD and consistently take medication.[8,52]

Barkley and colleagues[53] have found the motor vehicle skills of young adults with the disorder to be worse than those of their non-ADHD counterparts. Poorer outcomes in this study were attributed to poorer performance behind the wheel, not to less knowledge about driving. Individuals with ADHD were more likely to receive cita-

Wilens and Dodson

tions for speeding, receive license suspensions, be involved in more crashes, and even self-report using poorer driving habits.

### Sexual Behavior

ADHD may also affect sexual behavior, as evidenced by a longitudinal follow-up of a cohort of children with ADHD (and a sizable number with comorbid conduct disorder) now in their mid-to-late 20s. Of the 43 children born to study participants in both the ADHD and control groups, 42 were born to those in the ADHD group, limiting their academic and occupational attainment, and 54% of the ADHD parents had already lost custody of their children.[54] Similarly, the Milwaukee Young Adult Outcome Study[12] (MKE) found those with ADHD to be at greater sexual and reproductive risk than their non-ADHD peers. Sexually transmitted disease was 4 times more prevalent among them; they also had far more children by age 20, but only 50% of the ADHD parents had custody of their children.[12]

### Executive Functioning

Executive functioning (EF) has become an area of intense research in the study of ADHD.[55,56] Many children and adults with the disorder have additional and severe dysfunction in this domain.[57] Problems in EF clinically present as deficits in time management, organization, and sequential and hierarchical thinking. Executive functioning is a self-regulatory and goal-oriented activity.[58]

Executive functioning is also thought to encompass important aspects of working memory. Barkley observed that EF highlights "the delay between stimulus and response or maintenance of internal representations to guide actions."[58(pp67–69)] Welsh and Pennington have defined EF clinically as "the ability to maintain an appropriate problem solving set for attainment of a future goal."[59(pp201–202)] Executive functioning may include aspects of the following: (a) an intention to inhibit a response or to defer it to a later, more appropriate time; (b) a strategic plan of action sequences; and (c) a mental representation of the task, including the relevant stimulant information encoded in memory and the desired future goal-state.[59,60]

Biederman et al.[61] recently found that ADHD youth who exhibited impairments on 2 of 6 EF neuropsychological measures were more likely to repeat a grade and have lower academic achievement than ADHD youth with 2 or fewer measures impaired, even after controlling for social class, IQ, and learning disabilities. Other studies have also found an association with EF measures and adaptive functioning in the domains of socialization and communication.[62]

Like some youth with ADHD, adults with the disorder are thought to have EF deficits, such as less ability to attend, encode, and manipulate information; to organize; and to manage time.[55,56] They may appear normal in conversation, but their symptomatology becomes evident when they are faced with getting organized or completing a task. Exceptionally intelligent adults are often able to compensate for the disorder's manifestations through childhood, adolescence, and even young adulthood, but the cumulative challenges eventually overwhelm their compensatory mechanisms.

### NEUROBIOLOGY

There is strong evidence that ADHD has a neurobiological underpinning, with important environmental influences also involved. It is not yet clear whether the dysfunction is intrinsic to the frontal lobes, where lesions in the frontal cortex may be responsible for behavioral or cognitive abnormalities, or whether it is influenced by brain areas with subcortical projections.[63] Structural and functional magnetic resonance imaging (fMRI) studies have shown neurologic differences between those with ADHD and those without.[64] The fMRI data show that the circuits controlling attention—including parts of the prefrontal cortex that affect working memory, alerting, and response inhibition—are less active and smaller in individuals with the disorder than in non-ADHD controls.[65]

Results from studies of positron emission tomography (PET) complement the MRI findings. Data from Ernst and colleagues' PET study[66] of dopaminergic presynaptic function in ADHD revealed abnormally low DOPA decarboxylase activity, primarily in the medial and left lateral areas of the prefrontal cortex. Zametkin and colleagues' PET studies[67] found abnormal regional and global glucose metabolism in the brains of adults with childhood-onset ADHD. More-recent PET studies[68,69] have identified differences in the binding potential of the dopamine transporter, the protein responsible for inactivation and recycling of intrasynaptic dopamine.

