Table 5. Medications Used in Adult ADHD

| Medication (generic) | Medication (brand) | Typical Daily Dose (mg) | Daily Dosage Schedule | Common Adverse Effects |
|---|---|---|---|---|
| Stimulants | | | | Common to all stimulants: |
| Methylphenidate | Ritalin, Focalin | 20–100 | 2–4 times | Insomnia, decreased appetite/weight loss, headaches, |
| | Metadate CD, Concerta, Ritalin LA | 20–100 | 1 time | dysphoria, mild increases in pulse/blood pressure, rebound phenomena (short-acting preparations) |
| Amphetamine | | | | |
| Dextroamphetamine | Dexedrine | 10–60 | 2–3 times | |
| Mixed amphetamine salts | Adderall | 10–60 | 2–3 times | |
| | Adderall XR[a] | 10–60 | 1 time | |
| Magnesium pemoline | Cylert | 75–150 | 1–2 times | Drug specific: abnormal liver-function tests |
| Nonstimulants | | | | |
| Noradrenergic agent | | | | |
| Atomoxetine | Strattera[a] | 40–120 | 1–2 times | Sleep disturbance, gastrointestinal distress, nausea, headaches, mild increase in pulse/blood pressure |
| Antidepressants | | | | |
| Tricyclics | | | 1–2 times | Dry mouth, constipation, weight fluctuation, vital sign and electrocardiogram changes |
| Desipramine | Norpramin | 100–300 | | |
| Imipramine | Tofranil | 100–300 | | |
| Nortriptyline | Pamelor | 50–200 | | |
| Bupropion | Wellbutrin | 150–450 | 3 times | Irritability, insomnia, risk of seizures (in doses > 6 mg/kg); contraindicated in bulimics |
| | Wellbutrin SR/XL | 150–450 | 2 times/1 time | |
| Venlafaxine | Effexor | 75–225 | 2 times | Nausea, sedation, gastrointestinal distress |

[a]Approved for ADHD in adults by the U.S. Food and Drug Administration.
Abbreviation: ADHD = attention-deficit/hyperactivity disorder.

siveness to pharmacotherapy has been observed similarly in children, adolescents, and adults with ADHD.

The most efficacious agents for ADHD appear to be those that elevate the transmission of synaptic dopamine or norepinephrine. Psychostimulants, among first-line agents for children and adults, work primarily in the mesocortical and frontostriatal pathways on both dopaminergic and noradrenergic neurons.[93,94] Methylphenidate and amphetamines affect the noradrenergic and/or dopaminergic systems; the extent to which each works in these areas is under investigation. Atomoxetine, tricyclic antidepressants (TCAs), and antihypertensives appear to work predominantly through the noradrenergic system. Bupropion has mixed noradrenergic and dopaminergic effects.[73,95]

### Psychostimulants

Methylphenidate and amphetamine compounds appear to have a similar clinical effect but differ somewhat in their presynaptic mechanisms of action (Figure 4).[96] Amphetamines increase synaptic catecholamines by enhancing the release of presynaptic catecholamines and blocking their presynaptic reuptake and storage. Methylphenidate blocks reuptake only of the dopamine transporter protein.[96] Hence, because of subtle differences between methylphenidate and amphetamine at the presynaptic level, the clinical efficacy and tolerability of the stimulant classes may differ among ADHD patient groups. Individuals without a satisfactory response to one stimulant may respond well to another.[97]

Psychostimulants are the most studied ADHD treatments: in more than 250 controlled trials with more than 6000 subjects, a 75% to 80% favorable response rate has been documented.[74] The most commonly used are methylphenidate, mixed amphetamine salts, dextroamphetamine, and magnesium pemoline. Methylphenidate and dextroamphetamine are both short-acting compounds: onset of action is within 30 to 60 minutes of ingestion, peak clinical effect is usually between 1 and 2 hours after administration, and duration is 2 to 5 hours (Table 6).

The amphetamine compounds and sustained-release preparations of methylphenidate and dextroamphetamine are intermediate-acting compounds, with onset of action within 60 minutes and duration of 6 to 8 hours. Extended-release preparations last 8 to 12 hours, thereby



Figure 4. Probable Mechanisms of Action of Pharmacotherapies for ADHD[a]

[a]Reprinted with permission from Wilens and Spencer.[98]
Abbreviation: ADHD = attention-deficit/hyperactivity disorder.

