and Children): The Latest Assessment and Treatment Strategies. Kansas City, Mo: Compact Clinicals; 1999

32. Murphy K, Schachar R. Use of self-ratings in the assessment of symptoms of attention deficit hyperactivity disorder in adults. Am J Psychiatry 2000;157:1156–1159

33. Ward MF, Wender PH, Reimherr FW. The Wender Utah Rating Scale: an aid in the retrospective diagnosis of childhood attention deficit hyperactivity disorder. Am J Psychiatry 1993;150:885–890

34. DuPaul GJ, Ervin RA, Hook CL, et al. Peer tutoring for children with attention deficit hyperactivity disorder: effects on classroom behavior and academic performance. J Appl Behav Anal 1998;31:579–592

35. Brown TE. Brown Attention-Deficit Disorder Scales. Toronto, Ontario: The Psychological Corporation; 1996

36. Conners CK. Clinical use of rating scales in diagnosis and treatment of attention-deficit/hyperactivity disorder. Pediatr Clin North Am 1999;46:857–870

37. Barkley RA, Fischer M, Smallish L, et al. Does the treatment of attention-deficit/hyperactivity disorder with stimulants contribute to drug use/abuse? a 13-year prospective study. Pediatrics 2003;111:97–109

38. Weiss G, Hechtman L, Milroy T, et al. Psychiatric status of hyperactives as adults: a controlled prospective 15-year follow-up of 63 hyperactive children. J Am Acad Child Psychiatry 1985;24:211–220

39. Biederman J. Pharmacotherapy for attention-deficit/hyperactivity disorder (ADHD) decreases the risk for substance abuse: findings from a longitudinal follow-up of youths with and without ADHD. J Clin Psychiatry 2003;64(suppl 11):3–8

40. Millstein RB, Wilens TE, Biederman J, et al. Presenting ADHD symptoms and subtypes in clinically referred adults with ADHD. J Atten Disord 1997;2:159–166

41. Achenbach TM, Howell CT, McConaughy SH, et al. Six-year predictors of problems in a national sample, 4: young adult signs of disturbance. J Am Acad Child Adolesc Psychiatry 1998;37:718–727

42. Hart EL, Lahey BB, Loeber R, et al. Developmental change in attention-deficit hyperactivity disorder in boys: a four-year longitudinal study. J Abnorm Child Psychol 1995;23:729–749

43. Wolf LE, Wasserstein J. Adult ADHD: concluding thoughts. Ann N Y Acad Sci 2001;931:396–408

44. Wender PH. Attention Deficit Hyperactivity Disorder in Adults. New York, NY: Oxford University Press; 1995

45. American Academy of Pediatrics. Subcommittee on Attention-Deficit/Hyperactivity Disorder and Committee on Quality Improvement. Clinical practice guideline: treatment of the school-aged child with attention-deficit/hyperactivity disorder. Pediatrics 2001;108:1033–1044

46. Yang P, Chung LC, Chen CS, et al. Rapid improvement in academic grades following methylphenidate treatment in attention-deficit hyperactivity disorder. Psychiatry Clin Neurosci 2004;58:37–41

47. Schmidt K, Solanto MV, Sanchez-Kappraff M, et al. The effect of stimulant medication on academic performance, in the context of multimodal treatment, in attention deficit disorders with hyperactivity: two case reports. J Clin Psychopharmacol 1984;4:100–103

48. Pelham WE Jr, Carlson C, Sams SE, et al. Separate and combined effects of methylphenidate and behavior modification on boys with attention deficit-hyperactivity disorder in the classroom. J Consult Clin Psychol 1993;61:506–515

49. Schachar R, Jadad AR, Gauld M, et al. Attention-deficit/hyperactivity disorder: critical appraisal of extended treatment studies. Can J Psychiatry 2002;47:337–348

50. Leibson CL, Katusic SK, Barbaresi WJ, et al. Use and costs of medical care for children and adolescents with and without attention-deficit/hyperactivity disorder. JAMA 2001;285:60–66

51. Farmer JE, Peterson L. Injury risk factors in children with attention deficit hyperactivity disorder. Health Psychol 1995;14:325–332

52. Swensen AR, Birnbaum HG, Secnik K, et al. Attention-deficit/hyperactivity disorder: increased costs for patients and their families. J Am Acad Child Adolesc Psychiatry 2003;42:1415–1423

