IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 01-30110 |
| | ) | |
| SERGIUS RINALDI, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

In an Opinion and Order entered on December 9, 2004, the Court denied the Defendant's motion for reconsideration of the Opinion and Order entered on February 27, 2003, wherein the Court denied the Defendant's motion to withdraw his plea of guilty. On August 23, 2005, the Defendant filed a motion to reconsider the Order of December 9, 2004. Upon reviewing the record, the Court finds no basis to depart from its prior ruling.

Ergo, the Defendant's motion for reconsideration [d/e 149] is

1

DENIED. The Government's motion for leave to file exhibits conventionally and under seal [d/e 153] is ALLOWED.

ENTER: September 6, 2005

                FOR THE COURT:

                              s/Richard Mills
                              United States District Judge