E-FILED
Thursday, 08 September, 2005   10:54:52 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 01-30110 |
| SERGIUS A. RINALDI, | ) ) ) | |
| Defendant. | ) | |

### RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM

Comes now the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois and Patrick D. Hansen, Assistant United States Attorney, and responds herein to the *ex post facto* argument submitted by the defendant in his Sentencing Memorandum in order to notify the Court of controlling authority opposing the defendant's position.

1. On September 1, 2005, the defendant electronically filed his Sentencing Memorandum and Compliance With Scheduling Order.

2. The government also filed its Sentencing Memorandum that same date.

3. The defendant's Memorandum presents a lengthy argument to the Court that the loss calculations submitted in the pre-sentence report cannot be used as "due process of law prohibits retrospective application of certain judicial rulings such as the remedy portion of *Booker*. . . ."

1

4. The defendant's argument failed to note contrary controlling authority. Similar arguments have been specifically rejected twice within the past two months by the Seventh Circuit Court of Appeals. In these cases, the Court has held that the application of the advisory sentencing scheme to cases pending at the time or on direct review does not violate the *Ex Post Facto* clause of the Constitution. *See, United States v. Jamison*, 416 F.3d 538 (7th Cir. 2005); *United States v. Paulus*, 2005 WL 2000984 (7th Cir. Aug. 22, 2005).

Respectfully Submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

By: s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patrick.hansen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Costello
Attorney at Law
631 East Allen
Springfield, IL 62703

      I hereby certify that on September 8, 2005, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

Thomas M Dawson
2300 S. Fourth Street
Leavenworth, KS 66048

                                               s/Patrick D. Hansen
                                               Patrick D. Hansen
                                               Assistant United States Attorney
                                               318 South Sixth Street
                                               Springfield, IL 62701
                                               (217) 492-4450
                                               Fax: (217) 492-4512
                                               patrick.hansen@usdoj.gov