IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 01-30110 |
| ) | |
| SERGIUS RINALDI, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, SERGIUS A. RINALDI, by and through his counsel, Michael J. Costello, and for his Motion to Continue Sentencing, respectfully states as follows:

1. This cause is scheduled for sentencing of the Defendant on September 15, 2005.

2. Counsel was advised at approximately 10:30 a.m. this date, September 9, 2005, that earlier today Mr. Thomas Dawson, lead counsel, was taken to the emergency room by his wife due to an irregular heartbeat.

3. Mrs. Dawson has advised Mr. Dawson's office that the heartbeat issue is being aggravated by hietal hernia.

4. Mrs. Dawson informed Mr. Dawson's secretary that Mr. Dawson was under sedation at Cushing Hospital in Leavenworth, Kansas and that he would not be able to communicate with his office for some unknown period of time.

5. Mrs. Dawson indicated that the medical practitioners at Cushing Hospital were to keep Mr. Dawson under observation and Mr. Dawson is presently a patient at Cushing Hospital.

6. Counsel immediately notified Mr. Patrick Hansen, Counsel for the Government, as to the initial medical difficulty of Mr. Dawson.

7. Due to this unforeseen medical emergency, the Defendant respectfully requests a continuance of the Sentencing Hearing scheduled September 15, 2005 and suggests that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial, and that a Status Hearing be scheduled to determine when Mr. Dawson will be available to appear at the next sentencing hearing to conclude this cause.

8. Attached hereto is the affidavit of counsel in support of this Motion and expressly incorporates the same herein by reference as though set forth in full as in *haec verba*.

RESPECTFULLY SUBMITTED,

s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Defendant
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
Fax No.: (217) 544-7500
costello.m@sbcglobal.net


s/ Thomas M. Dawson
Thomas M. Dawson
Kansas Bar No. 06599
2300 South Fourth Street
Leavenworth, KS  66048
(913) 682-5331
(913) 682-8363 facsimile
dawsonlaw@aol.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 01-30110 |
| | ) | |
| SERGIUS RINALDI, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AFFIDAVIT</u>**

Michael J. Costello, Attorney for the Defendant, after first being duly sworn on oath deposes and sayeth that if called to testify in Court under oath having personal knowledge of the facts and matters asserted herein would state as follows:

This cause is scheduled for sentencing of the Defendant on September 15, 2005.

Counsel was advised at approximately 10:30 a.m. this date, September 9, 2005, that earlier today Mr. Thomas Dawson, lead counsel, was taken to the emergency room by his wife due to an irregular heartbeat.

Mrs. Dawson has advised Mr. Dawson's office that the heartbeat issue is being aggravated by hietal hernia.

Mrs. Dawson informed Mr. Dawson's secretary that Mr. Dawson was under sedation at Cushing Hospital in Leavenworth, Kansas and that he would not be able to communicate with his office for some unknown period of time.

Mrs. Dawson indicated that the medical practitioners at Cushing Hospital were to keep Mr. Dawson under observation and Mr. Dawson is presently a patient at Cushing Hospital.

Counsel immediately notified Mr. Patrick Hansen, Counsel for the Government, as to the initial medical difficulty of Mr. Dawson.

Due to this unforeseen medical emergency, the Defendant respectfully requests a continuance of the Sentencing Hearing scheduled September 15, 2005 and suggests that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial, and that a Status Hearing be scheduled to determine when Mr. Dawson will be available to appear at the next sentencing hearing to conclude this cause.

IN WITNESS WHEREOF, MICHAEL J. COSTELLO, HAS hereunto set his hand and seal this 9th day of September, 2005.

s/ Michael J. Costello

STATE OF ILLINOIS      )
                       )   SS.
COUNTY OF SANGAMON     )

Subscribed and sworn before me this 9th day of September, 2005.

s/Ronda L. Anders
NOTARY PUBLIC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2005 I served a copy of the foregoing, electronically via the Central District of Illinois CM/ECF filing system on:

Patrick D. Hansen,
Assistant United States Attorney,
600 East Monroe Street, Room 312,
Springfield, IL. 62701

Attorney for Plaintiff

        s/ Michael J. Costello
        Michael J. Costello Bar Number 522627
        Attorney for the Defendant
        Costello Law Office
        820 South Second Street
        First Floor
        Springfield, Illinois 62704
        Telephone No.: (217) 544-5500
        Fax No.: (217) 544-7500
        costello.m@sbcglobal.net