E-FILED
Monday, 12 September, 2005 03:13:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL NO.: 01-30110 |
| v. | § | |
| SERGIUS A. RINALDI, | § | |
| Defendant. | § | |

*FILED SEP 1 8 2005 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS*

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now JOEL HIRSCHHORN, Applicant herein, and respectfully states the following:

I.  Applicant is an attorney and a member of the law firm of HIRSCHHORN & BIEBER, P.A., with offices at 2600 Douglas Road, Penthouse One, Coral Gables, Florida 33134 (Telephone No. (305) 445-5320).

II.  Applicant will sign all pleadings with the name Joel Hirschhorn.

III.  Applicant has been retained personally or as a member of the above-named firm by Defendant, SERGIUS A. RINALDI, to provide legal representation in connection with his sentencing hearing on September 15, 2005 before the Honorable Richard Mills, United States District Judge, United States District Court, Central District of Illinois, Springfield Division.

IV.  Since November, 1967, Applicant has been and presently is a member in good standing of the Bar of the highest Court of the State of Florida where Applicant regularly practices law. Applicant's bar license number is 104573. Attached is a Certificate of Good Standing from the Clerk, United States District Court, Southern District of Florida.

V.  Applicant is also a member of the State Bar of Wisconsin (Wisconsin Bar No. 1012000).

**VI.** Applicant has been admitted to practice *Pro Hac Vice* to approximately 30 Federal District Courts and to the below listed Courts:

| Court: | Admission Date |
|---|---|
| Supreme Court of the United States | 6/12/72 |
| First Circuit Court of Appeals | 2/6/76 |
| Second Circuit Court of Appeals | 11/2/01 |
| Third Circuit Court of Appeals | 8/29/86 |
| Fourth Circuit Court of Appeals | 4/25/77 |
| Fifth Circuit Court of Appeals | 10/1/81 |
| Sixth Circuit Court of Appeals | 12/13/83 |
| Seventh Circuit Court of Appeals | 11/12/81 |
| Eighth Circuit Court of Appeals | 9/26/03 |
| Ninth Circuit Court of Appeals | 4/2/84 |
| Tenth Circuit Court of Appeals | 1/11/83 |
| Eleventh Circuit Court of Appeals | 10/1/81 |

**VII.** Applicant is presently a member in good standing of the bars of the courts listed in question VI.

**VIII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

**IX.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

**X.** Applicant has read and will comply with the local criminal rules of this court.

XI.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Central District of Illinois, Springfield Division, for this cause only.

SIGNED this 7th day of September, 2005.

*signature*

JOEL HIRSCHHORN

## CERTIFICATE OF SERVICE

I hereby certify that on September 7th, 2005, I have served the foregoing by United States Postal Service to the following and the original sent via Federal Express to the Clerk of Court:

Patrick D. Hansen, Esq.
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701

Thomas M. Dawson, Esq.
2300 S. Fourth Street
Leavenworth, KS 66048
Co-Counsel for Defendant

Michael Costello, Esq.
631 East Allen
Springfield, IL 62703
Local Counsel for Defendant

*signature*

JOEL HIRSCHHORN

## ORDER

The Court, having considered the above Motion for Admission *Pro Hac Vice*, orders that:

☐  the motion be granted.
☐  the motion be denied.

_____              _____
DATE                              UNITED STATES DISTRICT JUDGE

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

} Florida Bar # **104573**

I, **CLARENCE MADDOX**, Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that *Joel Hirschhorn* was duly admitted to practice in said Court on **12/01/67**, and on **06/24/82** - Trial Bar, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this September 7, 2005.

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By _____
Deputy Clerk

sk.5/2002