IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 01-30110 |
| ) | |
| SERGIUS RINALDI, ) | |
| ) | |
| Defendant. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court following a status hearing on the Defendant's third motion to continue the sentencing hearing. Pending also is the motion of Joel Hirschhorn for leave to appear before this Court *pro hac vice*.

Because of his lead counsel's medical emergency, the Defendant has requested that the sentencing hearing be continued from its scheduled date of September 15, 2005. For good cause shown, the Court will ALLOW the Defendant's third motion to continue. This continuance of four weeks will

1

be the final continuance.

Ergo, the Defendant's third motion to continue the sentencing hearing [d/e 161] is ALLOWED.  The sentencing hearing will commence on October 14, 2005 at 10:00 a.m.  If an additional day is needed, the sentencing hearing will resume on October 17, 2005 at 10:00 a.m.  The motion of attorney Joel Hirschhorn for leave to appear before this Court *pro hac vice* [d/e 163] is ALLOWED, contingent upon Mr. Hirschhorn filing his entry of appearance as counsel.

ENTER: September 13, 2005

                FOR THE COURT:

                                  s/Richard Mills
                                  United States District Judge