**E-FILED**
Thursday, 15 September, 2005  05:07:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 01-30110 |
| v. | ) | |
| | ) | |
| SERGIUS A.RINALDI, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

The United States of America by its attorneys Jan Paul Miller, United States Attorney for the Central District of Illinois, and Patrick Hansen and Patrick J. Chesley, Assistant United States Attorneys enters the appearance of Patrick J. Chesley as an attorney for the government in this case.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov