E-FILED
Monday, 19 September, 2005  04:04:51 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 19 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | §  CRIMINAL NO.: 01-30110 |
| | § |
| v. | § |
| | § |
| SERGIUS A. RINALDI, | § |
| | § |
| Defendant. | § |

## NOTICE OF APPEARANCE

Joel Hirschhorn, having been allowed to appear before this Court *pro hac vice*, hereby enters his appearance as counsel for the Defendant, SERGIUS RINALDI, for sentencing purposes only.

All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to sentencing in the above-styled cause shall be forwarded to the undersigned attorney for the Defendant.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573
Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September **16th**, 2005, I have mailed the original of this Notice of Appearance to the Clerk of Court and a copy via facsimile and United States Postal Service to:

Patrick Chesley, Esq.
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
(facsimile 217/492-4512)

and via United States Postal Service to:

Thomas M. Dawson, Esq.
2300 S. Fourth Street
Leavenworth, KS 66048
Co-Counsel for Defendant

Michael Costello, Esq.
631 East Allen
Springfield, IL 62703
Local Counsel for Defendant



JOEL HIRSCHHORN

HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766