AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

Central  DISTRICT OF  Illinois

UNITED STATES OF AMERICA
                     Plaintiff
v.

SERGIUS RINALDI,
                     Defendant

SUBPOENA IN A
CRIMINAL CASE

Case Number: 01-30110

TO: David Spinner
    201 South Grand Avenue East
    Springfield, Illinois

**FILED**

SEP 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| US Courthouse<br>600 East Monroe Street<br>Springfield, Illinois | 2 - First Floor |
|  | DATE AND TIME<br>October 14, 2005<br>1:30 P.M. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| s/John M. Waters<br>(By) Deputy Clerk<br>s/ C. Cathcart | 9/19/05 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Michael J. Costello
820 South Second Street, First Floor
Springfield, Illinois 62704
(217) 544-5500

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| RECEIVED BY SERVER | September 19th, 2005 | 820 So. 2nd St. Spfld, IL. |
| SERVED | DATE September 19th 2005 | PLACE Bloom Bldg. 201 So. Grand Ave E. Spfld, IL. 62704 |
| SERVED ON (PRINT NAME) David Spinner  4:28 p.m. | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO  AMOUNT $ _____ | |
| SERVED BY (PRINT NAME) Robert Carter | TITLE Investigator | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on September 19th 2005
DATE

R. Carter
SIGNATURE OF SERVER
Onsite Investigations
P.O. Box 9092
ADDRESS OF SERVER
Springfield, IL. 62791

ADDITIONAL INFORMATION