**E-FILED**
Tuesday, 20 September, 2005 09:33:47 AM
Clerk, U.S. District Court, ILCD

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

|              Central              | DISTRICT OF |          Illinois          |
| --------------------------------- | ----------- | -------------------------- |

UNITED STATES OF AMERICA,

                    Plaintiff

                    **V.**

SERGIUS RINALDI,

                    Defendant

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:   01-30110

TO:  Mary Havener
     525 East Pine - Apt. B
     Springfield, Illinois

[X]  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE                                                          | COURTROOM                                                   |
| -------------------------------------------------------------- | ----------------------------------------------------------- |
| US Courthouse<br>600 East Monroe Street<br>Springfield, Illinois | 2 - First Floor                                             |
|                                                                | DATE AND TIME<br>October 14, 2005<br>1:30 P.M.              |

[ ]  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT          | DATE       |
| ------------------------------------------------ | ---------- |
| s/John M. Waters                                 | 9/19/05    |
| (By) Deputy Clerk                                |            |
| s/ C. Cathcart                                   |            |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Michael J. Costello
820 South Second Street, First Floor
Springfield, Illinois 62704
(217) 544-5500

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | |
|---|---|
| | DATE | PLACE |

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES   ☐ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION