**E-FILED**
Tuesday, 20 September, 2005  09:34:34 AM
Clerk, U.S. District Court, ILCD

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

|  Central  | DISTRICT OF | Illinois |
|---|---|---|

UNITED STATES OF AMERICA,

        Plaintiff

**V.**

SERGIUS RINALDI,

        Defendant

TO:  Mary Havener
     525 East Pine - Apt. B
     Springfield, Illinois

**SUBPOENA IN A CRIMINAL CASE**

Case Number:  01-30110

# FILED

SEP 20 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

[X]  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE US Courthouse 600 East Monroe Street Springfield, Illinois | COURTROOM 2 - First Floor |
|---|---|
| | DATE AND TIME October 14, 2005 1:30 P.M. |

[ ]  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT    s/John M. Waters (By) Deputy Clerk    s/ C. Cathcart | DATE 9/19/05 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
  Michael J. Costello
  820 South Second Street, First Floor
  Springfield, Illinois 62704
  (217) 544-5500

AO89  (Rev. 7/95)  Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| **RECEIVED BY SERVER** | **DATE** September, 19th 2005 | **PLACE** 820 So. 2nd St, Springfield, Il. 62704 |
| **SERVED** | **DATE** September 19th 2005 | **PLACE** AAA Alterations 2108 S. MacArthur Blvd, Spfd, Il. |
| **SERVED ON (PRINT NAME)** MARY HAVENER  4 41/ P.M. | | **FEES AND MILEAGE TENDERED TO WITNESS** ☐ YES  ☒ NO  AMOUNT $ _____ |
| **SERVED BY (PRINT NAME)** ROBERT CARTER | | **TITLE** INVESTIGATOR |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  Sept. 19th 2005
                    **DATE**

R. Carter
**SIGNATURE OF SERVER**
ONSITE INVESTIGATIONS
P.O. Box 9092
**ADDRESS OF SERVER**
SPRINGFIELD, IL. 62791

**ADDITIONAL INFORMATION**