E-FILED
Friday, 30 September, 2005 01:12:32 PM
Clerk, U.S. District Court, ILCD



# Office of Inspector General
# Illinois Department of Public Aid

Bureau of Medical Quality Assurance
404 North 5th Street
Springfield, Illinois 62702

December 15, 1998

Sergius A. Rinaldi, D.M.D., M.S.
850 South 4th Street
Springfield, Illinois 62703

Dear Dr. Rinaldi:

Staff has completed a review of the documentation submitted for re-audit. As a result of the review, the recoupment amount has been reduced from $14,440.00 to $6,355.00. Enclosed are the appropriate schedules.

Please forward a check in the amount of $6,355.00 made payable to the "Illinois Department of Public Aid" or request credit against payment of pending and subsequently received bills. Your remittance/correspondence should be forwarded within 15 days of the date of this letter.

If payment is not received, or if you continue to dispute the findings, you will be sent a notice of the Department's intent to take administrative action and of your right to a hearing based on the audit findings. Please be advised that pursuant to the 89 Illinois Administrative Code, Chapter I, Section 104.206, the Department will recover the identified overpayment by deducting from the Department's obligations prior to the conclusion of any hearing requested. In the event the overpayment recovered was not warranted, a debit adjustment will be processed.

Please direct all correspondence/inquiries to Vicki Walker, Audit Reviewer, at the above address or by telephoning (217)782-2121.

Sincerely,

*Arthur Dilay*

Arthur Dilay
Assistant Chief - Chicago
Bureau of Medical Quality Assurance

AD:VW:vw
Enclosure
cc: Silvio Bartolo
    Vicki Walker

PROVIDER NAME: Sergius A. Rinaldi, D.M.D., M.S.
PROVIDER ID: 019015749

## SUMMARY OF RE-AUDIT FINDINGS

| EXPLANATION OF DISCREPANCIES | NUMBER OF BILLS WITH DISCREPANCIES | | DOLLAR VALUE DISCREPANCIES | |
|---|---|---|---|---|
| | Audit | Re-Audit | Audit | Re-audit |
| Overpayments due to missing records | 93 | 18 | $8,250.00 | $1,080.00 |
| Overpayments due to missing records of a specific service | 18 | 3 | $1,095.00 | $180.00 |
| Overpayments due to non-covered services | 4 | 4 | $255.00 | $255.00 |
| Overpayments due to duplicate billings | 35 | 35 | $4,840.00 | $4,840.00 |
| Total amount of discrepancies | 150 | 60 | $14,440.00 | $6,355.00 |
| Recoupment Amount | | | | $6,355.00 |

