IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 01-CR-30110 |
| | ) |
| SERGIUS RINALDI, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO SEAL EXHIBITS

NOW COMES the Defendant, SERGIUS RINALDI, by and through one of his counsel, Michael J. Costello and for his Motion to Seal Exhibits, respectfully states as follows:

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure the Defendant moves for an order sealing Exhibit 10 which is found in Docket Entry 151 filed in support of the Memorandum of the Second Motion to Reconsider Defendant's Plea Withdrawal.

WHEREFORE the Defendant, SERGIUS A. RINALDI, moves that this Motion be allowed.

RESPECTFULLY SUBMITTED,

SERGIUS A. RINALDI,

s/ Michael J. Costello
Michael J. Costello Bar Number 522627
One Attorney of the Defendant
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
Fax No.:  (217) 544-7500
costello.m@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2005 I served a copy of the foregoing electronically via the Central District of Illinois CM/ECF filing system:

Patrick D. Hansen
Assistant United States Attorney
600 East Monroe Street, Room 312
Springfield, IL. 62701

Attorney for Plaintiff

> s/ Michael J. Costello
> Michael J. Costello Bar Number 522627
> One Attorney of Defendant
> Costello Law Office
> 820 South Second Street
> First Floor
> Springfield, Illinois 62704
> Telephone No.: (217) 544-5500
> Fax No.:  (217) 544-7500
> costello.m@sbcglobal.net