E-FILED
Friday, 07 October, 2005  10:57:07 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 01-30110 |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIUS A. RINALDI | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION TO SEAL EXHIBITS**

_____Comes the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois and Patrick D. Hansen, Assistant United States Attorney, and represents that the government offers no objection to the Defendant's Motion to Seal Exhibits, and in furtherance, states as follows:

1.      The defendant's Motion requests that this Court place certain documents under seal.  Specifically, the defendant requests that this Court seal the documents filed as Exhibit 10 in support of his "Second Motion to Reconsider Defendant's Plea Withdrawal."

2.      The exhibit contains the names and identifiers of certain current and/or former children in the jurisdiction of the Illinois Department of Children and Family Services, as well as personal medical information regarding these children.  The government, therefore, joins in the request for this Court to hold the exhibits under seal.

1

WHEREFORE, the United States of America respectfully requests that this Court allow the defendant's Motion to Seal Exhibits.

Respectfully Submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

By:    s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patrick.hansen@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2005, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

Joel Hirschhorn
Hirschhorn & Bieber
Penthouse One
2600 Douglas Road
Coral Gables, FL 33134

I hereby certify that on October 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas M Dawson
2300 S. Fourth Street
Leavenworth, KS 66048

Michael Costello
Attorney at Law
631 East Allen
Springfield, IL 62703

s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
(217) 492-4450
Fax: (217) 492-4512
patrick.hansen@usdoj.gov