IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 01-CR-30110 |
| | ) | |
| SERGIUS A. RINALDI, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO QUASH SUBPOENA**
**DIRECTED TO DAVID SPINNER**

NOW COMES the Movant, David Spinner, by and through his counsel, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Rule 45(c)(3)(a), hereby moves this Court to quash the subpoena served upon David Spinner of the Illinois Department of Heathcare and Family Services (formerly Illinois Department of Public Aid) in the above-referenced case. In support of this Motion, the following statements are made.

1.  On or about September 19, 2005, and October 5, 2005, Illinois Department of Healthcare and Family Services (DHFS) received subpoenas directed to David Spinner, a nonparty DHFS employee. A copy of these subpoenas are attached hereto as Exhibits A and B.

2.  The subpoena of September 19, 2005 directed Mr. Spinner to testify at a sentencing hearing in the above mentioned case on October 14, 2005.

3.  The subpoena of October 5, 2005 directed Mr. Spinner to produce a litany of documents at the above referenced sentencing hearing, including:

(a) All documents, e-mails, and memoranda requesting the creation of the document entitled: "Dental Policy Clarifications March 2000" attached hereto.

(b) All documents, e-mails, and memoranda reviewed for the creation of the attached "Dental Policy Clarifications March 2000".

(c) All documents, e-mails, and memoranda referencing the attached "Dental Policy Clarifications March 2000".

(d) Any other "Dental Policy Clarifications".

(e) List of all names the "Dental Policy Clarifications March 2000" was distributed, the method of distribution, and a copy of all the other documents contained in the folder/booklet that was included in the distribution with this page.

(f) The Procedural Manual or other written instructions for the processing of dental claims by the Illinois Department of Public Aid, including c-13 vouchers, Delta Dental Plan, and Doral Dental Plan claims. Such procedures should detail the steps taken from the receipt of the initiating document to the authorization of payments by the Illinois Office of the Comptroller and/or Treasurer.

4. The subpoenas should be quashed for one or more of the following reasons:

(a) Defendant failed to tender the requisite witness fee, since the witness fee is $40.00, and Defendant (according to the subpoenas) tendered Mr. Spinner $0.00 on each of the subpoenas.

(b) The subpoena duces tecum of October 5, 2005 is improperly directed at Mr. Spinner as he is not the keeper of the records for the DHFS, and, as such, does not have access to the requested documents.

(c) The subpoena duces tecum requests documents that have already been addressed in Freedom of Information Act actions. Defendant has already requested these documents, and, to the extent they exist, the DHFS has produced the documents.

5. Pursuant to Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure and CDIL-LR 37.3, the undersigned has contacted Defendant's counsel via telephone in an attempt to resolve any issues as to the outstanding subpoena.

6. Defendant was unwilling to withdraw the subpoenas issued to Mr. Spinner.

7. Because the parties are unable to reach an agreement concerning the outstanding subpoenas, Court intervention is necessary.

WHEREFORE, Movant respectfully requests that this Honorable Court quash the subpoenas issued to David Spinner of the Illinois Department of Healthcare and Family Services.

        Respectfully submitted,

        STATE OF ILLINOIS, DEPARTMENT OF HEALTHCARE & FAMILY SERVICES, and DAVID SPINNER,

            Movant,

        LISA MADIGAN, Attorney General, State of Illinois,

            Attorney for Movant,

Kristin Alferink #6275309  
Assistant Attorney General  
500 South Second Street    BY:  /s Kristin Alferink  
Springfield, Illinois 62706           Kristin Alferink  
(217) 782-9029                   Assistant Attorney General

Of Counsel.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 01-CR-30110 |
| | ) |
| SERGIUS A. RINALDI, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed MOTION TO QUASH SUBPOENA DIRECTED TO DAVID SPINNER with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Michael J. Costello | costello.M@sbeglobal.net |
| Thomas M. Dawson | dawsonlaw@aol.com, Chuckatdlaw@aol.com |
| Patrick Hansen | patrick.hansen@usdoj.gov, stacy.booth@usdoj.gov, carol.swiney@usdoj.gov |
| Joseph S. Miller | attymill@aol.com, attyjsm@aol.com |
| Patrick J. Chesley | pat.chesley@usdoj.gov |
| John E. Childress | john.childress@usdoj.gov |

and I hereby certify that on October 11, 2005, I mailed by United States Postal Service, the document(s) to the following non CM/ECF participants:

Joel Hirschhorn
Hirschhorn & Bieber PA
Penthouse One
2600 Douglas Road
Coral Gables, FL 33134

Respectfully submitted,
s/ **KRISTIN ALFERINK**
Kristin Alferink, Attorney Bar #6275309
Attorney for Movant
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9029
Fax: (217) 782-8767
E-mail: kalferink@atg.state.il.us