AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

UNITED STATES OF AMERICA
          Plaintiff
v.

SERGIUS RINALDI,
          Defendant

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 01-30110

TO: David Spinner
    201 South Grand Avenue East
    Springfield, Illinois

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| US Courthouse<br>600 East Monroe Street<br>Springfield, Illinois | 2 - First Floor |
| | **DATE AND TIME**<br>October 14, 2005<br>1:30 P.M. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
_(signature)_
(By) Deputy Clerk
_(signature)_

DATE: 9/19/05

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Michael J. Costello
820 South Second Street, First Floor
Springfield, Illinois 62704
(217) 544-6500

EXHIBIT A

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | Sept. 19th, 2005 | |
| SERVED | September 19th 2005 | Bloom Bldg. 201 So. Grand Ave East |

SERVED ON (PRINT NAME)

David Spinner

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES  ☒ NO   AMOUNT $ _____

SERVED BY (PRINT NAME)

Robert Carter

TITLE

Investigator

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on Sept. 19th 2005
DATE

R. Carter
SIGNATURE OF SERVER

Onsite Investigations
P.O. Box 9092
ADDRESS OF SERVER

Springfield, IL 62791

ADDITIONAL INFORMATION

TOTAL P.05