E-FILED
Tuesday, 11 October, 2005 04:30:13 PM
Clerk, U.S. District Court, ILCD

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

Central      DISTRICT OF      Illinois

UNITED STATES OF AMERICA

Plaintiff

V.

SERGIUS RINALDI,

Defendant

**DUCES TECUM
SUBPOENA IN A
CRIMINAL CASE**

Case Number: 01-30110

TO: David Spinner
201 South Grand Avenue East
Springfield, Illinois

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| US Courthouse<br>600 East Monroe Street<br>Springfield, Illinois | 2 - First Floor |
| | DATE AND TIME<br>October 14, 2005<br>1:30 P.M. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): 1. All documents, e-mails, and memoranda requesting the creation of the document entitled: "Dental Policy Clarifications March 2000" attached hereto.
2. All documents, e-mails, and memoranda reviewed for the creation of the attached "Dental Policy Clarifications March 2000".
3. All documents, e-mails, and memoranda referencing the attached "Dental Policy Clarifications March 2000".
4. Any other "Dental Policy Clarifications".
5. List of all names the "Dental Policy Clarifications March 2000" was distributed, the method of distribution and a copy of all the other documents contained in the folder/booklet that was included in the distribution with this page.
6. The Procedural Manual or other written instructions for the processing of dental claims by the Illinois Department of Public Aid, including C-13 vouchers, Delta Dental Plan, and Doral Dental Plan claims. Such procedures should detail the steps taken from the receipt of the initiating document to the authorization of payment by the Illinois Office of the Comptroller and/or Treasurer.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| /s/ _J. M. Watson_<br>(By) Deputy Clerk<br>/s/ _G. Watson_ | 10/4/05 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Michael J. Costello
820 South Second Street, First Floor
Springfield, Illinois 62704
(217) 544-5500

**EXHIBIT**

_B_

AO89 (Rev. 7/91) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | Oct. 4th, 2005 | .820 So. 2-D St. Springfield, Il. 62704 |
| SERVED | Oct. 5th, 2005 8:12/AM | 201 So. Grand Ave E. Springfield, Il. 62704 |

SERVED ON (PRINT NAME)

DAVID Spinner

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES ☒ NO AMOUNT $ _____

SERVED BY (PRINT NAME)

Robert Carter.

TITLE

INVESTIGATOR

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on Oct. 5th, 2005
DATE

R. Carter
SIGNATURE OF SERVER
ONSITE INVESTIGATOR
P.O. Box 9092
ADDRESS OF SERVER
Springfield, Il. 62791

ADDITIONAL INFORMATION

Dental Policy Clarifications
March 2000

From the questions pertaining to Dental Program policy clarifications, it is suggested that the
Requestor receive a copy of the Dental Program Administrator's Office Reference Manual. Most
of these question are answered in this manual as it was developed for the dental providers to use
in billing for services rendered to Medical Assistance clients.

Question 1: What is the policy/procedure for a recipient to receive orthodontics?

Response: Page 28 of the Office Reference Manual reads "Clients between the ages of 2 and 20
may qualify for orthodontic care under the program. Clients must have a severe, dysfunctional,
handicapping malocclusion as determined by a score of 42 points or greater on the Modified
Salzmann Index (see attached), or objective documentation that the malocclusion is an
impairment of, or a hazard to the ability to eat, chew, speak or breath."

Question 2: What is the dollar amount the Department pays for braces?

Response: The total maximum amount the Department reimburses for braces is $2,500.00.

Question 3 : Is there a dollar amount for the maximum period for braces? If so, how are the
monies disbursed? (i.e., prorated monthly, quarterly, annual, fee for service, etc.)

Response: Dentists bill the appropriate orthodontic CDT codes for braces. The appropriate codes
are listed on Pages 28/29 and C-4 of the Office Reference Manual. For an orthodontic case the
dentist is reimbursed $625.00 for an Initial Orthodontic Appliance Placement #D2080; $90.00 for
an Initial Examination, Records, Radiographs & Facial Photographs #D8660; and, monthly
adjustments of $78.13 for the remaining balance of $1,785.00 #D8670.

Question 4: If the monies are not disbursed fee for service, and the provider receives a prorated
dollar amount as above, does the patient have to be seen monthly, etc?

Response: The dentist can bill the monthly adjustments code #D8670 whether he sees the patient
or not. Monthly payment will be made for approved treatment as long as the client remains
eligible and is in active treatment. Since these cases are severely medically necessary cases with
excessive dysfunctional problems, the dentist will usually have to see the client on a monthly
basis just to adjust the braces as the teeth become aligned.

G:\BCHS\User\DAVES\DENTAL\ortho policy.rpd