**E-FILED**
Wednesday, 12 October, 2005  08:35:02 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 01-30110 |
| v. | ) | |
| | ) | |
| SERGIUS RINALDI, | ) | |
| Defendant. | ) | |

## RESPONSE TO MOTION TO QUASH

The Defendant by and through counsel files this response to the Motion to Quash Subpoena Directed to David Spinner:

1. The Office of the Attorney General asks that the subpoena be quashed because the Defendant failed to tender the requisite witness fee. Counsel has consulted with the Deb McGregor who advises counsel that the witness fee was in fact paid.

2. The Office of the Attorney General asks that the subpoena duces tecum be quashed as it is improperly directed at Mr. Spinner and Mr. Spinner is not the keeper of the records for DHFS and, Mr. Spinner does not have access to the requested documents. The Defendant suggests that Mr. Spinner would have access to the

documents he generated with respect to the Dental Policy Clarifications dated March 2000 in that he authored the policy. Mr. Spinner should comply with the subpoena to the extent he has records available.

3. The Office of the Attorney General asks that the subpoena duces tecum be quashed because it requests documents already addressed in the Freedom of Information Act actions and that to the extent the documents exist DHFS has produced them. As set forth at pages 16-17 of docket 149 the IDPA refused to provide the requested information. This is reflected in the letter attached to docket 149 from Amy S. Leopard in exhibit 2A. Mr. Spinner should be directed to bring the documents available to him and in his possession or under his control.

Accordingly the Motion to Quash should be denied.

Respectfully submitted,


/s/ Thomas M. Dawson
Thomas M. Dawson, Esq.
Kansas Bar No. 06599
2300 South Fourth Street
Leavenworth, KS 66048
(913) 682-5331
Counsel for Defendant.
Fax (913) 682-8363)
dawsonlaw@aol.com


## CERTIFICATE OF SERVICE


I hereby certify that on October 12, 2005 I served a copy of the

foregoing, electronically via the Central District of Illinois CM/ECF filing

system on:

Attorney for Movant

Kristin Alferink
Assistant State Attorney General
500 South Second Street
Springfield, IL 6206

and
Attorney for Plaintiff,

Patrick D. Hansen,
Assistant United States Attorney,
318 South Sixth Street
Springfield, IL. 62701

/s/ Thomas M. Dawson
Thomas M. Dawson, Esq.