**E-FILED**
Wednesday, 12 October, 2005 08:35:25 AM
Clerk, U.S. District Court, ILCD

## AFFIDAVIT OF SERVICE OF WRITS BY A PRIVATE PERSON

United States of America (Plaintiff)
vs.
Sergius Rinaldi (Defendant)

United States District Court
Central District of Illinois
No. 01-30110

### AFFIDAVIT OF SERVICE

Robert Carter, on oath states: I am over 21 years of age and not a party to this case. I served the (witness) Check #3382 and a copy of the complaint upon defendant(s) as follows:

(A.) Personal Service on defendant DAVID SPINNER Check #3382, by leaving a copy of the attached document(s) and of the complaint with the defendant personally on September 29th, 2005 at the hour of 3:05 P.m. at 201 S. _____ Ave, Apt, Springfield Street, Sangamon County.

(B.) Alternate Service on defendant _____ by leaving on _____, 20___ at the hour of _____ m. at _____ Street, _____ County, his usual place of abode with _____ a person of his family, of the age of 13 years or upwards, informing that person of the contents of the attached document(s) and also by sending on _____, 20___ a copy of the attached document(s) in a sealed envelope with postage fully prepaid, addressed to the defendant(s) at his usual place of abode.

(C.) Corporation or Business _____ by leaving a copy of the attached document(s) with _____ of the corporation on _____ 20___, at the hour of _____ m. at _____ Street, _____ County _____.

(D.) Other service _____

R. Carter

| REASON NOT SERVED | | ATTEMPTED SERVICE | | |
|---|---|---|---|---|
| 01 Moved | Weight | DATE | TIME | AM/PM |
| 02 No Contact | Height | | | |
| 03 Empty Lot | Age | | | |
| 04 Not Listed | Hair | | | |
| 05 Wrong Address | Race | | | |
| 06 No Such Address | | | | |

Signed and sworn to before me
_____, 20___

_____
Notary Public

Service: _____ Mileage _____ Extra Charge _____ TOTAL: $ _____