**all exhibits sealed.**

# United States District Court

Central DISTRICT OF Illinois

USA v. Sergius Rinaldi

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 01-30110

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mills | Chesley, Hanson | Hirschhorn, Costello, Dawson |
| TRIAL DATE(S) Sent - 10-14-05 | COURT REPORTER Capitol | COURTROOM DEPUTY Marleen Cooke |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 65 | 10/14 | ✓ | ✓ | Curriculum Vita George Athey |
|  | 63 | 10/14 | ✓ | ✓ | photographs |
|  | 67 | 10/14 | ✓ | ✓ | 10/12/03 psychological report |
|  | 64 | 10/14 | ✓ |  | composite - USPO instructions & responses |
|  | 69 | 10/14 | ✓ | ✓ | Athey report - 9/5/05 - Heaton material |
|  | 68 | 10/14 | ✓ | ✓ | report - brain imaging - 3/1/04 - HBIC |
|  | 66 | 10/14 | ✓ | ✓ | curriculum vitae - Dr. Chapman |
|  | 70 | 10/14 | ✓ |  | 1/9/03 + 2/7/05 - report + follow up of Dr. Chapman. |
|  | 61 | 10/14 | ✓ | ✓ | report of tentative findings - Chapman |
|  | 60 | 10/14 | ✓ | ✓ | durell payment |
|  | 56 |  | ✓ | ✓ | examples of billing procedures |
|  | 57 |  | ✓ | ✓ | changed dates of service |
|  | 58 |  | ✓ | ✓ | multiple ID/name changes |
|  | 59 |  | ✓ | ✓ | random/delayed payments |
|  | 62 |  | ✓ | ✓ | ausa Hansen letter |
|  | 71 |  | ✓ | ✓ | cv of Dr. Langford |
| 3 |  |  | ✓ | ✓ | 1994 - delta dental criteria manual. |
| ~~2~~ |  |  | ✗ |  |  |
| 4 |  |  | ✓ | ✓ | 1999 - doral dental svs - ORM |
| 5 |  |  | ✓ | ✓ | doral dental svcs - 2002 ORM |
| 6 |  |  | ✓ | ✓ | doral ORM - 4/20/03      ORM |
| 7 |  |  | ✓ | ✓ | 1/3/05 doral - |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

# United States District Court

Central DISTRICT OF Illinois

USA v.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 01-30110

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mills | Hansen/Chesley | Huseburn/Costello/Dawson |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Sent 10-14-05 | Capital | Marleen Cooke |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 72 | 10/14 | ✓ | ✓ | draft of Questions by Spinner |
| | 73 | 10/17 | ✓ | ✓ | Bates stamped documents |
| | 74 | 10/17 | ✓ | ✓ | Millon Clinical Multiaxial Inventory |
| | 78 | 10/18 | ✓ | ✓ | 12-16-98 Dept Children + Family Svcs - letter to Rinaldi |
| | 74a | 10/18 | ✓ | ✓ | Magnetoencephalography report |
| | 75a | 10/18 | ✓ | ✓ | 1/9/03 forensic report |
| | 75b | 10/18 | ✓ | ✓ | 2/7/05 letter from Dr. Chapman to Atty Dawson |
| | 76a | 10/18 | ✓ | ✓ | 10/12/03 forensic report |
| | b | 10/18 | ✓ | ✓ | 9/5/05 Heritage Mental Health Clinic letter |
| | c | 10/18 | ✓ | ✓ | 9/1/05 letter from Dr Athey to Mr. Dawson |
| | 77 | 10/18 | ✓ | ✓ | Dental policy clarification - IDPA |
| | 55 | 10/18 | ✓ | ✓ | Billing forms |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages