*all exhibits sealed*

| UNITED STATES v. | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Patrick D. Hansen Assistant U.S. Attorney | | | | DEFENDANT'S ATTY. Michael Costello Joel Hirshhorn Tom Dawson | DOCKET NUMBER 01-30110 |
| | | | | | HEARING DATE 10-14-2005 |
| PRESIDING JUDGE Hon. Richard Mills | | | | COURT REPORTER | COURTROOM DEPUTY |

| Government Exhibit No. | Date | Marked | Admitted | EXHIBITS | |
|---|---|---|---|---|---|
| A | 10/18 | ✓ | ✓ | Schedule of Overpayments | — Sealed |
| A-1 to A-47 | 10/18 | ✓ | | Supporting Documentation for Schedule "A" | Sealed. |
| A-36 | 10/17 | ✓ | 10/17 ✓ | Supporting Documentation for SP | |
| 4A-1 | 10/17 | ✓ | 10/17 ✓ | Blank Billing/Ledger Form | |
| 4A-2 | 10/17 | ✓ | ✓ | Blank Patient Ledger Card | |
| 4B | 10/14 | ✓ | ✓ | Appointment Book – Springfield Office – Year 2000 | |
| 4C | 10/17 | ✓ | ✓ | Blank Daily Appointment sheet (blue sheet) | |
| 4D-1 | | ✓ | 10/14 ✓ | Blank Sign-in Sheet | |
| 4D-2 | | ✓ | 10/17 ✓ | Completed Sign-in Sheet - 9/30/97 (from Box behind dumpster) | |
| 4D-3 | | ✓ | 10/17 ✓ | Group of Completed Sign-In Sheets (all re: Dwayne Davis) | |
| 4E | 10/14 | ✓ | ✓ | Blue Sheets  (From Box behind dumpster) | |
| 4F | 10/17 | ✓ | ✓ | Daily Cancellation Sheet   (From Box behind dumpster) | |
| 4G | 10/17 | ✓ | ✓ | Weekly Review Sheets    ((From Box behind dumpster) | |
| 4H | | | | (None) | |
| 4-I | 10/17 | ✓ | ✓ | Billing (Doral) Forms for SP from 7/31/99 to 9/30/99 | |
| 4J | 10/17 | ✓ | ✓ | SP file (provided by Defendant per subpoena) | |
| 4J-1 | 10/17 | ✓ | ✓ | Treatment Card for SP (provided by Defendant per subpoena) | |

| | | | | |
|---|---|---|---|---|
| UNITED STATES v. | | | DISTRICT COURT Central District of Illinois | |
| PLAINTIFF'S ATTORNEY Patrick D. Hansen Assistant U.S. Attorney | | | DEFENDANT'S ATTY. Michael Costello Joel Hirshhorn Tom Dawson | DOCKET NUMBER 01-30110 |
| | | | | HEARING DATE 10-14-2005 |
| PRESIDING JUDGE Hon. Richard Mills | | | COURT REPORTER | COURTROOM DEPUTY |

| Government Exhibit No. | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|
| 4J-2 | 10/17 | ✓ | ✓ | Billing Card for SP (provided by Defendant per subpoena) |
| 5 | 10/14 | ✓ | ✓ | Billing Date Grids |
| 6A-1 | 10/17 | ✓ | ✓ | Bornstein Report |
| 6A-2 | 10/17 | ✓ | ✓ | Bornstein CV |
| 6B | 10/17 | ✓ | ✓ | Appleton Report |
| 7a | 10/17 | ✓ | ✓ | Transcript of part of conversation between Rinaldi, Keran and Good 10/3/99 |
| 8 | | | | Copy of Grand Jury Subpoena 1/11/2001 |
| 9A | 10/14 | ✓ | ✓ | First National Bank IRA Statement 1998 |
| 9B | 10/14 | ✓ | ✓ | Mercantile Bank IRA Statement 1999 |
| 10 | 10/17 | ✓ | ✓ | Box of Check Deposit Ledgers |
| a | 10/17 | ✓ | ✓ | |
| 11 | | | | |
| 12A | 10/14 | ✓ | ✓ | Letter from Mike Costello enclosing data disk |
| 12B | 10/14 | ✓ | ✓ | Data Disk from Costello/Langford |
| 13 | 10/14 | ✓ | ✓ | Partial Printout of 12B |