UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>　v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>SERGIUS RINALDI, 　　　　　)<br>　　　　Defendant. 　　　　　) | No. 01-30110 |

NOTICE OF APPEAL

Notice is hereby given that the Defendant, Sergius Rinaldi, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment in a Criminal Case entered on the 25th day of October 2005.

Respectfully submitted,

/s/ Thomas M. Dawson
Thomas M. Dawson, Esq.
Kansas Bar No. 06599
2300 South Fourth Street
Leavenworth, KS 66048
(913) 682-5331
Fax (913) 682-8363
dawsonlaw@aol.com

Counsel for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Notice of Appeal upon Patrick D. Hansen, Assistant United States Attorney, by ECF, this 26th day of October 2005.

/s/ Thomas M. Dawson
Thomas M. Dawson, Esq.