E-FILED
Wednesday, 26 October, 2005   03:43:55 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:*                                             *Docket No.:*

*Division:*

**Plaintiff (Petitioner)       Short Caption       Defendant (Respondent)**

*v.*

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:*                                                 *Name:*

*Firm:*                                                 *Firm:*

*Address:*                                              *Address:*

*Phone:*                                                *Phone:*

---

*Judge:*                                                *Nature of Suit Code:*

*Court Reporter:*                                       *Date Filed in District Court:*

                                                        *Date of Judgment:*

                                                        *Date of Notice of Appeal:*

*Counsel:*   ___Appointed       ___Retained       ___Pro Se

*Fee Status:*     ___Paid       ___Due       ___IFP       ___IFP Pending       ___U.S.       ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:       ___Yes       ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**