U.S. Postal Service
Inspection Service

**NOTIFICATION OF CRIMINAL MONETARY IMPOSITION**

This form must be completed by the case Inspector, authorized by the U.S. Attorney (or designee), and the original provided to the Clerk of the U.S. District Court in the district where the sentence was imposed. Copy 2 of this form is to be provided to the Financial Litigation Unit at the U.S. Attorney's Office. Complete one form for each defendant. Type or print all entries.

**COURT DOCKET NUMBER** 01-30110

FILED
OCT 2 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### Part I — Inspection Service Case Information

| 1. Case Number | 2. Date Form Completed |
|---|---|
| 0607-1319135-FG(2) | 10-25-2005 |

3. Name of Inspector and Division
T. L. Cullivan - Chicago Division

4. Type of Offense (Include Statutes Violated)
Mail Fraud, Title 18 USC 1341

5. Offense Dates
| a. Beginning Date | b. End Date |
|---|---|
| 01-01-1994 | 07-11-2001 |

### Part II — Defendant Information

| 6. Name of Defendant | 7. Date of Birth | 8. Social Security Number |
|---|---|---|
| Sergius Alexander Rinaldi | 07-10-1935 | 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 |

| 9. Street Address (Include Number, Suite or P.O. Box) | 10. City and County |
|---|---|
| 3 Estates Lane West | Glen Carbon (Madison) |

| 11. State | 12. ZIP + 4 | 13. Home Phone Number (Include Area Code) |
|---|---|---|
| IL | 62034-3325 | (618) 656-4698 |

| 14. Name of Employer | 15. Address (Include Number, Street, City, State and ZIP + 4) |
|---|---|
| S A Rinaldi DMD (Self employed Orthodontist) | 850 South 4th Street |
| 16. Employer Phone Number (Include Area Code) | Springfield, IL 62703-1677 |
| (217) 544-9023 | |

| 17. Name of Nearest Relative | 18. Relationship of Nearest Relative |
|---|---|
| Rosemary Rinaldi | Spouse |

| 19. Address (Include Number, Street, City, State and ZIP + 4) | 20. Phone Number (Include Area Code) |
|---|---|
| 3 Estates Lane West<br>Glen Carbon, IL 62034-3325 | (618) 656-4698 |

### Part III — Sentence Information

| 22. Date of Sentence | 23. Name of U.S. District Court Judge/Magistrate |
|---|---|
| 10-18-2005 | Richard Mills |

| 24. Judicial District | 25. City and State Where Court is Located |
|---|---|
| Central District of Illinois | Springfield, IL |

26. Monetary Imposition(s):

| | | Date Due: |
|---|---|---|
| Fine | $ 500,000.00 | 10-18-2005 |
| Assessment | $ 200.00 | 10-18-2005 |
| Restitution | $ 25,844.35 | 10-18-2005 |

### Part IV — U.S. Attorney Authorization

27. Criminal fine proceeds recovered from this defendant are to be distributed as follows (e.g., 100% to Postal Service):

_100_ % to U.S. Postal Service

| 28. Signature of U.S. Attorney | 29. Date Signed |
|---|---|
| [signature] | 10/25/05 |

PS Form **1513**, November 1988

Clerk of U.S. District Court — 1