UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 01-30110 |
| v. | ) | |
| | ) | |
| SERGIUS RINALDI, | ) | |
| Defendant. | ) | |

MOTION FOR ORDER EXTENDING SELF-REPORT DATE

The Defendant respectfully moves this Court for an order extending the self-report date presently set for November 17, 2005 at 12:00 noon to Monday November 28, 2005 at 12:00 noon.

1. The Court of Appeals has denied release pending appeal and the report date is inevitable. The Defendant is making this request so that he may be with his family over the Thanksgiving holiday weekend.

Accordingly the Defendant requests that the self-report date to the Federal Prison camp at Marion, Illinois be extended to November 28, 2005 at 12:00 noon.

Respectfully submitted,

/s/ Thomas M. Dawson
Thomas M. Dawson
Kansas Bar No. 06599
2300 South Fourth Street
Leavenworth, KS  66048
(913) 682-5331
(913) 682-8363 facsimile
dawsonlaw@aol.com
Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Defendants' Motion to extend report-dater upon Patrick D. Hansen, Assistant United States Attorney, by ECF this 14th day of November 2005.

/s/ Thomas M. Dawson
Thomas M. Dawson, Esq.