E-FILED
Tuesday, 15 November, 2005  03:03:51 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 8, 2005

*Before*

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 05-4113      v.<br><br>SERGIUS A. RINALDI,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 01 CR 30110<br>]<br>] Richard  Mills,<br>]    Judge. |

Upon consideration of the EMERGENCY MOTION FOR RELEASE OF DEFENDANT PENDING APPEAL, filed on November 3, 2005, by counsel for the appellant,

IT IS ORDERED that the motion is DENIED.