**E-FILED**
Wednesday, 23 November, 2005 03:56:53 PM
Clerk, U.S. District Court, ILCD

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

_____Central_____    District of _____Illinois_____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **v.** | |
| SERGIUS A. RINALDI | Case Number: 01-30110-001 |
| | USM Number: 12746-026 |
| | Joel Hirschhorn, Thomas Dawson, Michael Costello |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    1 and 13

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §1341 | Mail Fraud | 9/19/2000 | 1 |
| 18 USC §1518 | Obstruction of Health Care Investigation/Penalty | 7/11/2001 | 13 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)    2 - 12    ☐ is  ☑ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/18/2005
Date of Imposition of Judgment

_Signature of Judge_

A TRUE COPY
ATTEST:
JOHN M WATERS CLERK

BY: s/M. Cooke
     DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 10/25/05

s/Richard Mills
Name and Title of Judge                District Judge

10/18/2005
Date

FILED
NOV 23 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OCT 25 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AO 245B    (Rev. 12/03) Judgment in Criminal Case
        Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: SERGIUS A. RINALDI
CASE NUMBER: 01-30110-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

21 months on each of Counts 1 and 13 to run concurrently

☑ The court makes the following recommendations to the Bureau of Prisons:

1. That defendant be placed in a facility as near to Edwardsville, Illinois as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ● at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☑ before 12 p.m. on  11/17/2005 _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ surrendered on  11/17/2005  to  Federal Prison Camp at Marion, IL , with a certified copy of this judgment.

Randy N. Davis, Warden

By Brad Creel, LTF