E-FILED
Tuesday, 06 December, 2005  01:01:18 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 01-30110 |
| ) | |
| SERGIUS RINALDI, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO WITHDRAW RECORD

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Patrick D. Hansen, moves to withdraw portions of the record, and states:

1.  The defendant has filed a direct appeal with the United States Court of Appeals for the Seventh Circuit. Circuit Rule 11(d) provides that an attorney for a party may withdraw the record during the time allowed for the preparation of a brief on appeal by giving a receipt to the clerk who has physical custody of the record.

2. The government's brief is presently due to the Court of Appeals on January 4, 2006. In order to prepare the government's brief, it is necessary that the government review the transcripts from the sentencing hearing in the record.

3. Accordingly, the government requests that it be allowed to withdraw the transcripts of the sentencing hearing held on October 14, 17 and 18, 2005. The government will promptly return the transcripts to the clerk's office upon completion of the government's brief or upon notice that the United States Court of Appeals for the Seventh Circuit has requested transmittal of the record, whichever is earlier.

WHEREFORE, the government requests that it be allowed to withdraw the sentencing transcripts in the record.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

By:    s/Patrick D. Hansen
    Patrick D. Hansen
    Assistant United States Attorney
    Illinois Bar No. 6187536
    318 South 6th Street
    Springfield, IL 62701
    Telephone: (217) 492-4450
    patrick.hansen@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2005, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

Joel Hirschhorn
Hirschhorn & Bieber
Penthouse One
2600 Douglas Road
Coral Gables, FL 33134

      I hereby certify that on December 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas M Dawson
Michael Costello

                                           s/Patrick D. Hansen
                                           Patrick D. Hansen
                                           Assistant United States Attorney
                                           318 South Sixth Street
                                           Springfield, IL 62701
                                           (217) 492-4450
                                           Fax: (217) 492-4512
                                           patrick.hansen@usdoj.gov