

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br><br>OFFICE OF THE CLERK<br>151 U.S. COURTHOUSE<br>600 EAST MONROE STREET<br>SPRINGFIELD, ILLINOIS 62701 | TEL: 217.492.4020<br>FAX: 217.492.4028 |

December 6, 2005

Patrick D. Hansen
Assistant US Attorney
318 South Sixth Street
Springfield, IL  62701

    RE:    USA V SERGIUS RINALDI
             D. C. Docket No. 01-30110
             U. S. C. A. Docket No.

Dear Mr. Hansen:

    Enclosed please find the Appeal Record for the above captioned case consisting of:

        Other:  THREE (3) Transcripts

    Any trial exhibits in this case will be included in the record on appeal sent to the Court of Appeals with the record.  They may be viewed by any party in the Clerk's Office but are not allowed to be sent to attorneys, in accordance with FRAP, Circuit Rule 11(d).

    If there are any sealed or in camera documents in this case, they will also accompany the record sent to the Court of Appeals.

    Please acknowledge receipt of the record on the enclosed copy of this letter.  **UPON COMPLETION OF REVIEW OF RECORD PLEASE RETURN TO CLERK'S OFFICE ONLY.**

                                             Very truly yours,

                                             JOHN M. WATERS, CLERK


                                           BY:___s/Marleen Cooke_____
                                                Deputy Clerk

Enclosures

This is to acknowledge receipt of Appeal Record on _____, 200 5.

                                           _____