E-FILED
Monday, 12 December, 2005  04:15:58 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

December 6, 2005

Patrick D. Hansen
Assistant US Attorney
318 South Sixth Street
Springfield, IL  62701

    RE:    USA V SERGIUS RINALDI
           D. C. Docket No. 01-30110
           U. S. C. A. Docket No.

Dear Mr. Hansen:

    Enclosed please find the Appeal Record for the above captioned case consisting of:

        Other:  THREE (3) Transcripts

    Any trial exhibits in this case will be included in the record on appeal sent to the Court of Appeals with the record.  They may be viewed by any party in the Clerk's Office but are not allowed to be sent to attorneys, in accordance with FRAP, Circuit Rule 11(d).

    If there are any sealed or in camera documents in this case, they will also accompany the record sent to the Court of Appeals.

    Please acknowledge receipt of the record on the enclosed copy of this letter. **UPON COMPLETION OF REVIEW OF RECORD PLEASE RETURN TO CLERK'S OFFICE ONLY.**

        Very truly yours,

        JOHN M. WATERS, CLERK

        BY:___s/Marleen Cooke_____
            Deputy Clerk

Enclosures

This is to acknowledge receipt of Appeal Record on ___December 6___, 2005.

_Ruth Coleman_