01-30110

**E-FILED**
Monday, 12 December, 2005 04:17:12 PM
Clerk, U.S. District Court, ILCD

Receipt:

This is to acknowledge that the U.S. Attorney's Office has returned the original Appeal Record (transcripts) on _December 8_, 2005.

_____M. Stewart_____
U.S. District Court