E-FILED
Thursday, 16 March, 2006  02:46:11 PM
Clerk, U.S. District Court, ILCD



# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

### CENTRAL DISTRICT OF ILLINOIS

TEL:  217.492.4020
FAX:  217.492.4028

**OFFICE OF THE CLERK**
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN:  ERIC FROST

RE: USA v. SERGIUS RINALDI
D. C. Docket No. 01-30110
U. S. C. A. Docket No. 05-4113

Dear Mr. Agnello:

I am sending you herewith the ORIGINAL  record on appeal. It consists of the following:

THREE (3) Volumes of Pleadings

THREE  (3)  Volumes of Transcript

F0UR (4) Volumes of Exhibits: consisting of two brown accordian files, and two large boxes (sealed)

Other (specify): FOUR (4) Sealed Documents

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:_s/Marleen Cooke_____
    Deputy Clerk

34, APPEAL

# U.S. District Court
## Central District of Illinois (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:01-cr-30110-RM-ALL
### Internal Use Only

Case title: USA v. Rinaldi                                    Date Filed: 11/08/2001

Assigned to: Judge Richard Mills

### **Defendant**

**Sergius A Rinaldi** (1)                    represented by    **Joel Hirschhorn**
*TERMINATED: 10/25/2005*                                      HIRSCHHORN & BIEBER PA
                                                             Penthouse One
                                                             2600 Douglas Road
                                                             Coral Gables, FL 33134
                                                             305-445-5320
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Retained*

                                                             **Joseph S Miller**
                                                             526 E Allen St
                                                             Springfield, IL 62703
                                                             217-525-1297
                                                             Fax: 217-544-8501
                                                             Email: attymill@aol.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Retained*

                                                             **Michael J Costello**
                                                             COSTELLO LAW OFFICE
                                                             1st Floor
                                                             820 S Second St
                                                             Springfield, IL 62704
                                                             US
                                                             217-544-5500
                                                             Fax: 217-544-7500
                                                             Email: costello.M@sbcglobal.net
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Retained*

                                                             **Thomas M Dawson**
                                                             2300 S Fourth St

Leavenworth, KS 66048
913-682-5331
Fax: 913-682-8363
Email: dawsonlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| **18:1341.F FRAUDS AND SWINDLES** - On or about 9/19/00 (Cnt 1), 12/19/00 (Cnt 2), 12/26/00 (Cnt 3), 12/12/99 (Cnt 4), 10/23/00 (Cnt 5), 12/27/99 (Cnt 6), 1/14/99 (Cnt 7), 7/27/98 (Cnt 8), 10/8/99 (Cnt 9), 9/23/99 (Cnt 10) defendant committed mail fraud in violation of 18 USC 1341 (1) | Defendant sentenced to 21 months Imprisonment on each of Counts 1 and 13 to run concurrently; 3 years supervised release on each of Counts 1 and 13 to run concurrently; $200 special assessment, restitution in the amount of $25,844.35 and a fine in the amount of $500,000.00. Counts 2 through 12 dismissed on motion of the government. |
| **18:1347.F HEALTH CARE FRAUD** - from at least August 22, 1996 through on or about July 11, 2001 defendant executed a scheme to defraud health care benefit programs in violation of 18 USC 1347 (11) | Defendant sentenced to 21 months Imprisonment on each of Counts 1 and 13 to run concurrently; 3 years supervised release on each of Counts 1 and 13 to run concurrently; $200 special assessment, restitution in the amount of $25,844.35 and a fine in the amount of $500,000.00. Counts 2 through 12 dismissed on motion of the government. |
| **18:1518.F OBSTRUCT CRIMINAL INVESTIGATIONS OF HEALTH CARE OFFENSES** - Between January 23, 2001 and July 11, 2001 defendant obstructed a health care investigation in violation of 18 USC 1518 (13) | Defendant sentenced to 21 months Imprisonment on each of Counts 1 and 13 to run concurrently; 3 years supervised release on each of Counts 1 and 13 to run concurrently; $200 special assessment, restitution in the amount of $25,844.35 and a fine in the amount of $500,000.00. Counts 2 through 12 dismissed on motion of the government. |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| **18:1341.F FRAUDS AND SWINDLES** - On or about 9/19/00 (Cnt 1), 12/19/00 (Cnt 2), 12/26/00 (Cnt 3), 12/12/99 (Cnt 4), 10/23/00 (Cnt 5), 12/27/99 (Cnt 6), 1/14/99 (Cnt 7), 7/27/98 (Cnt 8), 10/8/99 (Cnt 9), 9/23/99 (Cnt 10) | Defendant sentenced to 21 months Imprisonment on each of Counts 1 and 13 to run concurrently; 3 years supervised release on each of Counts 1 and 13 to run concurrently; $200 special assessment, restitution in the amount of |

defendant committed mail fraud in
violation of 18 USC 1341
(2-10)


18:1001.F STATEMENTS OR
ENTRIES GENERALLY - On or about
November 30, 1998 defendant made
false statements in response to an audit
in violation of 18 USC 1001
(12)

$25,844.35 and a fine in the amount of
$500,000.00. Counts 2 through 12
dismissed on motion of the government.

Defendant sentenced to 21 months
Imprisonment on each of Counts 1 and
13 to run concurrently; 3 years
supervised release on each of Counts 1
and 13 to run concurrently; $200 special
assessment, restitution in the amount of
$25,844.35 and a fine in the amount of
$500,000.00. Counts 2 through 12
dismissed on motion of the government.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Material Witness**

**David Spinner**
*TERMINATED: 10/21/2005*

represented by **Kristin A Alferink**
ILLINOIS ATTORNEY GENERAL
500 S Second St
Springfield, IL 62706
217-782-9029
Fax: 217-782-8767
Email: kalferink@atg.state.il.us
*TERMINATED: 10/21/2005*
*ATTORNEY TO BE NOTICED*

---

**Plaintiff**

**USA**

represented by **John E Childress**
US ATTY
318 S Sixth
Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4512
Email: john.childress@usdoj.gov
*TERMINATED: 12/09/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J Chesley**
US ATTY

318 S Sixth
Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4512
Email: pat.chesley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick D Hansen**
US ATTY
318 S Sixth
Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4512
Email: patrick.hansen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2001 | 1 | INDICTMENT by AUSA Patrick D Hansen. Counts filed against Sergius A Rinaldi (1) count(s) 1-10, 11, 12, 13 (MC, ilcd) (Entered: 11/09/2001) |
| 11/09/2001 | 2 | SUMMONS issued as to Sergius A Rinaldi; arraignment set for 11:30 a.m. on 12/3/01 for Sergius A Rinaldi (MC, ilcd) (Entered: 11/09/2001) |
| 11/21/2001 | 3 | SUMMONS executed upon Sergius A Rinaldi on 11/20/01 (MC, ilcd) (Entered: 11/21/2001) |
| 12/03/2001 |  | MINUTES: before Mag. Judge Byron G. Cudmore. Initial apperance & Arraignment held 12/3/01. AUSA John Childress present on behalf of the Govt. Dft Sergius A Rinaldi present with retained counsel Michael Costello and Joseph Miller. First appearance of Sergius A Rinaldi with counsel present. Dft advised of rights, charges, and penalties. Court finds dft competent. Dft waives reading of the Indictment. Dft Sergius A Rinaldi arraigned; NOT GUILTY pleas entered; Pleas accepted. Final pretrial conference set 1/28/02 at 3:30 p.m.; Jury trial set 2/5/02 at 10:00 a.m. before Judge Richard Mills. Govt moves for dft released on $100,000 O/R Bond. Court allows motion and sets $100,000 O/R Bond for dft Sergius A Rinaldi. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 12/03/2001) |
| 12/03/2001 | 4 | APPEARANCE BOND ( $100,000 O/R) by Sergius A Rinaldi (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 12/04/2001) |
| 12/03/2001 | 5 | ORDER by Mag. Judge Byron G. Cudmore setting conditions of release for Sergius A Rinaldi (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 12/04/2001) |
| 12/03/2001 |  | *** JS-2 First Appearance Code (PR, ilcd) (Entered: 10/04/2005) |
| 12/18/2001 | 6 | MOTION to extend time to file pretrial motions by Sergius A Rinaldi |

