E-FILED
Wednesday, 22 March, 2006 04:27:33 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 15, 2006



FILED
MAR 21 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*By the Court:*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br><br>No. 05-4113　　　　　v.<br><br>SERGIUS A. RINALDI,<br>　　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 01 CR 30110<br>]<br>] Richard　Mills,<br>］　　Judge. |

　　Upon consideration of the **SECOND MOTION FOR RELEASE OF DEFENDANT PENDING APPEAL**, filed on March 13, 2006, by counsel for the appellant,

　　**IT IS ORDERED** that the motion is **DENIED**.