**E-FILED**
Thursday, 23 March, 2006  02:37:56 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 21, 2006

*By the Court:*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 05-4113        v.<br><br>SERGIUS A. RINALDI,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 01 CR 30110<br>]<br>] Richard  Mills,<br>]      Judge. |

    This Court has received 1 envelope, document no. 111, and 4 volumes of
exhibits under seal from the district court. All documents filed in this Court, except
those required to be sealed by statute or rule are considered public.  Pursuant to 7th
Circuit Operating Procedure 10(b), documents sealed in the district court will be
maintained under seal in this Court for 14 days, to afford time to request the
approval required by section (a) of this operating procedure.  Absent a motion from
a party these sealed documents will be placed in the public record on April 5, 2006.