CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

for

## CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Sergius Rinaldi   **CASE NUMBER:** 01-30110-001<br>3 Estates Lane West<br>Glen Carbon, Illinois 62034 |
| **SENTENCING JUDICIAL OFFICER:** | U.S. District Judge Richard Mills (Case reassigned to U.S. District Judge Jeanne E. Scott) |
| **DATE OF ORIGINAL SENTENCE:** | October 18, 2005 |
| **ORIGINAL OFFENSE:** | Ct. 1, Mail Fraud; Ct. 13, Obstruction of Health Care Investigation |
| **ORIGINAL SENTENCE:** | 21 months custody of the Bureau of Prisons on each count to be served concurrently followed by 36 months supervised release on each count to be served concurrently |
| **TYPE OF SUPERVISION:** | Supervised Release |
| **DATE SUPERVISION COMMENCED:** | May 25, 2007 |

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

Add the following condition:  The defendant shall pay any financial penalty that is imposed by this judgment and that remains unpaid at the time of supervised release.  The defendant shall make monthly payments of $50.00 or 10% of the defendant's net monthly income, whichever is greater.

### CAUSE

The defendant has agreed to the addition of the above requested condition and has signed a Waiver of Hearing to Modify Conditions of Supervised Release and/or Extend the Term of Supervision.  Therefore, it is requested that the Court add the above requested condition.

Respectfully submitted,

s/Mark A. Estock
U.S. Probation Officer
Date: July 17, 2007

MAE/mae/abc

```
THE COURT ORDERS:

[   ]  No Action
[   ]  The Extension of Supervision as Noted Above
[ X ]  The Modification of Conditions as Noted Above
[   ]  Other
```

                                                 s/ Jeanne E. Scott
                                                 JEANNE E. SCOTT
                                       UNITED STATES DISTRICT JUDGE

                                       Date:  July 17, 2007

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall pay any financial penalty that is imposed by this judgment and that remains unpaid at the time of supervised release. The defendant shall make monthly payments of $50.00 or 10% of the defendant's net monthly income, whichever is greater.

Witness: s/Mark A. Estock                Signed: s/Sergius Alexander Rinaldi
U.S. Probation Officer                            Probationer or Supervised Releasee

July 17, 2007