**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 01-30110-001 |
| SERGIUS A. RINALDI, | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of ELIZABETH L. COLLINS, Assistant United States Attorney, as co-counsel for the United States in this case.

Respectfully submitted,

**RODGER A. HEATON
UNITED STATES ATTORNEY**

DATED: July 10, 2007

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar # 487864
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel:  217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION** was mailed on August 10, 2007, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Sergius A. Rinaldi
c/o Thomas M. Dawson, Esq.
2300 S. 4th Street
Leavenworth, KS 66048

s/Elizabeth L. Collins
_____
Elizabeth L. Collins
Assistant U.S. Attorney
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E:Mail: Beth.Collins@usdoj.gov