SUPREME COURT of the UNITED STATES

OFFICE of the CLERK

WASHINGTON, DC 20543-0001

September 11, 2007

| | | |
|---|---|---|
| Dr. Sergius Rinaldi<br>Defendant-Appellant | )<br>)<br>) | |
| V | )<br>) | Writ of Certiorari<br>Case No 07-226 |
| United States of America<br>Plaintiff-Appellee | )<br>)<br>) | |

Dear Supreme Court Clerk:

Pursuant to Rule 14.1(i)(iii) and your request of August 21, 2007, enclosed please find the order dated November 6, 2006 denying the defendant-appellant's petition for rehearing with suggestion for rehearing en banc by the United States Court of Appeals for the Seventh Circuit, Chicago, Illinois.

Please file this response to the order in the case file.

A copy of the letter and enclosed order has been resent this date to the office of the United States attorney at their address for the Central District of Illinois and additionally to the Central District Court of Illinois. Thank you for your cooperation in this matter.

Respectfully Submitted,

Dr. Sergius A. Rinaldi
Pro Se
1811 Lindenwood Ave.
Edwardsville, Illinois, 62025

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

November 6, 2006

**Before**

Hon. William J. Bauer, *Circuit Judge*

Hon. Frank H. Easterbrook, *Circuit Judge*

Hon. Diane P. Wood, *Circuit Judge*

| | |
|---|---|
| No. 05-4113 | Appeal from the United States District Court for the Central District of Illinois. |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | |
| v. | No. 01 CR 30110 |
| SERGIUS A. RINALDI, *Defendant-Appellant.* | Richard Mills, Judge. |

## ORDER

On consideration of the defendant-appellant's petition for rehearing with suggestion of rehearing *en banc* filed on October 19, 2006, in connection with the above-referenced case, no judge in active service has a requested a vote on the petition for rehearing *en banc* and all of the judges on the original panel have voted to deny the petition for rehearing. It is, therefore, ordered that the petition is DENIED.

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 6, 2006

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 05-4113        v.<br><br>SERGIUS A. RINALDI,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 01 CR 30110<br>]<br>] Richard Mills,<br>]    Judge. |

    Upon consideration of the **MOTION TO STAY AND RECALL THE MANDATE PURSUANT TO FRAP 41**, filed on October 4, 2006, by the pro se appellant,

    **IT IS ORDERED** that the motion is **GRANTED** and the mandate **RECALLED**. The appellant's pro se petition for rehearing, if any, is due October 20, 2006.

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

August 21, 2007

Mr. Sergius Rinaldi
1811 Lindenwood Avenue
Edwardsville, IL 62025

Re: Sergius Rinaldi
v. United States
No. 07-226

Dear Mr. Rinaldi:

The petition for a writ of certiorari in the above entitled case was filed on January 29, 2007 and placed on the docket August 21, 2007 as No. 07-226.

Forms are enclosed for notifying opposing counsel that the case was docketed.

Pursuant to Rule 14.1(i)(iii), please forward a copy of the order denying rehearing in the United States Court of Appeals for the Seventh Circuit.

Sincerely,

William K. Suter, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division

Enclosures