**E-FILED**
Wednesday, 31 October, 2007  05:26:11 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FILED** |
| Plaintiffs, | ) | |
| | ) | OCT 3 1 2007 |
| v. | ) | Case No: 3:01-CR-30110 |
| | ) | JOHN M. WATERS, Clerk |
| | ) | U.S. DISTRICT COURT |
| SERGIUS A. RINALDI, | ) | CENTRAL DISTRICT OF ILLINOIS |
| | ) | Hon. Judge Richard Mills. |
| Defendant. | ) | |

**DEFENDANTS MOTION TO COMPEL THE CLERK OF THE DISTRICT COURT
FOR THE PRODUCTION OF DOCKET ENTRIES 183, 189.**

Comes now, the defendant moving pro-se for the purpose of this action, for an order compelling the clerk of the district court to produce copies to be disclosed to the defendant of docket entries 183, 189.

The defendant outlines the following in support:

1. The delay in supplying this information has already hindered the defendants appeal process.

2. The district court has completed its work and the policy reasons underlying the need for secrecy are lessened and greatly outweighed by defendants particularized need for disclosure to insure that the proper ends of justice are achieved.

3. Furthermore, the continued delay in suppling this information will also deny the defendant his constitutional right to due process and equal protection of the law. Because the information requested could very well be favorable or exculpatory, and thus disclosure is compelled under Brady v. Maryland, 373 U.S. 83 (1963).

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, a copy of the foregoing was hand delivered to the office of the Clerk of the United States District Court for the central district of Illinois, Springfield division, located at 151 U.S. Court House 600 E. Monroe St. Springfield Illinois, 62701. To be posted on the courts electronic filing system.

Sergius A. Rinaldi
1811 Lindenwood Ave.
Edwardsville Ill. 62025
(618) 656-3392

Wherefore, the defendant respectfully request that the court grant the relief herein sought,

and order the production of the materials delineated in this motion.


Respectfully submitted,

Sergius A. Rinaldi
1811 Lindenwood Ave.
Edwardsville Ill. 62025
(618) 656-3392

2

34

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:01-cr-30110-RM-1

Case title: USA v. Rinaldi

Date Filed: 11/08/2001
Date Terminated: 10/25/2005

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2005 | | USCA Appeal Fees received $ 255, receipt number S006861 as to Sergius A Rinaldi re 190 Notice of Appeal - Final Judgment: (MC, ilcd) (Entered: 10/26/2005) |
| 10/26/2005 | 191 | Short Record of Appeal as to Sergius A Rinaldi sent to US Court of Appeals re 190 Notice of Appeal - Final Judgment. (MC, ilcd) (Entered: 10/26/2005) |
| 10/26/2005 | 190 | NOTICE OF APPEAL by Sergius A Rinaldi (Dawson, Thomas) (Entered: 10/26/2005) |
| 10/25/2005 | 189 | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Sergius A Rinaldi (MC, ilcd) (Entered: 10/25/2005) |
| 10/25/2005 | 188 | JUDGMENT as to Sergius A Rinaldi (1), Count(s) 1, 11, 12, 13, 2-10, Defendant sentenced to 21 months Imprisonment on each of Counts 1 and 13 to run concurrently; 3 years supervised release on each of Counts 1 and 13 to run concurrently; $200 special assessment, restitution in the amount of $25,844.35 and a fine in the amount of $500,000.00. Counts 2 through 12 dismissed on motion of the government. . Entered by Judge Richard Mills on 10/25/05. (MC, ilcd) (Entered: 10/25/2005) |
| 10/21/2005 | 187 | $10,000 own recognizance bond entered as to Sergius A Rinaldi (Entered: 10/21/2005) |
| 10/21/2005 | 186 | ORDER Setting Conditions of Release as to Sergius A Rinaldi (1). Entered by Judge Richard Mills on 10/18/05. (MC, ilcd) (Entered: 10/21/2005) |
| 10/21/2005 | 185 | Sentencing Exhibit List by USA as to Sergius A Rinaldi. Exhibits sealed and placed in vault. (MC, ilcd) (Entered: 10/21/2005) |
| 10/21/2005 | 184 | Sentencing Exhibit List by Sergius A Rinaldi. Exhibits sealed and placed in vault. (MC, ilcd) (Entered: 10/21/2005) |
| 10/20/2005 | 183 | +++ SENTENCING RECOMMENDATION as to Sergius A Rinaldi (MC, ilcd) (Entered: 10/20/2005) |
| 10/20/2005 | 182 | +++ PRESENTENCE INVESTIGATION REPORT as to Sergius A Rinaldi (MC, ilcd) (Entered: 10/20/2005) |
| 10/20/2005 | 181 | SENTENCING OPINION as to Sergius A Rinaldi . Entered by Judge Richard Mills on 10/18/05. (MC, ilcd) (Entered: 10/20/2005) |