The most critical neurotransmitters in ADHD are the catecholamines dopamine and norepinephrine, which appear to regulate the inhibitory influences in the frontal-cortical processing of information—accentuating some aspects, dampening others, and enhancing signals. The specific neurobehavioral roles of dopamine and norepinephrine remain unclear. It may be that the dopamine enhances signals and improves attention, focus, vigilance, acquisition, on-task behavior and cognition, and perception. Norepinephrine may dampen "noise"; decrease distractibility and shifting; improve executive operations; and increase behavioral, cognitive, and motoric inhibition.[70,71]

Both dopamine and norepinephrine have relatively specific pathways that modulate attention, concentration, and other cognitive functions.[72] The frontal areas of the brain not only receive signals, but also mold information that connects with the striatum and areas deeper in the mesocephalic brain stem.

In terms of the pathophysiology of ADHD, Zametkin and colleagues[72,73] have postulated that catecholamine dysfunction causes dysregulation of the inhibitory influences of frontal-cortical activity, which is predominantly noradrenergic, and of lower striatal structures, which are predominantly dopaminergic. Striatal structures are driven by dopaminergic agonists controlled or modulated by higher inhibitory structures sensitive to adrenergic agents.[72,73]

A considerable body of evidence shows that ADHD is highly familial (25%–50% of cases), and transmission in families is mediated by genetic factors.[65] While from 15% to 25% of first-degree relatives of children with ADHD have the disorder, 1 study[65] suggests that 50% of children whose parents have ADHD also have the disorder. Molecular genetics studies[74,75] have implicated the dopamine transporter (DAT1) and $D_2$ and $D_4$ postsynaptic receptors as candidate genes.

## COMORBIDITY

ADHD is highly comorbid with other psychiatric and learning disorders (Figures 2–3).[76–85] Similarly, ADHD is overrepresented in children and adults with other psychiatric disorders. The most common comorbid diagnoses in children with ADHD are oppositional defiant, anxiety, mood, conduct and learning disorders. Adults with ADHD most commonly manifest comorbidity with depression, anxiety, and substance use disorders.[79]

There has been increasing interest in the co-occurrence of substance use disorders. Over one half of individuals with untreated ADHD into adulthood will develop a substance use disorder in their lifetime.[83] Although parents worry that treating ADHD aggressively with psychostimulants will predispose their children to substance abuse, recent studies indicate that the opposite is true. If ADHD is consistently treated, the risk of substance abuse is the same as in the general population.[37,84] Psychostimulant treatment appears to protect against the development of substance abuse.[37,84]

Approximately 10% of ADHD patients develop bipolar disorder (BPD), and 15% of BPD adults may have ADHD.[85] There is considerable symptom overlap, creating the potential for diagnostic confusion.[86] Yet the key distinguishing features of ADHD are inattention and hyperactivity-impulsivity; BPD is characterized by severe mood instability, psychosis, and grandiosity.[85] The earlier the onset of BPD, the more likely the individual will have comorbid ADHD and BPD.[87]

In a 4-year follow-up of psychiatric diagnoses in boys with ADHD, Biederman and colleagues[88] reported an increase—from 11% to 23%—in the rate of comorbid BPD. Pediatric studies report that many children diagnosed with BPD often have symptoms suggestive of ADHD. Whether or not these are truly ADHD symptoms



Figure 2. Common Comorbid Diagnoses in Children With ADHD[a]

[a]Based on Biederman et al.,[76] Pliszka,[77] Biederman et al.,[78] and Spencer et al.[79]
[b]Mean rate at which children with ADHD will also have this disorder.
Abbreviation: ADHD = attention-deficit/hyperactivity disorder.



Figure 3. Common Comorbid Diagnoses in Adults With ADHD[a]

[a]Based on Biederman et al.,[80] Biederman et al.,[81] and Shekim et al.[82]
[b]Mean rate at which adults with ADHD will also have this disorder.
Abbreviation: ADHD = attention-deficit/hyperactivity disorder.

is currently under investigation, but children with symptoms of both disorders have been found to be more impaired and less responsive to mood stabilizers.[89] Children and adolescents with BPD do not mood-cycle and are consistently irritable.[85]

To obtain an optimal outcome in these patients, both past and current comorbidities should be identified, and the sequence of treating the ADHD and the comorbidity should be carefully considered.