Wilens and Dodson

Table 6. ADHD Stimulant Dosing[a]

| Medication | Starting Dosage | Maximum Dosage | Usual Dosage (h) |
|---|---|---|---|
| Ritalin | 5 mg qd/bid | 2 mg/kg/d | tid (4) |
| Focalin | 2.5 mg | 1 mg/kg/d | bid (5–6?) |
| Concerta | 18 mg qd | 2 mg/kg/d | Once (12) |
| Metadate CD | 20 mg qd | | Once (8–10) |
| Ritalin LA | 10 mg qd | | Once |
| Adderall | 2.5–5 mg qd | 1.5 mg/kg/d | bid (6) |
| Adderall XR | 10 mg | | qd (12) |
| Dexedrine | 2.5–5 mg qd | 1.5 mg/kg/d | bid/tid (4) |
| Dex Spansule | 5 mg | | bid (6) |
| Cylert | 37.5 mg qam | 3 mg/kg/d | qd |

[a]Based on Wilens et al.[74]
Abbreviation: ADHD = attention-deficit/hyperactivity disorder.

eliminating the need for dosing during the school day. Because children receiving long-acting stimulants do not need to visit the school nurse for their medication and cannot give their midday medication to a friend, these agents reduce stigma and the likelihood of drug diversion and improve compliance.

For children, adolescents, and adults with ADHD, long-acting formulations eliminate the possibility that the patient will forget to take the midday dose. They also greatly reduce peak and trough adverse effects of stimulants, such as headaches and moodiness, and eliminate afternoon wear-off and rebound.

The side effects of stimulants are generally mild and can be managed by adjusting the medications' timing and dosage. The most common short-term side effects are diminished appetite, insomnia, mood disturbance, headache, and gastrointestinal distress.[98]

*Methylphenidate.* Extended-release Concerta releases methylphenidate for up to 12 hours. An OROS extended osmotic release system (part osmotic pump, part medication chamber) is used for controlled release of the medication. A 2-year, open-label, multicenter study of 407 children treated with Concerta showed sustained efficacy, with no clinically significant adverse effect on blood pressure, pulse, height or weight growth, sleep quality, or alterations in blood chemistries, white blood cell counts, platelet counts, hemoglobin levels, or hematocrit.[99] Ritalin LA, a beaded technology with a mean half-life of about 3 hours, delivers an immediate release and then another release approximately 4 hours after administration, resulting in 8 hours of coverage.[100] Focalin (dexmethylphenidate) is the *d-threo* enantiomer of racemic methylphenidate hydrochloride, which is a 50/50 mixture of *d-threo* and *l-threo* enantiomers. Dosing is half that of regular methylphenidate.

*Amphetamine and amphetamine compounds* are about twice as potent as methylphenidate. Adderall is a constellation of dextro- and levoamphetamine salts that has a variable onset and release resulting in a 6-hour behavioral effect. Adderall XR, a 12-hour preparation, uses a beaded, pulsed medication-release system. A large, prospective, community-use study in over 2600 youth with ADHD indicated efficacy exceeding that of previous medications. Recent data[101] showed continued maintenance of significant improvement in ADHD symptoms over 1.5 years in doses of 10 mg to 30 mg daily. In addition, measures of quality of life were significantly better, and the treatment was reported to be well tolerated.[101] Adderall XR is the only stimulant approved specifically for use in adults. Preliminary results from a large multisite study of Adderall XR in adults with ADHD demonstrated dose-dependent efficacy up to 60 mg daily with excellent tolerability.[102]

*Dextroamphetamine* is approximately twice as potent as methylphenidate. The side effect profile of dextroamphetamine is about the same as that of methylphenidate and amphetamine compounds.

*Magnesium pemoline*, a long-acting stimulant with a long half-life, functions mainly in the dopaminergic system and may take 4 to 6 weeks to titrate. The side effect profile of this stimulant is about the same as that of methylphenidate, although concerns of hepatotoxicity with pemoline require frequent testing of liver function. In fact, several studies have shown pemoline's association with adverse liver function.[103,104]

**Nonstimulants**

*Atomoxetine* is a potent norepinephrine reuptake inhibitor with minimal affinity for other noradrenergic receptors or for other neurotransmitter transporters or receptors. Like the stimulants, it is considered a first-line therapy for ADHD, especially in adults. More than 8 controlled trials of atomoxetine in youth and 2 in adults have demonstrated efficacy in all subtypes of ADHD. Onset of action is not totally clear. Some investigators report as little as 1 week,[105] but in slower titration studies and clinical experience, the full therapeutic benefit of atomoxetine appears to be between 4 and 6 weeks. Atomoxetine may be used for the common ADHD comorbidities, including tics, anxiety, and depressive disorders. Apparent side effects are hypersomnia or insomnia, nausea, dizziness, and stomachache. Atomoxetine is the first nonstimulant medication approved by the U.S. FDA for ADHD.[106]