53. Barkley RA, Murphy KR, Kwasnik D. Motor vehicle driving competencies and risks in teens and young adults with attention deficit hyperactivity disorder. Pediatrics 1996;98(6 pt 1):1089–1095

54. Barkley RA. ADD research: a look at today and tomorrow. Attention 1996:8–11

55. Oosterlaan J, Sergeant JA. Response inhibition and response reengagement in attention-deficit/hyperactivity disorder, disruptive, anxious and normal children. Behav Brain Res 1998;94:33–43

56. Barkley RA. Attention-deficit/hyperactivity disorder, self-regulation, and time: toward a more comprehensive theory. J Dev Behav Pediatr 1997;18:271–279

57. Weiss MA, Hechtman LT, Weiss G. ADHD in Adulthood: A Guide to Current Theory, Diagnosis, and Treatment. Baltimore, Md: Johns Hopkins University Press; 1999

58. Barkley RA. Behavioral inhibition, sustained attention, and executive functions: constructing a unifying theory of ADHD. Psychol Bull 1997;121:65–94

59. Bianchi L. The Mechanism of Brain Function of Prefrontal Lobes. Edinburgh, Scotland: Livingstone; 1922. Luria AR. Higher Cortical Functions in Man. New York, NY: Basic Books; 1966. Cited by: Welsh MC, Pennington BF. Assessing frontal lobe functioning in children: views from developmental psychology. Dev Neuropsychol 1988;4:199–230

60. Pennington BF, Ozonoff S. Executive functions and developmental psychopathology. J Child Psychol Psychiatry 1996;37:51–87

61. Biederman J, Monuteaux M, Seidman L, et al. Impact of executive function deficits, ADHD on academic outcomes in children. J Consult Clin Psychol. In press

62. Clark C, Prior M, Kinsella G. The relationship between executive function abilities, adaptive behaviour, and academic achievement in children with externalising behaviour problems. J Child Psychol Psychiatry 2002;43:785–796

63. Satterfield JH, Dawson ME. Electrodermal correlates of hyperactivity in children. Psychophysiology 1971;8:191–197

64. Spencer TJ, Biederman J, Wilens TE, et al. Overview and neurobiology of attention-deficit/hyperactivity disorder. J Clin Psychiatry 2002;63(suppl 12):3–9

65. Faraone SV, Biederman J. The neurobiology of attention deficit hyperactivity disorder. In: Charney DS, Nestler EJ, Bunney BS, eds. Neurobiology of Mental Illness. New York, NY: Oxford University Press; 1999:788–801

66. Ernst M, Zametkin AJ, Matochik PH, et al. DOPA decarboxylase activity in attention deficit hyperactivity disorder adults: a [fluorine-18] fluorodopa positron emission tomographic study. J Neurosci 1998;18:5901–5907

67. Zametkin AJ, Nordahl TE, Gross M, et al. Cerebral glucose metabolism in adults with hyperactivity of childhood onset. N Engl J Med 1990;323:1361–1366

68. Dougherty D, Bonab A, Spencer T, et al. Dopamine transporter density in patients with attention deficit hyperactivity disorder. Lancet 1999;354:2132–2133

69. Krause K, Dresel SH, Krause J, et al. Increased striatal dopamine transporter in adult patients with attention deficit hyperactivity disorder: effects of methylphenidate as measured by single photon emission computed tomography. Neurosci Lett 2000;285:107–110

70. Solanto MV, Arnsten AFT, Castellanos FX, eds. Stimulant Drugs and ADHD: Basic and Clinical Neuroscience. New York, NY: Oxford University Press; 2001

71. Arnsten AF. Catecholamine regulation of the prefrontal cortex. J Psychopharmacol (Oxf) 1997;11:151–162

72. Zametkin AJ, Rapoport JL. Neurobiology of attention deficit disorder with hyperactivity: where have we come in 50 years? J Am Acad Child Adolesc Psychiatry 1987;26:676–686

73. Zametkin AJ, Liotta W. The neurobiology of attention-deficit/hyperactivity disorder. J Clin Psychiatry 1998;59(suppl 7):17–23

74. Wilens TE, Biederman J, Spencer TJ. Attention-deficit/hyperactivity disorder across the lifespan. Annu Rev Med 2002;53:113–131