-2-

**PROVIDER NAME:** SERGIUS A. RINALDI
**PROVIDER NUMBER:** 019018748

**SCHEDULE:** I-D
**DATE:** 12/10/98

**AUDIT PERIOD:** JANUARY 1, 1995 THROUGH DECEMBER 20, 1996

SCHEDULE OF OVERPAYMENTS DUE TO DUPLICATE BILLINGS

PREPD. BY: SB
CK'D. BY: SB

| RECIPIENT NAME | RECIPIENT NUMBER | DATE OF SERVICE | INVOICE NUMBER | AMOUNT PAID | RECOUPMENT AMOUNT |
|---|---|---|---|---|---|
| ALLEN, LASCHUNNE | 039107701 | 10/23/96 | 60594 | $60.00 | $60.00 |
| BAINES, KATHERINE | 037724894 | 12/21/95 | 60520 | $1,415.00 | $1,415.00 |
| BELL, JOSEPH | 025865320 | 09/13/95 | 60509 | $60.00 | $60.00 |
| BERNSTEIN, MIKE | 050263284 | 05/01/95 | 65464 | $60.00 | $60.00 |
| BERNSTEIN, MIKE | 050263284 | 12/11/95 | 60619 | $60.00 | $60.00 |
| COPPAGE, DAISY | 029702750 | 09/11/95 | 60113 | $65.00 | $65.00 |
| COPPAGE, DAISY | 029702750 | 09/11/95 | 60294 | $65.00 | $65.00 |
| DONNELLY, KEDRA | 052542995 | 12/21/95 | 60520 | $65.00 | $65.00 |
| DURBIN, JILL | 960349120 | 11/01/95 | 60949 | $1,410.00 | $1,410.00 |
| DURBIN, JILL | 960349120 | 02/12/96 | 60949 | $60.00 | $60.00 |
| FITZGERALD, MARIO | 033909953 | 10/08/95 | 60533 | $60.00 | $60.00 |
| GAUSE, RAYMOND | 063307433 | 12/20/95 | 60520 | $60.00 | $60.00 |
| GROMM, TAMMY | 058754375 | 12/13/96 | 60520 | $60.00 | $60.00 |
| HARRIS, KATHERINE | 063929079 | 01/17/96 | 60602 | $60.00 | $60.00 |
| LANDIS, CHRISTOPHER | 061178281 | 12/20/95 | 60520 | $60.00 | $60.00 |
| MAY, MICHAEL | 059480681 | 10/04/95 | 60129 | $60.00 | $60.00 |
| MOORE, CHRISTOPHER | 960053193 | 12/02/95 | 62335 | $60.00 | $60.00 |
| MOORE, CHRISTOPHER | 960053193 | 01/08/96 | 62335 | $60.00 | $60.00 |
| MOORE, CHRISTOPHER | 960053193 | 02/00/96 | 62040 | $60.00 | $60.00 |
| MORGAN, AUDREY | 049098520 | 12/12/95 | 60520 | $65.00 | $65.00 |
| MORGAN, FRED | 044541094 | 12/12/95 | 60520 | $65.00 | $65.00 |
| NELSON, JOSEPH | 039495114 | 05/22/95 | 57097 | $60.00 | $60.00 |
| PEEL, JUSTINNA | 061700270 | 05/20/95 | 57099 | $60.00 | $60.00 |
| PRESTON, MELINDA | 032458887 | 05/08/95 | 65464 | $60.00 | $60.00 |
| RILEY, ??? | 040208582 | 12/26/96 | 60520 | $65.00 | $65.00 |
| BROWN, BURNT | 068966113 | 07/11/95 | 60078 | $60.00 | $60.00 |
| SPAIN, DAVID | 066856154 | 05/08/95 | 60533 | $60.00 | $60.00 |
| STAATS, VIOLET | 000972063 | 12/18/95 | 60520 | $60.00 | $60.00 |
| STOUT, EDWARD | 085166326 | 12/27/95 | 60520 | $60.00 | $60.00 |
| THOMPSON, ANDREA | 039767254 | 09/06/95 | 60142 | $60.00 | $60.00 |
| TRAPP, SHANI | 031472555 | 12/27/95 | 60520 | $65.00 | $65.00 |
| WILLIAMS, JAMES | 026998062 | 11/20/95 | 60949 | $60.00 | $60.00 |
| WILLIAMS, JAMES | 026998062 | 12/18/95 | 60949 | $60.00 | $60.00 |
| WOLFE, SHERRY | 046872263 | 12/12/95 | 60520 | $60.00 | $60.00 |
| WRIGHT, MICHAEL | 060018294 | 07/17/95 | 65464 | $60.00 | $60.00 |
| SUB-TOTAL | | | | $4,840.00 | $4,840.00 |
| GRAND-TOTAL | | | | $4,840.00 | $4,840.00 |

09/05/2025  14:08   6186569025    DIGITAL VALLEY TECH    PAGE  34

**PROVIDER NAME: SERGIUS A. RINALDI**  
**PROVIDER NUMBER: 019015749**

SCHEDULE: 1-C  
DATE: 12/10/96

AUDIT PERIOD: JANUARY 1, 1996 THROUGH DECEMBER 20, 1996

**SCHEDULE OF OVERPAYMENTS DUE TO**  
**NON-COVERED SERVICES**

PREPD. BY: SB  
CK'D. BY: SB

| RECIPIENT NAME | RECIPIENT NUMBER | DATE OF SERVICE | INVOICE NUMBER | AMOUNT PAID | RECOUPMENT AMOUNT |
|---|---|---|---|---|---|
| BROWN, TRICIA | 096120603 | 01/23/96 | 60516 | $65.00 | $65.00 |
| BROWN, TRICIA | 096120603 | 02/20/96 | 60436 | $65.00 | $65.00 |
| BROWN, TRICIA | 096120603 | 03/19/96 | 60981 | $65.00 | $65.00 |
| BROWN, TRICIA | 096120603 | 04/15/96 | 61208 | $60.00 | $60.00 |
| SUB-TOTAL | | | | $255.00 | $255.00 |
| GRAND TOTAL | | | | $255.00 | $255.00 |