| | | (MC, ilcd) (Entered: 12/18/2001) |
|---|---|---|
| 12/20/2001 | 7 | ORDER by Judge Richard Mills granting motion to extend time to file pretrial motions [6-1]. The new deadline to file pretrial motions is 5:00 pm on December 31, 2001. (cc: all counsel) (CT, ilcd) (Entered: 12/20/2001) |
| 12/31/2001 | 8 | MOTION to dismiss case by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 9 | MEMORANDUM by defendant Sergius A Rinaldi in support motion to dismiss case [8-1] (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 10 | MOTION for disclosure of agreements between the government and government's witnesses by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 11 | MEMORANDUM by defendant Sergius A Rinaldi in support motion for disclosure of agreements between the government and government's witnesses [10-1] (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 12 | MOTION to change venue by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 13 | MOTION for production and inspection of evidence and information which may lead to evidence by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 14 | MOTION to produce information favorable to the defense by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 15 | MOTION for a bill of particulars by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 16 | MEMORANDUM by defendant Sergius A Rinaldi in support motion for a bill of particulars [15-1] (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 17 | MEMORANDUM by defendant Sergius A Rinaldi in support motion to change venue [12-1] (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 18 | MOTION for disclosure of Jencks Act Material by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 19 | MEMORANDUM by defendant Sergius A Rinaldi in support motion for disclosure of Jencks Act Material [18-1] (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 20 | MOTION to compel government to specify evidence to be used at trial by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 21 | MOTION for discovery and inspection concerning government's use of informants, operatives and cooperating individuals and for disclosure of exculpatory evidence and notice to the government of exculpatory evidence requested concerning government's use of informants, operatives and cooperating individuals by Sergius A Rinaldi (MC, ilcd) |

| | | |
|---|---|---|
| | | (Entered: 01/02/2002) |
| 12/31/2001 | 22 | MEMORANDUM by defendant Sergius A Rinaldi in support of motion for discovery and inspection concerning government's use of informants, operatives and cooperating individuals [21-1] and motion for disclosure of exculpatory evidence (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 23 | MOTION for release of Brady materials by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 24 | MEMORANDUM by defendant Sergius A Rinaldi in support of motion for release of Brady materials [23-1] (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 25 | MOTION for order to require the prosecution to reveal any agreement, concession or grant immunity by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 26 | MOTION to produce names and addresses of all persons expected to be called as witnesses by the US Government at trial by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 27 | MOTION for discovery by Sergius A Rinaldi (MC, ilcd) (Entered: 01/02/2002) |
| 12/31/2001 | 28 | MEMORANDUM by defendant Sergius A Rinaldi in support of motion for discovery [27-1] (MC, ilcd) (Entered: 01/02/2002) |
| 01/11/2002 | 29 | CONSOLIDATED RESPONSE by plaintiff USA to motions of Sergius Rinaldi (MC, ilcd) (Entered: 01/11/2002) |
| 01/24/2002 | 30 | MOTION to continue trial date by Sergius A Rinaldi (MC, ilcd) (Entered: 01/24/2002) |
| 01/24/2002 | 31 | MOTION to seal the record by Sergius A Rinaldi (MR, ilcd) (Entered: 01/25/2002) |
| 01/25/2002 | | MINUTES: before Judge Richard Mills. Final pretrial conference is reset to 2/25/02 at 11:00 a.m.; Jury trial is reset to 3/5/02 at 10:00 a.m. (cc: all counsel, USPO, USM) (GU, ilcd) (Entered: 01/25/2002) |
| 01/28/2002 | 32 | ORDER by Judge Richard Mills MAKING AN INTEREST OF JUSTICE FINDING granting motion to continue trial date [30-1]. The final pretrial conference scheduled for January 28, 2002 is rescheduled to 11:00 a.m. on February 25, 2002. The trial is rescheduled to 10:00 a.m. on March 5, 2002. (cc: all counsel) (PR, ilcd) Modified on 01/28/2002 (Entered: 01/28/2002) |
| 02/11/2002 | 33 | RESPONSE by plaintiff USA to motion to seal the record [31-1] (MC, ilcd) (Entered: 02/11/2002) |
| 02/13/2002 | 34 | MOTION to continue trial by Sergius A Rinaldi (MC, ilcd) (Entered: 02/14/2002) |
| 02/20/2002 | 35 | ORDER by Judge Richard Mills MAKING AN INTEREST OF JUSTICE FINDING granting motion to continue trial [34-1]. Final |

| | | |
|---|---|---|
| | | pretrial conference reset to March 26, 2002 at 10:30 a.m. Jury trial reset to April 2, 2002 at 10:00 a.m. (cc: all counsel, USPO, USM) (MC, ilcd) Modified on 02/20/2002 (Entered: 02/20/2002) |
| 02/21/2002 | 36 | PLEA Agreement as to Sergius A Rinaldi (GU, ilcd) (Entered: 02/21/2002) |
| 02/26/2002 | | MINUTES: before Judge Richard Mills ;change of plea set before Magistrate Judge Cudmore on 3/5/02 at 2:00 p.m. Final pretrial conference and jury trial canceled. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 02/26/2002) |
| 02/27/2002 | 37 | ORDER by Judge Richard Mills. Final pretrial conference scheduled for 10:30 a.m. on March 26, 2002 and the trial scheduled for April 2, 2002 are cancelled. A change of plea hearing is scheduled for 2:00 p.m. on March 5, 2002 with US Magistrate Judge Byron Cudmore. (cc: all counsel, USPO, USM ) (MC, ilcd) (Entered: 02/27/2002) |
| 03/05/2002 | | MINUTES: before Mag. Judge Byron G. Cudmore Change of plea hearing held 3/5/02. AUSA Patrick Hansen present on behalf of the Govt. Dft Sergius A Rinaldi present with retained counsel Michael Costello and Joseph Miller. Parties acknowledge filing of written consent to proceed with plea before a US Magistrate Judge. Dft sworn and examined by the Court. Oral motion by the dft to seal the change of plea proceedings. Court denies oral motion. Court finds dft competent. Dft advised of right to trial by jury; essential elements of Cts 1 & 13; statutory penalties. Amended Plea Agreement discussed and filed of record. Govt presents factual basis. Sergius A Rinaldi enters guilty pleas to Counts 1 & 13; Pleas accepted. Report and Recommendation to be entered recommending to the District Judge to enter judgment on pleas of guilty. Presentence Investigation Report ordered. Sentencing hearing set 6/24/02 at 4:00 p.m. before Judge Richard Mills. Previous bond to remain in full force and effect. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/05/2002) |
| 03/05/2002 | 38 | Notice Regarding Entry of a Plea and Signed Consent, filed by defendant Sergius A Rinaldi and USA. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/05/2002) |
| 03/05/2002 | 39 | PLEA Agreement as to Sergius A Rinaldi (MR, ilcd) (Entered: 03/05/2002) |
| 03/05/2002 | 40 | Report and Recommendation by Mag. Judge Byron G. Cudmore Concerning Plea of Guilty by defendant Sergius A Rinaldi to Counts 1 & 13. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/05/2002) |
| 03/05/2002 | 41 | ORDER on Implementation of Sentencing Guidelines by Mag. Judge Byron G. Cudmore (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/05/2002) |
| 03/07/2002 | | MINUTES: before Judge Richard Mills. Sentencing set for Monday, June 24, 2002 at 4:00 p.m. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 03/07/2002) |