## NONPHARMACOLOGIC THERAPY

The management of ADHD includes nonpharmacologic and pharmacologic intervention. Support groups help youth, parents, and adults with ADHD learn

Wilens and Dodson

Table 4. Medications Used in Juvenile Attention-Deficit/Hyperactivity Disorder

| Medication (generic) | Medication (brand) | Daily Dose (mg/kg) | Daily Dosage Schedule | Common Adverse Effects |
|---|---|---|---|---|
| Stimulants | | 0.3–2.0 | | Common to all stimulants: |
| Methylphenidate | Ritalin | | 2–4 times | Insomnia, decreased appetite/weight loss, possible |
| | Metadate CD, Concerta, Ritalin LA | | 1 time | reduction in growth velocity with chronic use, stomachaches, headaches, dysphoria, rebound phenomena (short-acting preparations) |
| | Focalin | 0.6–1.0 | 2–4 times | |
| Amphetamine | | 0.3–1.5 | | |
| Dextroamphetamine | Dexedrine | | 2–3 times | |
| Mixed amphetamine salts | Adderall | | 2–3 times | |
| | Adderall XR | | 1 time | |
| Magnesium pemoline | Cylert | 1.0–3.0 | 1–2 times | Drug specific: abnormal liver-function tests |
| Nonstimulants | | | | |
| Noradrenergic agent | | | | |
| Atomoxetine | Strattera | 0.5–1.8 | 1–2 times | Somnolence or insomnia, stomachaches/gastrointestinal distress, appetite suppression, headaches, manic activation (with bipolar disorder) |
| Antidepressants | | | | |
| Tricyclics | | | | |
| Imipramine | Tofranil | 2.0–5.0 | 1–2 times | Dry mouth, constipation, weight fluctuation, vital sign and electrocardiogram changes |
| Desipramine | Norpramin | 2.0–5.0 | | |
| Nortriptyline | Pamelor | 1.0–3.0 | | |
| Bupropion | Wellbutrin | 3–6 | 3 times | Irritability, insomnia, risk of seizures |
| | Wellbutrin SR | 3–6 | 2 times | (in doses > 6 mg/kg); contraindicated in bulimics |
| | Wellbutrin XL | 3–6 | 1 time | |
| Venlafaxine | Effexor | 0.5–3 | 2 times | Nausea, sedation, gastrointestinal distress |
| Antihypertensives | | | | |
| Clonidine | Catapres | 3–10 µg/kg | 2–3 times | Sedation, dry mouth, depression, confusion (with high dose), rebound hypertension, localized irritation with patch |
| Guanfacine | Tenex | 30–100 µg/kg | 2 times | Similar to clonidine but less sedation; insomnia and irritability reported |

about the disorder and available resources. Support groups can be accessed by calling an ADHD hotline (1-800-233-4050), or by contacting Children and Adults With Attention-Deficit/Hyperactivity Disorder (CHADD) on the Internet (www.chadd.org).

Specialized educational planning with frequent reevaluations of the child's progress in school should be undertaken. Parents should be encouraged to work closely with the child's teacher, guidance counselor, and school psychologist, who can provide direct contact with the child and valuable liaison with various school operations. Increased structure, predictable routines, learning aids, resource room time, and checked homework are typical educational arrangements to help these youth.[12] Similar modifications at home may optimize the child's ability to complete homework. Identification of comorbid learning disorders, found in approximately one third of individuals with ADHD, should lead to the development of specific remediation plans. Adults with ADHD may also require modifications in their academic and/or work settings. Those attending college should be encouraged to participate in their school's study center.

Focused therapies incorporating cognitive-behavioral features have reportedly been effective in children, adolescents, and adults with ADHD; however, the benefit of these treatments independent of pharmacotherapy has yet to be determined.[28,90] Behavioral therapy with the child and parents is used in cases of co-occurring disruptive behaviors, inflexibility, anxiety, or outbursts.

Although the efficacy of various psychotherapeutic interventions remains to be established, a retrospective assessment of adults with ADHD indicated that traditional insight-oriented psychotherapies were not helpful.[91] In contrast, a cognitive therapy protocol adapted for adults with ADHD has been developed, and open data suggest that it may be effective when used with pharmacotherapy.[86] Two National Institutes of Health (NIH)–funded prospective studies are currently under way to evaluate the efficacy of cognitive-based therapies for adults with ADHD.

## PHARMACOTHERAPY

Medications remain a mainstay of ADHD treatment.[11] In fact, longer-term multisite studies support medication management as the most important outcome variable of multimodal treatment.[92] The stimulants, antihypertensives, and antidepressants comprise the current ADHD armamentarium (Tables 4 and 5). In children, multiple stimulants and atomoxetine are U.S. Food and Drug Administration (FDA)–approved for ADHD; in adults, only amphetamine compounds and atomoxetine are approved to date. Respon-

1306