*Bupropion*, an aminoketone antidepressant, decreases noradrenergic and dopaminergic tone and may very likely be a norepinephrine and dopamine reuptake inhibitor. Bupropion can be metabolized to an active metabolite that has more powerful norepinephrine reuptake blocking effects than bupropion itself.[107] Onset of action is 4 to 6 weeks. Bupropion may be helpful in treating complex cases of ADHD accompanied by mood instability, substance abuse, or bipolar disorder.[98] A multisite study of recently available bupropion XL, a once-daily preparation, reported efficacy and tolerability (no significant adverse effects vs. placebo) in adults with ADHD.[108] Side

1308

effects include agitation, tic exacerbation, irritability, and seizures caused by overdose.[109]

*Tricyclic antidepressants* block the reuptake of dopamine and/or norepinephrine; some may also affect serotonin reuptake inhibition. In more than 1000 subjects in 13 controlled studies, all TCAs appear effective.[110] Desipramine and imipramine are more selective for the norepinephrine reuptake blockade. Studies show that TCAs are effective for all age groups and for ADHD with tic disorders, although adverse effects limit their use. The adverse effects, mediated by histamine, muscarinic cholinergic, and α-adrenergic receptor actions, include dry mouth, constipation, tachycardia, headache, nightmares, and weight fluctuation.[107] Clinical data also suggest an incidence of cardiotoxicity in children taking TCAs.[111]

*Selective serotonin reuptake inhibitors (SSRIs)*—fluoxetine, paroxetine, and sertraline—have not shown efficacy for ADHD but are used with comorbid disorders.

*Venlafaxine* is a selective norepinephrine and serotonin reuptake inhibitor that 4 open studies have found to be minimally to moderately effective for ADHD in adults.[112]

*Antipsychotics*, such as risperidone, are reserved for refractory ADHD or temporary measures; recent reviews have shown no efficacy for ADHD.[113]

The *antihypertensives* guanfacine and clonidine are α-adrenergic agonists that are approved for the treatment of hypertension. The α-agonists are typically used to treat the hyperactive-impulsive or aggressive symptoms of ADHD. Two recent multisite studies have shown the efficacy of clonidine alone, or in combination with methylphenidate, for the treatment of children with ADHD plus tic disorders.[114,115] Clonidine has been associated with sedation, and both agents may cause depression and rebound hypertension.[73]

Combined pharmacotherapy is increasingly utilized to treat patients with refractory ADHD or ADHD and a comorbidity, and to manage treatment-emergent adverse effects. Such combinations may involve an antidepressant plus a stimulant for ADHD and comorbid depression, bupropion plus a stimulant for ADHD and comorbid mood disorder, a stimulant plus clonidine, a TCA plus a mood stabilizer, or a stimulant plus a TCA.

### Treatment of Frequent Comorbidity

*Tourette's syndrome and tic disorders.* When children start taking stimulants, about 9% develop observable tics, but only about 1% of these are impairing or embarrassing.[116,117] Research indicates that stimulant medications do not cause tics but may uncover the potential for them in genetically predisposed individuals.[118] Equally as many patients lose tics as gain them when they start stimulants. Some clinicians avoid using first-line stimulants if there is a family history of tics; others who use these stimulants cite research showing that tics commonly improve with stimulants.

The recommended treatment for tics involves advising the patient to avoid caffeine (the most potent trigger), reducing the stimulant dose or switching to another stimulant, and adding an adrenergic agonist (clonidine/guanfacine), metoclopramide, or a neuroleptic.[119,120] Recently, Wilens and colleagues[121] reported minimal tic activation in a group of ADHD youths (10% with a past history of mild or moderate tics) treated with an OROS formulation of methylphenidate for 1 year.

Two recently published multisite studies[114,115] indicate the safety and efficacy of methylphenidate plus clonidine for treating ADHD plus tics. Other studies have demonstrated the usefulness of other nonstimulants for ADHD youth with tics. Singer and colleagues[122] showed that desipramine was useful in children with tics plus ADHD. Atomoxetine is currently being used in treating children with ADHD with comorbid tic disorder and appears efficacious; further study is warranted.

Oppositional defiant disorder is often comorbid with ADHD. ODD symptoms improve with stimulant treatment independent of ADHD treatment.[123] A number of studies, including Klorman and colleagues' investigation,[124] have also demonstrated the efficacy of stimulants in aggressive conduct disordered children with ADHD. Other agents used to treat oppositional youth with ADHD include atomoxetine and tricyclic antidepressants.