75. LaHoste GJ, Swanson JM, Wigal SB, et al. Dopamine D4 receptor gene polymorphism is associated with attention deficit hyperactivity disorder. Mol Psychiatry 1996;1:121–124

76. Biederman J, Faraone S, Milberger S, et al. Predictors of persistence and remission of ADHD into adolescence: results from a four-year prospective follow-up study. J Am Acad Child Adolesc Psychiatry 1996;35:343–351

77. Pliszka SR. Comorbidity of attention-deficit/hyperactivity disorder with psychiatric disorder: an overview. J Clin Psychiatry 1998;59(suppl 7):50–58

78. Biederman J, Faraone SV, Mick E, et al. Clinical correlates of ADHD in females: findings from a large group of girls ascertained from pediatric and psychiatric referral sources. J Am Acad Child Adolesc Psychiatry 1999;38:966–975

79. Spencer TJ, Biederman J, Wilens T. Attention-deficit/hyperactivity

disorder and comorbidity. Pediatr Clin North Am 1999;46:915–927
80. Biederman J, Faraone SV, Spencer T, et al. Patterns of psychiatric comorbidity, cognition, and psychosocial functioning in adults with attention deficit hyperactivity disorder. Am J Psychiatry 1993;150:1792–1798
81. Biederman J, Faraone SV, Spencer T, et al. Gender differences in a sample of adults with attention deficit hyperactivity disorder. Psychiatry Res 1994;53:13–29
82. Shekim WO, Asarnow RF, Hess E, et al. A clinical and demographic profile of a sample of adults with attention deficit hyperactivity disorder, residual state. Compr Psychiatry 1990;31:416–425
83. Biederman J, Wilens T, Mick E, et al. Pharmacotherapy of attention-deficit/hyperactivity disorder reduces risk for substance use disorder. Pediatrics 1999;104:e20
84. Wilens TE, Faraone SV, Biederman J, et al. Does stimulant therapy of attention-deficit/hyperactivity disorder beget later substance abuse? a meta-analytic review of the literature. Pediatrics 2003;111:179–185
85. Wilens T, Biederman J, Wozniak J, et al. Can adults with attention-deficit hyperactivity disorder be distinguished from those with comorbid bipolar disorder? findings from a sample of clinically referred adults. Biol Psychiatry 2003;54:1–8
86. Wilens TE, Biederman J, Spencer TJ. Attention-deficit/hyperactivity disorder in youth. In: Hendren RL, ed. Disruptive Behavior Disorders in Children and Adolescents. Washington, DC: American Psychiatric Press; 1999
87. Faraone SV, Glatt SJ, Tsuang MT. The genetics of bipolar disorder. Biol Psychiatry 2003;53:970–977
88. Biederman J, Faraone SV, Millberger S, et al. Is childhood oppositional defiant disorder a precursor to adolescent conduct disorder? findings from a four-year follow-up study of children with ADHD. J Am Acad Child Adolesc Psychiatry 1996;35:1193–1204
89. Strober M, DeAntonio M, Schmidt-Lackner S, et al. Early childhood attention deficit hyperactivity disorder predicts poorer response to acute lithium therapy in adolescent mania. J Affect Disord 1998;51:145–151
90. Abikoff H. Cognitive training in ADHD children: less to it than meets the eye. J Learn Disabil 1991;24:205–209
91. Ratey JJ, Greenberg MS, Lindem KJ. Combination of treatments for attention deficit hyperactivity disorder in adults. J Nerv Ment Dis 1991;179:699–701
92. A 14-month randomized clinical trial of treatment strategies for attention-deficit/hyperactivity disorder. The MTA Cooperative Group. Multimodal Treatment Study of Children with ADHD. Arch Gen Psychiatry 1999;56:1073–1086
93. Kuczenski R, Segal DS. Effects of methylphenidate on extracellular dopamine, serotonin, and norepinephrine: comparison with amphetamine. J Neurochem 1997;68:2032–2037
94. Volkow ND, Wang G, Fowler JS, et al. Therapeutic doses of oral methylphenidate significantly increase extracellular dopamine in the human brain. J Neurosci 2001;21:RC121
95. Biederman J, Spencer T. Nonstimulant treatments for ADHD. Eur Child Adolesc Psychiatry 2000;9(suppl 1):I51–I59
96. Wilens TE, Spencer TJ. Pharmacology of amphetamines. In: Tarter RE, Ammerman RT, Ott PJ, eds. Handbook of Substance Abuse: Neurobehavioral Pharmacology. New York, NY: Plenum Publishing; 1998:501–513
97. Elia J, Ambrosini PJ, Rapoport JL. Treatment of attention-deficit hyperactivity disorder. N Engl J Med 1999;340:780–788
98. Wilens TE, Spencer TJ. The stimulants revisited. Child Adolesc Psychiatr Clin N Am 2000;9:573–603
99. Wilens TE, Pelham WE, Stein M, et al. ADHD treatment with a once-daily formulation of methylphenidate hydrochloride. a two-year study. Presented at the 155th annual meeting of the American Psychiatric Association; May 18–23, 2002; Philadelphia, Pa
100. Spencer T, Swanson J, Weidenman M, et al. Pharmacodynamic profile Ritalin LA, a new extended-release dosage from Ritalin in children with ADHD. Presented at the 47th annual meeting of the American Academy of Child and Adolescent Psychiatry; October 24–29, 2000; New York, NY