PROVIDER NAME: SERGIUS A. RINALDI  
PROVIDER NUMBER: 818015740

SCHEDULE I-A  
DATE: 12/10/96

AUDIT PERIOD: JANUARY 1, 1995 THROUGH DECEMBER 29, 1995

SCHEDULE OF OVERPAYMENTS DUE TO MISSING RECORDS

PREPD. BY: SB  
CK'D. BY: SB

| RECIPIENT NAME | RECIPIENT NUMBER | DATE OF SERVICE | INVOICE NUMBER | AMOUNT PAID | RECOUPMENT AMOUNT |
|---|---|---|---|---|---|
| CARTER, REBECCA | 070011909 | 06/13/00 | 95217 | $60.00 | $60.00 |
| FORBES, REBECCA | 084199256 | 05/13/95 | 60129 | $60.00 | $60.00 |
| FORBES, REBECCA | 084199256 | 06/09/95 | 60129 | $60.00 | $60.00 |
| FORBES, REBECCA | 084199256 | 07/06/95 | 60463 | $60.00 | $60.00 |
| FORBES, REBECCA | 084199256 | 09/02/95 | 61111 | $60.00 | $60.00 |
| FORBES, REBECCA | 084199256 | 10/01/95 | 61111 | $60.00 | $60.00 |
| FORBES, REBECCA | 084199256 | 12/15/95 | 61111 | $60.00 | $60.00 |
| FORBES, REBECCA | 084199256 | 02/15/96 | 61111 | $60.00 | $60.00 |
| MARCUM, JENNIFER | 084199256 | 02/01/95 | 55845 | $60.00 | $60.00 |
| MAY, MICHAEL | 094500001 | 02/01/95 | 55040 | $60.00 | $60.00 |
| MEYER, STACEY | 055627889 | 07/21/95 | 60463 | $60.00 | $60.00 |
| MEYER, STACEY | 055627889 | 11/03/95 | 61237 | $60.00 | $60.00 |
| PEEL, JUSTINNA | 081700270 | 05/20/95 | 60102 | $60.00 | $60.00 |
| THOMAS, STEPHANNIE | 036130233 | 02/01/95 | 55839 | $60.00 | $60.00 |
| THOMAS, STEPHANNIE | 036130233 | 06/08/95 | 57106 | $60.00 | $60.00 |
| THOMAS, STEPHANNIE | 036130233 | 05/07/96 | 62335 | $60.00 | $60.00 |
| WHITE, MICHAEL | 028962918 | 05/18/95 | 57005 | $60.00 | $60.00 |
| WHITE, MICHAEL | 028962918 | 10/18/95 | 60296 | $60.00 | $60.00 |

|  |  |  | SUB TOTAL | $1,080.00 | $1,080.00 |
|---|---|---|---|---|---|
|  |  |  | GRAND TOTAL | $1,080.00 | $1,080.00 |

DIGITAL VALLEY TECH   PAGE 65

08/05/2005  14:51  6186669035

PROVIDER NAME: SERGIUS A. RINALDI  
PROVIDER NUMBER: 019015746

SCHEDULE: I-B  
DATE: 12/10/96

AUDIT PERIOD: JANUARY 1, 1996 THROUGH DECEMBER 20, 1996

SCHEDULE OF OVERPAYMENTS DUE TO  
MISSING RECORDS OF A SPECIFIC SERVICE

PREPD. BY: SB  
CK'D. BY: SB

| RECIPIENT NAME | RECIPIENT NUMBER | DATE OF SERVICE | INVOICE NUMBER | AMOUNT PAID | RECOUPMENT AMOUNT |
|---|---|---|---|---|---|
| ABBOTT, FARRINGTON | 098644956 | 03/22/96 | 60978 | $60.00 | $60.00 |
| BUTLER, RAYMOND | 084440239 | 01/24/96 | 60601 | $60.00 | $60.00 |
| JOHNSTON, JENNIFER | 074938440 | 10/03/96 | 60509 | $60.00 | $60.00 |
| SUB TOTAL | | | | $180.00 | $180.00 |
| GRAND TOTAL | | | | $180.00 | $180.00 |

PROVIDER NAME: Sergius A. Rinaldi, D.M.D., M.S.
PROVIDER ID: 019015749

## SUMMARY OF RE-AUDIT FINDINGS

| EXPLANATION OF DISCREPANCIES | NUMBER OF BILLS WITH DISCREPANCIES | | DOLLAR VALUE DISCREPANCIES | | |
|---|---|---|---|---|---|
| | Audit | Re-Audit | Audit | Re-audit | |
| Overpayments due to missing records | 93 | 18 | $ 8,250.00 | $ 1,080.00 | 17% |
| Overpayments due to missing records of a specific service | 18 | 3 | $ 1,095.00 | $ 180.00 | 2.8% |
| Overpayments due to non-covered services | 4 | 4 | $ 255.00 | $ 255.00 | 4.8% |
| Overpayments due to duplicate billings | 35 | 35 | $ 4,840.00 | $ 4,840.00 | 76.2% 100.0% |
| Total amount of discrepancies | 150 | 60 | $14,440.00 | $ 6,355.00 | |
| Recoupment Amount | | | | $ 6,355.00 | |

-2-