| | | |
|---|---|---|
| 03/25/2002 | 42 | Acceptance of Plea of Guilty, Adjudication of Guilt, and Notice of Sentencing by Judge Richard Mills. Sentencing hearing set for 4:00 p.m. 6/24/02 for Sergius A Rinaldi . (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 03/25/2002) |
| 03/25/2002 | | Docket Modification (Utility Event) finding the motion to seal the record [31-1] moot., finding the motion for discovery [27-1] moot., finding the motion to produce names and addresses of all persons expected to be called as witnesses by the US Government at trial [26-1] moot., finding the motion for order to require the prosecution to reveal any agreement, concession or grant immunity [25-1] moot., finding the motion for release of Brady materials [23-1] moot., finding the motion for discovery and inspection concerning government's use of informants, operatives and cooperating individuals [21-1] moot., finding the motion for disclosure of exculpatory evidence [21-2] moot., finding the motion to compel government to specify evidence to be used at trial [20-1] moot., finding the motion for disclosure of Jencks Act Material [18-1] moot., finding the motion for a bill of particulars [15-1] moot., finding the motion to produce information favorable to the defense [14-1] moot., finding the motion for production and inspection of evidence and information which may lead to evidence [13-1] moot., finding the motion to change venue [12-1] moot., finding the motion for disclosure of agreements between the government and government's witnesses [10-1] moot., finding the motion to dismiss case [8-1] moot. SEE 3/25/02 ACCEPTANCE OF GUILTY PLEA (d/e 42) (MC, ilcd) (Entered: 03/25/2002) |
| 05/10/2002 | | MINUTES: before Judge Richard Mills sentencing hearing reset to August 19, 2002 at 3:00 p.m. for Defendant Rinaldi (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 05/10/2002) |
| 05/10/2002 | 43 | ORDER by Judge Richard Mills; sentencing hearing reset to August 19, 2002 at 3:00 p.m. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 05/10/2002) |
| 05/20/2002 | 44 | TRANSCRIPT of 3/5/02 change of plea of Sergius Rinaldi (MC, ilcd) (Entered: 05/21/2002) |
| 07/16/2002 | 45 | MOTION to continue sentencing by USA as to Sergius A Rinaldi (MC, ilcd) (Entered: 07/17/2002) |
| 07/18/2002 | 46 | ORDER by Judge Richard Mills granting motion to continue sentencing [45-1]. Sentencing hearing reset for 10:00 a.m. on November 4, 2002. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 07/18/2002) |
| 09/13/2002 | 47 | MOTION to continue sentencing by Sergius A Rinaldi (GU, ilcd) (Entered: 09/13/2002) |
| 09/13/2002 | 48 | SUBPOENA by defendant Sergius A Rinaldi issued to Office of Comptroller, State of Illinois (MR, ilcd) (Entered: 09/13/2002) |
| 09/16/2002 | 49 | RESPONSE by plaintiff USA to motion to continue sentencing [47-1] (MC, ilcd) (Entered: 09/16/2002) |

| | | |
|---|---|---|
| 09/17/2002 | | MINUTES: before Judge Richard Mills. Defendant's Motion to Continue Sentencing [47-1] is ALLOWED. The November 4, 2002, sentencing hearing is CANCELLED. The hearing is rescheduled for January 6, 2003 at 2:30 p.m. (cc: counsel, USM, USPO) (MR, ilcd) (Entered: 09/17/2002) |
| 09/24/2002 | 50 | RETURN OF SERVICE of subpoena executed on 9/24/02 upon The Office of Comptroller (MR, ilcd) Modified on 09/26/2002 (Entered: 09/25/2002) |
| 11/14/2002 | | MINUTES: before Judge Richard Mills. Sentencing hearing reset to January 27, 2003 at 10:00 a.m. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 11/14/2002) |
| 11/22/2002 | 51 | APPEARANCE of Attorney for Sergius A Rinaldi by Thomas M Dawson (MC, ilcd) (Entered: 11/25/2002) |
| 11/22/2002 | 52 | MOTION to continue sentencing by Sergius A Rinaldi (MC, ilcd) (Entered: 11/25/2002) |
| 11/27/2002 | 53 | RESPONSE by plaintiff USA to motion to continue sentencing [52-1] (MC, ilcd) (Entered: 11/27/2002) |
| 12/03/2002 | 54 | REPLY by defendant Sergius A Rinaldi to government's response to defendant's motion to continue sentencing [53-1] (MC, ilcd) (Entered: 12/03/2002) |
| 12/04/2002 | | MINUTES: before Judge Richard Mills; sentencing hearing reset for Monday, March 31, 2003 at 10:00 a.m. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 12/04/2002) |
| 12/04/2002 | 55 | ORDER by Judge Richard Mills granting motion to continue sentencing [52-1]. The sentencing hearing currently scheduled for Monday, January 27, 2003 is rescheduled to 10:00 a.m. on March 31, 2003. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 12/04/2002) |
| 01/03/2003 | 56 | SUBPOENA by defendant Sergius A Rinaldi issued IDCFS (MC, ilcd) Modified on 01/06/2003 (Entered: 01/06/2003) |
| 01/03/2003 | 57 | SUBPOENA issued to IDPA (MC, ilcd) (Entered: 01/06/2003) |
| 01/08/2003 | 58 | SUBPOENA by defendant Sergius A Rinaldi issued to Delta Dental Plan of Illinois returned executed (MC, ilcd) (Entered: 01/08/2003) |
| 01/17/2003 | 59 | MOTION to quash by Respondent in Discovery IDCFS (MC, ilcd) (Entered: 01/17/2003) |
| 01/17/2003 | 60 | MEMORANDUM in support of IDCFS' motion to quash [59-1] (MC, ilcd) (Entered: 01/17/2003) |
| 01/29/2003 | 61 | MOTION to withdraw plea by Sergius A Rinaldi (MC, ilcd) (Entered: 01/29/2003) |
| 02/11/2003 | | MINUTES: before Judge Richard Mills. This cause is before the Court on a Motion to Quash filed by the Illinois Department of Children and Family Services. The Court has not received a response to this motion. |