In conjunction with medications, behavioral programs teach children self-control and discipline. Two programs have shown consistent effectiveness: family group training and the Real Economy System for Teens.[125–130]

*Anxiety disorders.* Mild cases of ADHD and anxiety are treated with psychosocial/behavioral treatment and a single agent, such as atomoxetine, nortriptyline, or venlafaxine.[131] Stimulants may exacerbate anxiety symptoms, necessitating careful observations of anxious adults and children receiving these agents. Alternatively, combination pharmacotherapy to treat anxious patients with ADHD may employ one of the usual therapeutic options for anxiety and then sequence the treatment for ADHD.

*Depression.* As with anxiety disorders, effective treatment of ADHD and comorbid depression is most often combined pharmacotherapy, such as a stimulant or atomoxetine plus an antidepressant. Certain classes of antidepressants, including tricyclic antidepressants or bupropion, may treat both conditions effectively, especially in adults. The presence of mania in these patients often requires more aggressive therapy, with initial stabilization of the mania followed by treatment of the ADHD.[86]

*Substance abuse.* The first phase of treatment is stabilization of the substance abuse, followed by reassessment for ADHD and comorbid conditions. Clinicians should use caution when prescribing short-acting stimulants for patients with a history of chemical dependency. Many

clinicians consider bupropion, atomoxetine, and pemoline the first-line agents for these patients.[132–134] Other clinicians still use first-line stimulant medications if the patient has been in stable recovery for more than 6 months.

## CONCLUSION

ADHD is a highly prevalent, complex cognitive disorder affecting all age groups and both genders. The disorder is far more common than originally thought and is increasingly recognized in girls and in adults. Similarities between children and adults in the disorder's presentation, characteristics, neurobiology, and response to pharmacotherapy support the belief that ADHD persists across the life span.

There is strong evidence supporting a neurobiological and genetic basis for ADHD. Abnormalities in the frontostriatal network, primarily in the noradrenergic and dopaminergic systems, appear to be central to the disorder's pathophysiology. Pharmacologic agents used to treat ADHD appear to affect norepinephrine and dopamine, which modulate cognitive function.

Multimodal treatment that includes behavioral therapy and medication has been found most effective in treating children with ADHD. Extensive studies have shown that pharmacotherapy is highly effective in treating both the behavioral symptoms of ADHD and its related impairments, including academic, social, and family functioning. Methylphenidate, amphetamine, and atomoxetine are the most commonly used agents for ADHD.

While it is has increasingly become evident that ADHD is a chronic disorder amenable to treatment, further study is needed to determine the long-term outcome of patients who have received treatment over a number of years.

*Drug names:* amphetamine (Adderall and others), atomoxetine (Strattera), bupropion (Wellbutrin and others), clonidine (Catapres, Duraclon, and others), desipramine (Norpramin and others), dexmethylphenidate (Focalin), dextroamphetamine (Dexedrine, Dextrostat, and others), fluoxetine (Prozac and others), guanfacine (Tenex and others), imipramine (Tofranil and others), methylphenidate (Ritalin, Metadate, and others), metoclopramide (Reglan and others), nortriptyline (Aventyl, Pamelor, and others), paroxetine (Paxil and others), pemoline (Cylert and others), risperidone (Risperdal), sertraline (Zoloft), venlafaxine (Effexor).