101. Chandler MC, Lopez FA, Biederman J. Long-term safety and efficacy of Adderall extended release in children with ADHD. Presented at the 155th annual meeting of the American Psychiatric Association; May 18–23, 2002; Philadelphia, Pa
102. Weisler RH, Biederman J, Chrisman AK, et al. Long-term safety and efficacy of once-daily Adderall-XR in adults with ADHD. In: New Research Program and Abstracts of the 156th Annual Meeting of the American Psychiatric Association; May 17–22, 2003; San Francisco, Calif. Abstract NR647:242
103. Adcock KG, MacElroy DE, Wolford ET, et al. Pemoline therapy resulting in liver transplantation. Ann Pharmacother 1998;32:422–425
104. Marotta PJ, Roberts EA. Pemoline hepatotoxicity in children. J Pediatr 1998;132:894–897
105. Witcher JW, Long A, Smith B, et al. Atomoxetine pharmacokinetics in children and adolescents with attention deficit hyperactivity disorder. J Child Adolesc Psychopharmacol 2003;13:53–63
106. Michelson D, Faries D, Wernicke J, et al, for the Atomoxetine ADHD Study Group. Atomoxetine in the treatment of children and adolescents with attention-deficit/hyperactivity disorder: a randomized, placebo-controlled, dose-response study. Pediatrics 2001;108:e83
107. Biederman J, Spencer TJ. Attention-deficit/hyperactivity disorder (ADHD) as a noradrenergic disorder. Biol Psychiatry 1999;46:1234–1242
108. Wilens T, Horrigan J, Haight B, et al. The safety and tolerability of extended-release bupropion in adult ADHD. Presented at the 20th annual meeting of the American Academy of Child and Adolescent Psychiatry; October 14–19, 2003; Miami, Fla
109. Belson MG, Kelley TR. Bupropion exposures: clinical manifestations and medical outcome. J Emerg Med 2002;23:223–230
110. Horschitz S, Hummerich R, Schloss P. Functional coupling of serotonin and noradrenaline transporters. J Neurochem 2003;86:958–965
111. Srinivasan K, Ashtok MV, Vaz M, et al. Effect of imipramine on linear and nonlinear measures of heart rate variability in children. Pediatr Cardiol 2004;25:20–25
112. Maidment ID. The use of antidepressants to treat attention deficit hyperactivity disorder in adults. J Psychopharmacol (Oxf) 2003;17:332–336
113. Frazier JA, Meyer MC, Biederman J, et al. Risperidone treatment for juvenile bipolar disorder: a retrospective chart review. J Am Acad Child Adolesc Psychiatry 1999;38:960–965
114. Kurlan R, Como PG, Miller B, et al. The behavioral spectrum of tic disorders: a community-based study. Neurology 2002;59:414–420
115. Hazell PL, Stuart JE. A randomized controlled trial of clonidine added to psychostimulant medication for hyperactive and aggressive children. J Am Acad Child Adolesc Psychiatry 2003;42:886–894
116. Leckman JF, Walkup JT, Riddle MA, et al. Tic disorders. In: Meltzer HY, ed. Psychopharmacology: The Third Generation of Progress. New York: Raven Press; 1987:1239–1246
117. Leckman JF, Hardin MT, Riddle MA, et al. Clonidine treatment of Gilles de la Tourette's syndrome. Arch Gen Psychiatry 1991;48:324–328
118. Sverd J, Gadow KD, Paolicelli LM. Methylphenidate treatment of attention-deficit/hyperactivity disorder in boys with Tourette's syndrome. J Am Acad Child Adolesc Psychiatry 1989;28:574–579
119. Gadow KD, Sverd J, Sprafkin J, et al. Long-term methylphenidate therapy in children with comorbid attention-deficit/hyperactivity disorder and chronic multiple tic disorder. Arch Gen Psychiatry 1999;56:330–336
120. Law SF, Schachar RJ. Do typical clinical doses of methylphenidate cause tics in children treated for attention-deficit/hyperactivity disorder? J Am Acad Child Adolesc Psychiatry 1999;38:944–951
121. Wilens T, Pelham W, Wolraich M, et al. A prospective study of once-a-day methylphenidate in the treatment of ADHD: one year follow-up data. J Am Acad Child Adolesc Psychiatry 2003;42:424–433
122. Singer HS, Brown J, Quaskey S, et al. The treatment of attention-deficit hyperactivity disorder in Tourette's syndrome: a double-blind placebo-controlled study with clonidine and desipramine. Pediatrics 1995;95:74–81
123. Klein RG, Abikoff H, Klass E, et al. Clinical efficacy of methylphenidate in conduct disorder with and without attention deficit hyperactivity disorder. Arch Gen Psychiatry 1997;54:1073–1080
124. Klorman R, Brumaghim JT, Salzman LF, et al. Effects of methylphenidate on processing negativities in patients with attention-deficit/hyperactivity disorder. Psychophysiology 1990;27:328–337
125. Barkley RA. Defiant Children: A Clinician's Manual for Assessment and Parent Training. 2nd ed. New York, NY: Guilford Press; 1997
126. Comings DE, Gade-Andavolu R, Gonzalez N, et al. Comparison of the role of dopamine, serotonin, and noradrenaline genes in ADHD, ODD