| | | Defendant is directed to file a response by February 24, 2003. (cc: all counsel) (MC, ilcd) (Entered: 02/11/2003) |
|---|---|---|
| 02/11/2003 | 62 | RESPONSE by defendant Sergius A Rinaldi to motion to quash [59-1] (MC, ilcd) (Entered: 02/11/2003) |
| 02/11/2003 | 63 | MEMORANDUM by defendant Sergius A Rinaldi in support of response to motion to quash [62-1] (MC, ilcd) (Entered: 02/11/2003) |
| 02/14/2003 | | MINUTES: before Judge Richard Mills. This cause is before the Court on a Motion to Withdraw Guilty Plea filed by Defendant. The Court has not received a response to this motion. The Government is directed to file a response by February 24, 2003. (cc: all counsel) (MC, ilcd) (Entered: 02/14/2003) |
| 02/14/2003 | 64 | RESPONSE by plaintiff USA to motion to quash [59-1] (MC, ilcd) (Entered: 02/14/2003) |
| 02/14/2003 | 65 | RESPONSE by plaintiff USA to motion to withdraw plea [61-1] (MC, ilcd) (Entered: 02/14/2003) |
| 02/26/2003 | 66 | MOTION to supplement government's response to motion to withdraw plea by USA as to Sergius A Rinaldi (MR, ilcd) (Entered: 02/26/2003) |
| 02/27/2003 | 67 | OPINION by Judge Richard Mills denying motion to withdraw plea [61-1], granting motion to supplement government's response to motion to withdraw plea [66-1] (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 02/27/2003) |
| 03/05/2003 | | MINUTES: before Judge Richard Mills. Defendant's sentencing hearing is currently scheduled for 10:00 a.m. on March 31, 2003. Probation has indicated it needs additional time to prepare and disclose the presentence investigation report. Accordingly, the hearing is rescheduled for 10:00 a.m. on May 12, 2003. (cc: all counsel) (MC, ilcd) (Entered: 03/05/2003) |
| 03/05/2003 | 68 | ORDER by Judge Richard Mills denying motion to quash [59-1] filed by the Department of Children and Family Services. The addresses and phone numbers may only be used for the purpose requested. Once contact has been made, defendant is directed to destroy the confidential records in order to prevent communication of them to anyone not authorized by the Court (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 03/05/2003) |
| 03/19/2003 | 69 | MOTION for reconsideration of order denying motion to withdraw plea of guilty by Sergius A Rinaldi (GU, ilcd) (Entered: 03/19/2003) |
| 03/24/2003 | 70 | RESPONSE by plaintiff USA to motion for reconsideration of order denying motion to withdraw plea of guilty [69-1] (MC, ilcd) (Entered: 03/24/2003) |
| 04/10/2003 | 71 | ORDER by Judge Richard Mills. Psychiatric or psychological examination ordered for Sergius A Rinaldi. Sentencing hearing scheduled for 5/12/03 is vacated. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 04/10/2003) |

| 04/14/2003 | 72 | MOTION to modify Court order o April 10, 2003 by Sergius A Rinaldi (GU, ilcd) (Entered: 04/14/2003) |
|---|---|---|
| 04/17/2003 | 73 | MOTION to extend time to file objections to pre-sentence report to probation officer and to extend time to file defendant's commentaries to pre-sentence report by Sergius A Rinaldi (GU, ilcd) (Entered: 04/17/2003) |
| 04/24/2003 | | ENDORSED Order granting motion to extend time to file objections to pre-sentence report to probation officer [73-1], granting motion to extend time to file defendant's commentaries to pre-sentence report [73-2] by Judge Richard Mills (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 05/01/2003) |
| 04/28/2003 | 75 | RESPONSE by plaintiff USA to motion to modify Court order o April 10, 2003 [72-1] (MC, ilcd) (Entered: 04/29/2003) |
| 04/29/2003 | 74 | MOTION to stay , or to vacate order of United States Marshal by Sergius A Rinaldi (MC, ilcd) (Entered: 04/29/2003) |
| 05/01/2003 | 76 | ORDER by Judge Richard Mills denying motion to modify Court order of April 10, 2003 [72-1]. The Government's response (d/e 75) satisfies the motion required by Rule 12.2(c)(1)(B), to the extent such a motion is necessary under these facts. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 05/01/2003) |
| 05/01/2003 | 77 | ORDER by Judge Richard Mills. The Clerk of the Court received a telephone call from Dr. Holton reportedly seeking clarification of the Court's April 10, 2003 order. The message was forwarded to the Court. Dr. Holton should seek clarification of the Order through the Department of Justice. (cc: all counsel, fax to 507-837-4547 ) (MC, ilcd) (Entered: 05/01/2003) |
| 05/05/2003 | 78 | NOTICE of Appeal to Circuit Court by defendant Sergius A Rinaldi [71-3] of April 10, 2003 order committing Defendant Rinaldi to the custody of the Attorney General (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 05/05/2003) |
| 05/05/2003 | 80 | SHORT RECORD ON APPEAL sent to USCA (MC, ilcd) (Entered: 05/05/2003) |
| 05/05/2003 | 81 | RECEIVED fee from Sergius A Rinaldi re [78-1] in amount of $ 105 ( Receipt # 3402) (MC, ilcd) (Entered: 05/05/2003) |
| 05/05/2003 | 79 | MOTION to stay psychiatric evaluation by Sergius A Rinaldi (MT, ilcd) (Entered: 05/06/2003) |
| 05/07/2003 | 82 | NOTICE of Filing letter from Robert E Chapman M.D., SC by defendant Sergius A Rinaldi regarding examination of defendant (MR, ilcd) Modified on 05/08/2003 (Entered: 05/07/2003) |
| 05/08/2003 | 83 | RESPONSE by plaintiff USA to motion to stay psychiatric evaluation [79-1] (MC, ilcd) Modified on 05/08/2003 (Entered: 05/08/2003) |

| | | |
|---|---|---|
| 05/08/2003 | 84 | ORDER by Judge Richard Mills finding the motion to vacate [74-2] moot and granting motion to stay psychiatric evaluation [74-1] [79-1] (cc: all counsel, USPO, USM, USCA) (MC, ilcd) Modified on 05/08/2003 (Entered: 05/08/2003) |
| 05/12/2003 | 84 | Notification by USCA of Appellate Docket Number 03-2241 (MC, ilcd) (Entered: 05/12/2003) |
| 05/22/2003 | 85 | SEALED document by plaintiff USA (MC, ilcd) (Entered: 06/17/2003) |
| 06/12/2003 | 86 | MOTION to strike filing by USA as to Sergius A Rinaldi (MC, ilcd) (Entered: 06/12/2003) |
| 06/17/2003 | 87 | SEALED document (MC, ilcd) (Entered: 06/17/2003) |
| 06/18/2003 | 88 | RESPONSE by defendant Sergius A Rinaldi to motion to strike filing [86-1] (MC, ilcd) (Entered: 06/18/2003) |
| 06/30/2003 | 89 | EX PARTE RESPONSE by plaintiff USA to Court's Order [87-1] (sealed) (MC, ilcd) (Entered: 06/30/2003) |
| 07/09/2003 | 90 | SEALED ORDER (GU, ilcd) (Entered: 07/09/2003) |
| 08/26/2003 | 91 | NOTICE of oral argument and request for record (MC, ilcd) (Entered: 08/27/2003) |
| 08/27/2003 | | CLERK'S RECORD on appeal transmitted to USCA. One (1) volume of pleadings, one (1) transcript and four (4) sealed documents (MC, ilcd) (Entered: 08/27/2003) |
| 09/04/2003 | 92 | RECEIPT for record on appeal as to defendant Sergius A Rinaldi by the Court of Appeals consisting of one volume of pleadings, one transcript and four sealed documents (MC, ilcd) (Entered: 09/05/2003) |
| 12/17/2003 | 93 | MOTION to supplement response to defendant's motion to reconsider by USA as to Sergius A Rinaldi (MC, ilcd) (Entered: 12/17/2003) |
| 12/29/2003 | 94 | MANDATE from Circuit Court of Appeals reversing and remanding the matter back to the District Court regarding Appeal [78-1] (MC, ilcd) (Entered: 12/29/2003) |
| 01/06/2004 | 95 | ORDER by Judge Richard Mills. Defendant is given until January 12, 2004 to inform the Court whether he consents to an outpatient examination. Defendant must submit his decision in writing and it must be signed by both Defendant and his counsel of record. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 01/06/2004) |
| 01/08/2004 | 96 | STIPULATION - CONSENT TO OUTPATIENT EXAMINATION signed by Defendant Rinaldi, Attorney Costello and Attorney Dawson (MC, ilcd) (Entered: 01/08/2004) |
| 01/14/2004 | 97 | Government's suggestions regarding additional evaluation (MC, ilcd) (Entered: 01/14/2004) |
| 01/14/2004 | 98 | Suggestions for Examination Procedure filed by Defendant Rinaldi (MC, |