## REFERENCES

1. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition. Washington, DC: American Psychiatric Press; 1994
2. American Academy of Pediatrics. Committee on Quality Improvement and Subcommittee on Attention-Deficit/Hyperactivity Disorder. Diagnosis and evaluation of the child with attention-deficit/hyperactivity disorder. Pediatrics 2000;105:1158–1170
3. Barbaresi WJ, Katusic SK, Colligan RC, et al. How common is attention-deficit/hyperactivity disorder? incidence in a population-based birth cohort in Rochester, Minn. Arch Pediatr Adolesc Med 2002;156:217–224
4. Faraone SV, Biederman J, Mick E, et al. Family study of girls with attention deficit hyperactivity disorder. Am J Psychiatry 2000;157:1077–1083
5. Biederman J, Mick E, Faraone SV. Age-dependent decline of symptoms of attention deficit hyperactivity disorder: impact of remission definition and symptom type. Am J Psychiatry 2000;157:816–818
6. Weiss G, Hechtman LT. Hyperactive Children Grown Up. 2nd ed. New York, NY: Guilford Press; 1993
7. Mannuzza S, Klein RG. Diagnosis and longitudinal course of attention-deficit/hyperactivity disorder. Econ Neurosci 2001;3:47–53
8. Barkley RA, Guevremont DC, Anastopoulos AD, et al. Driving-related risks and outcomes of attention-deficit/hyperactivity disorder in adolescents and young adults: a 3- to 5-year follow-up survey. Pediatrics 1993;92:212–218
9. Bauermeister J, Canino G, Bird H. Epidemiology of disruptive behavior disorders. Child Adolesc Psychiatr Clin N Am Disruptive Disord 1994;3:177–194
10. Jensen P, Kettle L, Roper M, et al. Are stimulants overprescribed? treatment of ADHD in four US communities. J Am Acad Child Adolesc Psychiatry 1999;38:797–804
11. Goldman L, Genel M, Bezman R, et al. Diagnosis and treatment of attention-deficit/hyperactivity disorder in children and adolescents. Council on Scientific Affairs, American Medical Association. JAMA 1998;279:1100–1107
12. Barkley R. Attention-Deficit/Hyperactivity Disorder: A Clinical Workbook. New York, NY: Guilford Press; 1998
13. Mannuzza S, Klein RG, Bessler A, et al. Adult outcome of hyperactive boys: educational achievement, occupational rank and psychiatric status. Arch Gen Psychiatry 1993;50:565–576
14. Barkley RA, Fischer M, Edelbrock CS, et al. The adolescent outcome of hyperactive children diagnosed by research criteria, 1: an 8-year prospective follow-up study. J Am Acad Child Adolesc Psychiatry 1990;29:546–557
15. Barkley R. Attention deficit hyperactivity disorder: long-term course, adult outcome, and comorbid disorders. In: NIH Consensus Development Conference; Nov. 16–18, 1998; Bethesda, Md
16. Mannuzza S, Gittelman-Klein R, Horowitz-Konig P, et al. Hyperactive boys almost grown up, IV: criminality and its relationship to psychiatric status. Arch Gen Psychiatry 1989;46:1073–1079
17. Faraone SV, Sergeant J, Gillberg C, et al. The worldwide prevalence of ADHD: is it an American condition? World Psychiatry 2003;2:104–113
18. Kessler RC. Epidemiology of psychiatric comorbidity. In: Tsuang MT, Tohen M, Zahner GEP, eds. Textbook in Psychiatric Epidemiology. New York, NY: John Wiley & Sons, Inc.; 1995:179–197
19. Kessler RC, Nelson CB, McGonagle KA, et al. Comorbidity of DSM-III-R major depressive disorder in the general population: results from the US National Comorbidity Survey. Br J Psychiatry 1996;168(suppl):17–30
20. Murphy K, Barkley RA. Preliminary normative data on DSM-IV criteria for adults. The ADHD Report 1995;3:6–7
21. Murphy K, Barkley RA. Attention deficit hyperactivity disorder adults: comorbidities and adaptive impairments. Compr Psychiatry 1996;37:393–401
22. Heiligenstein E, Conyers LM, Berns AR, et al. Preliminary normative data on DSM-IV attention deficit hyperactivity disorder in college students. J Am Coll Health 1998;46:185–188
23. Spencer T, Biederman J, Wilens TE, et al. Adults with attention-deficit/hyperactivity disorder: a controversial diagnosis. J Clin Psychiatry 1998;59(suppl 7):59–68
24. Faraone SV, Biederman J, Spencer T, et al. Attention-deficit/hyperactivity disorder in adults: an overview. Biol Psychiatry 2000;48:9–20
25. Dulcan M. Practice parameters for the assessment and treatment of children, adolescents, and adults with attention-deficit/hyperactivity disorder. American Academy of Child and Adolescent Psychiatry. J Am Acad Child Adolesc Psychiatry 1997;36:85S–121S
26. Thurber JR, Heller TL, Hinshaw SP. The social behaviors and peer expectations of girls with attention deficit hyperactivity disorder and comparison girls. J Clin Child Adolesc Psychol 2002;31:443–452
27. Greenhill LL. Diagnosing attention-deficit/hyperactivity disorder in children. J Clin Psychiatry 1998;59(suppl 7):31–41
28. Baumgaertel A, Wolraich ML. Practice guideline for the diagnosis and management of attention-deficit/hyperactivity disorder. Ambulat Child Health 1998;4:24–58
29. Conners CK, ed. Conners Rating Scales Revised. North Tonawanda, NY: Multi-Health Systems; 1997
30. Conners CK, Barkley RA. Rating scales and checklists for child psychopharmacology. Psychopharmacol Bull 1985;21:809–843
31. Conners CK, Jett JL. Attention Deficit Hyperactivity Disorders (in Adults