and conduct disorder: multivariate regression analysis of 20 genes. Clin Genetics 2000;57:178–196
127. Donovan SJ, Stewart JW, Nunes EV, et al. Divalproex treatment for youth with explosive temper and mood liability: a double-blind, placebo-controlled crossover design. Am J Psychiatry 2000;157:818–820
128. Hussain MZ. Novel antipsychotic in ADHD with conduct disorder. Presented at the 153rd annual meeting of the American Psychiatric Association; May 13–18, 2000; Chicago, Ill
129. Stein DB, Smith ED. The "REST" program: a new treatment system for the oppositional defiant adolescent. Adolescence 1990;25:891–904
130. van Goozen SH, Matthys W, Cohen-Kettenis PT, et al. Plasma monoamine metabolites and aggression: two studies of normal and oppositional defiant children. Eur Neuropsychopharmacol 1999;9:141–147
131. Greenhill LL, Pliszka S, Dulcan MK, et al. Practice parameter for the use of stimulant medications in the treatment of children, adolescents, and adults. J Am Acad Child Adolesc Psychiatry 2002;41(suppl 2):26S–49S
132. Riggs PD, Leon SL, Mikulich SK, et al. An open trial of bupropion for ADHD in adolescents with substance use disorders and conduct disorder. J Am Acad Child Adolesc Psychiatry 1998;37:1271–1278
133. Riggs PD, Thompson LL, Mikulich SK, et al. An open trial of pemoline in drug-dependent delinquents with attention-deficit hyperactivity disorder. J Am Acad Child Adolesc Psychiatry 1996;35:1018–1024
134. Riggs PD. Clinical approach to treatment of ADHD in adolescents with substance use disorders and conduct disorder. J Am Acad Child Adolesc Psychiatry 1998;37:331–332



A CME CREDIT OPPORTUNITY @ www.PSYCHIATRIST.COM/SUPPLENET

Volume 65 Supplement 12 to The Journal of Clinical Psychiatry

**Recognizing the Physical Symptoms of Depression**

CME credit for this activity is free. 

The CME Institute of Physicians Postgraduate Press, Inc. is accredited by the Accreditation Council for Continuing Medical Education to provide continuing medical education for physicians. Supported by an unrestricted educational grant from Eli Lilly and Company.

www.psychiatrist.com ♦ www.primarycarecompanion.com ♦ www.medfair.com ♦ www.cmeinstitute.com