| | | ilcd) (Entered: 01/16/2004) |
|---|---|---|
| 01/15/2004 | | MINUTES: before Judge Richard Mills. Defendant is ordered to reply to the Government's response (d/e 97) by January 26, 2004. (cc: all counsel) (MC, ilcd) (Entered: 01/15/2004) |
| 01/26/2004 | 99 | NOTICE by defendant Sergius A Rinaldi of schedule of Thomas Dawson (MC, ilcd) (Entered: 01/26/2004) |
| 01/26/2004 | 100 | RESPONSE by defendant Sergius A Rinaldi to government's suggestions on mental examination [97-1] (MC, ilcd) (Entered: 01/26/2004) |
| 01/26/2004 | 101 | MOTION for order to seal Exhibit A of Defendant's response to government suggestions by Sergius A Rinaldi (MC, ilcd) (Entered: 01/26/2004) |
| 02/25/2004 | 102 | REPLY by defendant Sergius A Rinaldi to government's response to motion to reconsider order [93-1] (MC, ilcd) (Entered: 02/25/2004) |
| 03/11/2004 | 103 | ORDER by Judge Richard Mills. Dr. Sue Moriearty is appointed to perform a psychological evaluation of the defendant. Dr. Moriearty will submit her written conclusions to the Court by April 30, 2004. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 03/11/2004) |
| 03/25/2004 | 104 | RESPONSE by plaintiff USA to motion for order to seal Exhibit A of Defendant's response to government suggestions [101-1] (MC, ilcd) (Entered: 03/25/2004) |
| 03/30/2004 | 105 | MOTION for order to appoint new expert and restrict communciation from defense counsel by USA as to Sergius A Rinaldi (MC, ilcd) (Entered: 03/31/2004) |
| 03/31/2004 | 106 | ORDER by Judge Richard Mills finding the motion to strike filing [86-1] moot, finding the motion to supplement response to defendant's motion to reconsider [93-1] moot, denying motion for order to seal Exhibit A of Defendant's response to government suggestions [101-1] (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 03/31/2004) |
| 04/07/2004 | 107 | MOTION for order for appointment of additional expert by USA (CT, ilcd) (Entered: 04/07/2004) |
| 04/07/2004 | 108 | RESPONSE by defendant Sergius A Rinaldi to motion for order to appoint new expert and restrict communciation from defense counsel [105-1] (BR, ilcd) (Entered: 04/07/2004) |
| 04/14/2004 | 109 | RESPONSE by defendant Sergius A Rinaldi to motion for order for appointment of additional expert [107-1] (MC, ilcd) (Entered: 04/14/2004) |
| 04/15/2004 | 110 | ORDER by Judge Richard Mills. The government's motion to appoint new expert and restrict communication from defense counsel [105-1] is allowed in part and denied in part. The Government's motion is allowed as to its request to apoint a new expert at its expense. The motion is denied as to its request to restrict communcation from defense counsel to |

| | | the Court's expert. The Government's motion to appoint Dr. Phillip E. Bornstein as an additional expert (doc. 107) is allowed. The Defendant is ordered to submit to and cooperate with an examination during the week of May 17, 2004 or other appropriate time, but Dr. Bornstein and anyone designated to him to assist in his evaluation of the Defendant. (cc: all counsel, USPO, USM, Dr. Moriearty) (MC, ilcd) (Entered: 04/15/2004) |
|---|---|---|
| 06/02/2004 | 111 | Psychiatric Evaluation report received for Sergius A Rinaldi. ORDERED SEALED. (MC, ilcd) (Entered: 06/02/2004) |
| 06/11/2004 | 112 | MOTION for order for permission to issue subpoena by Sergius A Rinaldi (BR, ilcd) (Entered: 06/11/2004) |
| 06/11/2004 | 113 | MEMORANDUM by defendant Sergius A Rinaldi in support motion for order for permission to issue subpoena [112-1] (BR, ilcd) (Entered: 06/11/2004) |
| 06/21/2004 | 114 | RESPONSE by plaintiff USA to motion for order for permission to issue subpoena [112-1] (MR, ilcd) (Entered: 06/22/2004) |
| 06/28/2004 | 115 | MOTION for leave to file reply by Sergius A Rinaldi (MC, ilcd) (Entered: 06/28/2004) |
| 06/29/2004 | 116 | ORDER by Judge Richard Mills granting motion for leave to file reply [115-1]. The Defendant will file his reply on or before 7/2/04. Should the State of Illinois file any pleadings with respect to the request for a subpoena the Defendant will be given 10 days from the filing to submit responsive pleadings. (cc: all counsel) (MR, ilcd) (Entered: 06/29/2004) |
| 07/02/2004 | ●117 | REPLY TO RESPONSE to Motion for permission to issue subpoena by Sergius A Rinaldi (MC, ilcd) (Entered: 07/02/2004) |
| 07/09/2004 | ●118 | MOTION for Disclosure of records by Sergius A Rinaldi. (MC, ilcd) (Entered: 07/09/2004) |
| 07/12/2004 | ●119 | ORDER Ergo, the Defendant's unopposed motion for disclosure of records [d/e 118]is ALLOWED. The Court finds that all experts in this matter should have the documents requested available for review and ORDERS that United States Probation Officer Kevin Kelly provide to defense counsel the same information Mr. Kelly has provided to Dr. Moriearty. The clerk will forward a copy of this Order to the United States Probation Office. Signed by Judge Richard Mills on July 12, 2004. (JRO, ilcd) (Entered: 07/12/2004) |
| 07/12/2004 | ●120 | SUPPLEMENT TO DEFENDANT'S REPLY TO Government Response to Motion to Issue (Entered: 07/13/2004) |
| 07/16/2004 | ●121 | RESPONSE to Motion by USA as to Sergius A Rinaldi re [93] Motion to Reconsider (MC, ilcd) (Entered: 07/16/2004) |
| 07/26/2004 | ●122 | MOTION for Leave to File reply by Sergius A Rinaldi. (MC, ilcd) (Entered: 07/26/2004) |
| 07/26/2004 | ●123 | NOTICE of filing Cognitive Assessment for Dementia by Sergius A |

|  |  | Rinaldi (MC, ilcd) (Entered: 07/26/2004) |
|---|---|---|
| 07/26/2004 | 124 | Cognitive assessment for dementia report filed by Sergius A Rinaldi (MC, ilcd) (Entered: 07/26/2004) |
| 08/05/2004 | 125 | NOTICE of filing of report of examination of Sergius A Rinaldi filed by USA (MC, ilcd) (Entered: 08/10/2004) |
| 08/24/2004 | 126 | ORDER granting [122] Motion for Leave to File as to Sergius A Rinaldi (1). Reply due ten days from date of entry of this order. Entered by Judge Richard Mills on 8/24/04. (MC, ilcd) (Entered: 08/24/2004) |
| 08/27/2004 | 127 | REPLY TO Government's Supplemental RESPONSE to Motion by Sergius A Rinaldi re [69] Motion for Reconsideration (MR, ilcd) (Entered: 08/27/2004) |
| 09/08/2004 | 128 | NOTICE of service of documents on the Illinois Department of Public Aid by Sergius A Rinaldi (MC, ilcd) (Entered: 09/08/2004) |
| 12/09/2004 | 129 | ORDER denying [69] Motion for Reconsideration as to Sergius A Rinaldi (1). Sentencing set for April 25, 2005 at 2:30 p.m. Entered by Judge Richard Mills on 12/8/04. (MC, ilcd) (Entered: 12/09/2004) |
| 12/09/2004 | ~~●~~ | ~~Attorney update in case as to Sergius A Rinaldi. Attorney John E~~ Childress terminated. (MC, ilcd) (Entered: 12/09/2004) |
| 12/09/2004 | ● | Set/Reset Deadlines/Hearings as to Sergius A Rinaldi : Sentencing set for 4/25/2005 at 02:30 PM in Courtroom 2 before Judge Richard Mills. (MC, ilcd) (Entered: 12/09/2004) |
| 12/09/2004 | 130 | ORDER granting [112] Motion to issue subpoena as to Sergius A Rinaldi (1). Entered by Judge Richard Mills on 12/8/04. (MC, ilcd) (Entered: 12/09/2004) |
| 01/14/2005 | 131 | NOTICE by Sergius A Rinaldi (Attachments: # 1 Exhibit Subpoena) (Costello, Michael) (Entered: 01/14/2005) |
| 01/21/2005 | 132 | MOTION to Quash by IL Department of Public Aid as to Sergius A Rinaldi. (Attachments: # 1 Exhibit A# 2 Atty Appearance by Kristin Krsek)(MR, ilcd) (Entered: 01/24/2005) |
| 02/01/2005 | 133 | RESPONSE to Motion by Sergius A Rinaldi re 132 MOTION to Quash (Dawson, Thomas) (Entered: 02/01/2005) |
| 02/03/2005 | 134 | ORDER denying 132 Motion to Quash as to Sergius A Rinaldi (1). Entered by Judge Richard Mills on 2/2/2005. (CT, ilcd) (Entered: 02/03/2005) |
| 02/24/2005 | 135 | MOTION to Continue subpoena filed by the Illinois Department of Public Aid re:Sergius A Rinaldi. (MC, ilcd) (Entered: 02/25/2005) |
| 03/04/2005 | 136 | ORDER granting 135 Motion to Continue as to Sergius A Rinaldi (1). Entered by Judge Richard Mills on 3/3/05. (copy sent to Attorney General) (MC, ilcd) (Entered: 03/04/2005) |
|  | ● |  |

| | | |
|---|---|---|
| 03/04/2005 | | Set/Reset Deadlines/Hearings as to Sergius A Rinaldi: Sentencing reset for 6/6/2005 at 02:30 PM in Courtroom 2 before Judge Richard Mills. (MC, iled) (Entered: 03/04/2005) |
| 05/13/2005 | 137 | MOTION for Scheduling Order by USA as to Sergius A Rinaldi. (Hansen, Patrick) (Entered: 05/13/2005) |
| 05/18/2005 | 138 | MOTION to Continue *Sentencing* by Sergius A Rinaldi. (Attachments: # 1 Exhibit)(Dawson, Thomas) (Entered: 05/18/2005) |
| 05/18/2005 | 139 | MOTION for Leave to File *attachments* by Sergius A Rinaldi. (Dawson, Thomas) (Entered: 05/18/2005) |
| 05/18/2005 | 140 | RESPONSE to Motion by Sergius A Rinaldi re 137 MOTION for Scheduling Order (Dawson, Thomas) (Entered: 05/18/2005) |
| 05/19/2005 | 141 | ORDER granting 139 Motion for Leave to File conventionally attachments to his motion to continue as to Sergius A Rinaldi (1). Entered by Judge Richard Mills on 5/19/05. (MC, ilcd) (Entered: 05/19/2005) |
| 05/23/2005 | 142 | RESPONSE to Motion by USA as to Sergius A Rinaldi re 138 MOTION to Continue *Sentencing* (Hansen, Patrick) (Entered: 05/23/2005) |
| 05/25/2005 | 143 | REPLY TO RESPONSE to Motion by Sergius A Rinaldi re 138 MOTION to Continue *Sentencing* (Dawson, Thomas) (Entered: 05/25/2005) |
| 05/26/2005 | 144 | ORDER granting 137 Motion for scheduling order; (1); granting 138 Motion to Continue Sentencing as to Sergius A Rinaldi (1). Entered by Judge Richard Mills on 5/25/05. (MC, ilcd) (Entered: 05/26/2005) |
| 05/26/2005 | | Set/Reset Deadlines/Hearings as to Sergius A Rinaldi: Sentencing set for 9/7/2005 at 01:30 PM in Courtroom 2 before Judge Richard Mills. (MC, ilcd) (Entered: 05/26/2005) |
| 07/27/2005 | 145 | MOTION to Continue by Sergius A Rinaldi. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit)(Costello, Michael) (Entered: 07/27/2005) |
| 08/02/2005 | 146 | RESPONSE to Motion by USA as to Sergius A Rinaldi re 145 MOTION to Continue (Hansen, Patrick) (Entered: 08/02/2005) |
| 08/03/2005 | 147 | REPLY TO RESPONSE to Motion by Sergius A Rinaldi re 145 MOTION to Continue (Dawson, Thomas) (Entered: 08/03/2005) |
| 08/10/2005 | 148 | ORDER granting 145 Motion to Continue sentencing hearing as to Sergius A Rinaldi (1). Entered by Judge Richard Mills on 8/10/05. (MC, ilcd) (Entered: 08/10/2005) |
| 08/10/2005 | | Set/Reset Deadlines/Hearings as to Sergius A Rinaldi: Sentencing set for 9/15/2005 at 01:30 PM in Courtroom 2 before Judge Richard Mills. (MC, ilcd) (Entered: 08/10/2005) |
| 08/23/2005 | 149 | MOTION for Reconsideration by Sergius A Rinaldi. (Dawson, Thomas) |

| | | |
|---|---|---|
| | | (Entered: 08/23/2005) |
| 08/23/2005 | ●150 | MEMORANDUM *In Support of Motion To Reconsider* by Sergius A Rinaldi re 149 MOTION for Reconsideration filed by Sergius A Rinaldi, (Attachments: # 1)(Dawson, Thomas) (Entered: 08/23/2005) |
| 08/23/2005 | ●151 | MOTION for Leave to File *Attachments to Memorandum Conventionally* by Sergius A Rinaldi. (Dawson, Thomas) (Entered: 08/23/2005) |
| 08/29/2005 | ●152 | Subpoena by Sergius A Rinaldi for Ronald Zee returned executed 8/24/05 (MC, ilcd) (Entered: 08/29/2005) |
| 08/30/2005 | ● | TEXT ORDER: The Defendant's sentencing hearing is hereby RESCHEDULED forSeptember 15, 2005 at 10:00 a.m. The Defendant's motion for leave toconventionally file attachments to his memorandum [d/e 151] isALLOWED.Entered by Judge Richard Mills on 8/30/05. (MC, ilcd) (Entered: 08/30/2005) |
| 08/30/2005 | | *** Motions terminated as to Sergius A Rinaldi: 151 MOTION for Leave to File *Attachments to Memorandum Conventionally* filed by Sergius A Rinaldi,. (MC, ilcd) (Entered: 08/30/2005) |
| 08/30/2005 | ● | Remark: Attachments to Memorandum which were allowed to be filed conventionally (see text order 8/30/05) placed in file. (MC, ilcd) (Entered: 08/30/2005) |
| 09/01/2005 | ●153 | MOTION for Leave to File *Exhibits Conventionally and Under Seal* by USA as to Sergius A Rinaldi. (Hansen, Patrick) (Entered: 09/01/2005) |
| 09/01/2005 | ●154 | POSITION by USA as to Sergius A Rinaldi regarding Sentencing Witness and Exhibit List. (Hansen, Patrick) (Entered: 09/01/2005) |
| 09/01/2005 | ●155 | SENTENCING MEMORANDUM by Sergius A Rinaldi (Attachments: # 1 Exhibit Athey opinion# 2 Exhibit Chapman report# 3 Exhibit attachment to Chapman report pt 1# 4 Exhibit Chapman Attachment pt 2# 5)(Dawson, Thomas) (Entered: 09/01/2005) |
| 09/01/2005 | ●156 | SENTENCING MEMORANDUM by USA as to Sergius A Rinaldi (Hansen, Patrick) (Entered: 09/01/2005) |
| 09/02/2005 | ●157 | RESPONSE to Motion by USA as to Sergius A Rinaldi re 149 MOTION for Reconsideration (MC, ilcd) (Entered: 09/02/2005) |
| 09/07/2005 | ●158 | OPINIONgranting 153 Motion for Leave to File Exhibits conventionally and under seal as to Sergius A Rinaldi (1). Entered by Judge Richard Mills on 9/6/05. (MC, ilcd) (Entered: 09/07/2005) |
| 09/07/2005 | ●159 | Exhibits by USA as to Sergius A Rinaldi filed conventionally and under seal and placed in vault. (MC, ilcd) (Entered: 09/07/2005) |
| 09/08/2005 | ●160 | Response by USA as to Sergius A Rinaldi *'s Sentencing Memorandum* (Hansen, Patrick) (Entered: 09/08/2005) |
| 09/08/2005 | ●163 | MOTION for Leave to Appear PRO HAC VICE Attorney: JOEL HIRSCHHORN. by Sergius A Rinaldi. (MC, ilcd) (Entered: 09/12/2005) |

| | | |
|---|---|---|
| 09/09/2005 | 161 | Third MOTION to Continue *Sentencing Hearing* by Sergius A Rinaldi. (Costello, Michael) (Entered: 09/09/2005) |
| 09/09/2005 | 162 | ORDER re: how sentencing hearing is to be conducted as to Sergius A Rinaldi . Entered by Judge Richard Mills on 9/9/05. (MC, ilcd) (Entered: 09/09/2005) |
| 09/12/2005 | | Minute Entry for proceedings held before Judge Richard Mills :Status Conference as to Sergius A Rinaldi held on 9/12/2005. AUSA Hansen and AUSA Chesley present on behalf of government. Defendant present with Attorney Costello. Emergency motion to continue filed by defendant discussed. Arguments of counsel heard. Government does not object to a short continuance. Discussion held re: Attorney Hirschhorn. Sentencing reset for October 13 at 10:00 a.m. (Court Reporter Capitol.) (MC, ilcd) (Entered: 09/15/2005) |
| 09/13/2005 | 164 | OPINION: The Defendant's third motion to continue the sentencing hearing[d/e 161] is ALLOWED. The sentencing hearing will commence on October14, 2005 at 10:00 a.m. If an additional day is needed, the sentencinghearing will resume on October 17, 2005 at 10:00 a.m. The motion ofattorney Joel Hirschhorn for leave to appear before this Court pro hac vice[d/e 163] is ALLOWED, contingent upon Mr. Hirschhorn filing his entryof appearance as counsel. Entered by Judge Richard Mills on 9/15/05. (MC, ilcd) (Entered: 09/15/2005) |
| 09/15/2005 | | Set/Reset Deadlines/Hearings as to Sergius A Rinaldi: Sentencing set for 10/14/2005 at 10:00 AM in Courtroom 3 before Judge Richard Mills. (MC, ilcd) (Entered: 09/15/2005) |
| 09/15/2005 | 165 | NOTICE OF ATTORNEY APPEARANCE Patrick J Chesley appearing for USA. (Chesley, Patrick) (Entered: 09/15/2005) |
| 09/19/2005 | 166 | NOTICE OF ATTORNEY APPEARANCE: Joel Hirschhorn appearing for Sergius A Rinaldi (MC, ilcd) (Entered: 09/19/2005) |
| 09/20/2005 | 167 | Subpoena by Sergius A Rinaldi for David Spinner. (MC, ilcd) (Entered: 09/20/2005) |
| 09/20/2005 | 168 | Subpoena returned executed by Sergius A Rinaldi for David Spinner. (MC, ilcd) (Entered: 09/20/2005) |
| 09/20/2005 | 169 | Subpoena by Sergius A Rinaldi for Mary Havener. (MC, ilcd) (Entered: 09/20/2005) |
| 09/20/2005 | 170 | Subpoena returned executed by Sergius A Rinaldi for Mary Havener. (MC, ilcd) (Entered: 09/20/2005) |
| 09/26/2005 | | *** Motions terminated as to Sergius A Rinaldi: 149 MOTION for Reconsideration filed by Sergius A Rinaldi denied in 9/7/05 opinion (d/e 158) (MC, ilcd) (Entered: 09/26/2005) |
| 09/29/2005 | 171 | *** WITNESS LIST by Sergius A Rinaldi (Costello, Michael) (Entered: 09/29/2005) |

| | | |
|---|---|---|
| 09/30/2005 | ❶172 | Response by Sergius A Rinaldi re 156 Sentencing Memorandum (Attachments: # 1 Exhibit)(Dawson, Thomas) (Entered: 09/30/2005) |
| 10/05/2005 | ❶173 | Subpoena by Sergius A Rinaldi for David Spinner service returned. (CT, ilcd) (Entered: 10/05/2005) |
| 10/06/2005 | ❶174 | MOTION to Seal by Sergius A Rinaldi. (Costello, Michael) (Entered: 10/06/2005) |
| 10/07/2005 | ❶175 | RESPONSE to Motion by USA as to Sergius A Rinaldi re 174 MOTION to Seal (Hansen, Patrick) (Entered: 10/07/2005) |
| 10/07/2005 | ❶176 | MOTION to Exclude *Additional Witnesses and Documents* by USA as to Sergius A Rinaldi. (Hansen, Patrick) (Entered: 10/07/2005) |
| 10/10/2005 | ❶177 | RESPONSE to Motion by Sergius A Rinaldi re 176 MOTION to Exclude *Additional Witnesses and Documents* (Dawson, Thomas) (Entered: 10/10/2005) |
| 10/11/2005 | ❶ | TEXT ORDER: For good cause shown, the Defendant's motion for an Order sealing the documents filed as Exhibit 10 in support of his second motion to reconsider the withdrawal of his guilty plea [d/e 174] is ALLOWED. The Clerk will place those documents under seal. Entered by Judge Richard Mills on 10/11/05. (MC, ilcd) (Entered: 10/11/2005) |
| 10/11/2005 | ❶178 | MOTION to Quash *Subpoena* by David Spinner as to Sergius A Rinaldi. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Alferink, Kristin) (Entered: 10/11/2005) |
| 10/12/2005 | ❶179 | RESPONSE to Motion by Sergius A Rinaldi re 178 MOTION to Quash *Subpoena* (Attachments: # 1 Affidavit)(Dawson, Thomas) (Entered: 10/12/2005) |
| 10/14/2005 | ❶180 | OPINION denying 176 Motion to Exclude as to Sergius A Rinaldi (1); denying 178 Motion to Quash as to Sergius A Rinaldi (1). Entered by Judge Richard Mills on 10/13/05. (MC, ilcd) (Entered: 10/14/2005) |
| 10/14/2005 | ❶ | Minute Entry for proceedings held before Judge Richard Mills :Sentencing held on 10/14/2005 for Defendant Rinaldi. AUSA Hansen and AUSA Chesley present on behalf of the government. Defendant present with Attorneys Hirschhorn, Dawson and Costello. Attorney Miller present and asks for leave to withdraw as attorney for Mr. Rinaldi. No objections by either party, motion allowed. Attorney Miller terminated from case. Presentence report received by all parties. No ojections to PSR by government. Defendant has 5 objections to PSR. Witnesses called, sworn and questioned by all parties. Exhibits admitted into evidence. Sentencing continued to Monday, October 17, 2005 at 10:00 a.m. (Court Reporter Capitol.) (MC, ilcd) (Entered: 10/18/2005) |
| 10/17/2005 | ❶ | Minute Entry for proceedings held before Judge Richard Mills :Sentencing held on 10/17/2005 for Defendant Rinaldi. AUSA Hansen and AUSA Chesley present on behalf of the government. Defendant present with Attorneys Hirschhorn, Dawson and Costello. Attorney Witnesses called, sworn and questioned by all parties. Exhibits |

| | | |
|---|---|---|
| | | admitted into evidence. Sentencing continued to Tuesday, October 18, 2005 at 10:00 a.m (Court Reporter Capitol.) (MC, ilcd) (Entered: 10/18/2005) |
| 10/18/2005 | ❷ | Minute Entry for proceedings held before Judge Richard Mills :Sentencing held on 10/18/2005 for Sergius A Rinaldi. AUSA Hansen and AUSA Chesley present on behalf of Government. Defendant present with Attorneys Hirschhorn, Dawson and Costello. Government makes motion to seal all exhibits. Motion granted. All exhibits sealed. Witnessess called, sworn and questioned. Arguments of counsel heard. Court denies government's motion for upward departure and defendant's motion for downward departure. Defendant refuses his right of allocution. Court sentences defendant to 21 months Imprisonment on each of Counts 1 and 13 to run concurrently; 3 years supervised release on each of Counts 1 and 13 to run concurrently; $200 special assessment, restitution in the amount of $25,844.35 and a fine in the amount of $500,000.00. Counts 2 through 12 dismissed on motion of the government. Defendant's motion to self report allowed. Defendant to report as designated in 30 days. Bond executed. (Court Reporter Capitol.) (MC, ilcd) (Entered: 10/19/2005) |
| 10/20/2005 | ❷181 | SENTENCING OPINION as to Sergius A Rinaldi . Entered by Judge Richard Mills on 10/18/05. (MC, ilcd) (Entered: 10/20/2005) |
| 10/20/2005 | ❷182 | +++ PRESENTENCE INVESTIGATION REPORT as to Sergius A Rinaldi (MC, ilcd) (Entered: 10/20/2005) |
| 10/20/2005 | ❷183 | +++ SENTENCING RECOMMENDATION as to Sergius A Rinaldi (MC, ilcd) (Entered: 10/20/2005) |
| 10/21/2005 | ❷184 | Sentencing Exhibit List by Sergius A Rinaldi. Exhibits sealed and placed in vault. (MC, ilcd) (Entered: 10/21/2005) |
| 10/21/2005 | ❷185 | Sentencing Exhibit List by USA as to Sergius A Rinaldi. Exhibits sealed and placed in vault. (MC, ilcd) (Entered: 10/21/2005) |
| 10/21/2005 | ❷186 | ORDER Setting Conditions of Release as to Sergius A Rinaldi (1). Entered by Judge Richard Mills on 10/18/05. (MC, ilcd) (Entered: 10/21/2005) |
| 10/21/2005 | ❷187 | $10,000 own recognizance bond entered as to Sergius A Rinaldi (Entered: 10/21/2005) |
| 10/25/2005 | ❷188 | JUDGMENT as to Sergius A Rinaldi (1), Count(s) 1, 11, 12, 13, 2-10, Defendant sentenced to 21 months Imprisonment on each of Counts 1 and 13 to run concurrently; 3 years supervised release on each of Counts 1 and 13 to run concurrently; $200 special assessment, restitution in the amount of $25,844.35 and a fine in the amount of $500,000.00. Counts 2 through 12 dismissed on motion of the government. . Entered by Judge Richard Mills on 10/25/05. (MC, ilcd) (Entered: 10/25/2005) |
| 10/25/2005 | ❷189 | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Sergius A Rinaldi (MC, ilcd) (Entered: 10/25/2005) |

| 10/26/2005 | ❶190 | NOTICE OF APPEAL by Sergius A Rinaldi (Dawson, Thomas) (Entered: 10/26/2005) |
| 10/26/2005 | ❶191 | Short Record of Appeal as to Sergius A Rinaldi sent to US Court of Appeals re 190 Notice of Appeal - Final Judgment. (MC, ilcd) (Entered: 10/26/2005) |
| 10/26/2005 | ❶ | USCA Appeal Fees received $ 255, receipt number S006861 as to Sergius A Rinaldi re 190 Notice of Appeal - Final Judgment: (MC, ilcd) (Entered: 10/26/2005) |
| 10/28/2005 | ❶192 | NOTIFICATION OF CRIMINAL MONETARY IMPOSITION as to Sergius A Rinaldi (MC, ilcd) (Entered: 10/28/2005) |
| 11/02/2005 | ❶193 | USCA Case Number as to Sergius A Rinaldi 05-4113 for 190 Notice of Appeal - Final Judgment filed by Sergius A Rinaldi,. (MC, ilcd) (Entered: 11/02/2005) |
| 11/14/2005 | ❶194 | MOTION extend report date by Sergius A Rinaldi. (Dawson, Thomas) (Entered: 11/14/2005) |
| 11/15/2005 | ❶195 | ORDER of USCA as to Sergius A Rinaldi denying defendant's emergency motion for release pending appeal (MC, ilcd) (Entered: 11/15/2005) |
| 11/16/2005 | ❶ | TEXT ORDER: The Defendant's motion for an Order extending his self-report date from November 17, 2005 to November 28, 2005 [d/e 194] is DENIED. Entered by Judge Richard Mills on 11/16/05. (MC, ilcd) (Entered: 11/16/2005) |
| 11/17/2005 | ❶196 | TRANSCRIPT of Proceedings as to Sergius A Rinaldi held on 10/14/05 before Judge Richard Mills. Court Reporter: Capitol. (MC, ilcd) (Entered: 11/17/2005) |
| 11/17/2005 | ❶197 | TRANSCRIPT of Proceedings as to Sergius A Rinaldi held on 10/17/05 before Judge Richard Mills. Court Reporter: Capitol. (MC, ilcd) (Entered: 11/17/2005) |
| 11/17/2005 | ❶198 | TRANSCRIPT of Proceedings as to Sergius A Rinaldi held on 10/18/05 before Judge Richard Mills. Court Reporter: Capitol. (MC, ilcd) (Entered: 11/17/2005) |
| 11/23/2005 | ❶199 | Judgment Returned Executed as to Sergius A Rinaldi on 11/17/05 (MC, ilcd) (Entered: 11/23/2005) |
| 12/06/2005 | ❶200 | MOTION to Withdraw Document (Portions of the Record) by USA as to Sergius A Rinaldi (Hansen, Patrick) (Entered: 12/06/2005) |
| 12/06/2005 | ❶ | TEXT ORDER: The Government's motion to withdraw sentencing trawscripts in the record (d/e 20) is Granted. Entered by Judge Richard Mills on 12/6/05. (MC, ilcd) (Entered: 12/06/2005) |
| 12/06/2005 | ❶201 | Letter from Clerk of Court transmitting sentencing transcripts to Patrick Hansen (MC, ilcd) (Entered: 12/06/2005) |

3:01-cr-30110-JES-BGC   #205   Page 23 of 23

| | | |
|---|---|---|
| 12/12/2005 | 202 | Letter from USDC to US Attorney forwarding record on appeal. (MC, ilcd) (Entered: 12/12/2005) |
| 12/12/2005 | 203 | Remark: Record returned by US Attorney (MC, ilcd) (Entered: 12/12/2005) |
| 03/14/2006 | 204 | Request from USCA for Long Record (MC, ilcd) (Entered: 03/14/2006) |